Judge Hellerstein

08 CIV 6588

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

OLIVIA RUX, et al.,

                Petitioners,

-against-

BANK OF AMERICA and FEDERAL RESERVE
BANK OF NEW YORK,

                Respondents.

-------------------------------------------------------------- x

**ORDER**

18 Misc. 0302 (Part I)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Because of ongoing proceedings in this case, and the advisability that due to my familiarity with the case, that I continue presiding over it, the Clerk is directed to assign a civil docket number to this case.

    In view of previous filings by the parties already exceeding the standard $350.00 filing fee, any further filing fees are to be waived.

SO ORDERED.

Dated:    July 23, 2008
             New York, New York

                                          ALVIN K. HELLERSTEIN
                                        United States District Judge

CERTIFIED AS A TRUE COPY ON

THIS DATE 7-24-08

BY _____
    ( ) Clerk
    (X) Deputy

1