**Judge Hellerstein**

DOC # _____

08 CIV 6588

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

OLIVIA RUX, et al.,

                Petitioners,

-against-

BANK OF AMERICA and FEDERAL RESERVE
BANK OF NEW YORK,

                Respondents.

------------------------------------------------------------- x

**ORDER**

18 Misc. 0302 (Part I)

# 1

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Because of ongoing proceedings in this case, and the advisability that due to my familiarity with the case, that I continue presiding over it, the Clerk is directed to assign a civil docket number to this case.

    In view of previous filings by the parties already exceeding the standard $350.00 filing fee, any further filing fees are to be waived.

SO ORDERED.

Dated:    July 23, 2008
               New York, New York

/s/ ALVIN K. HELLERSTEIN
United States District Judge

CERTIFIED AS A TRUE COPY ON
THIS DATE 7-24-08
BY _____
( ) Clerk
(X) Deputy

MICROFILMED JUL 2 4 2008 -3 00 PM