UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
OLIVIA RUX et al.,                              :
                                               :  **ORDER REGULATING**
                    Petitioners,   :  **PROCEEDINGS**
   -against-                              :
                                               :  08 Civ. 6588 (AKH)
ABN-AMRO BANK N.V., et al.,                    :
                                               :
                  Respondents.   :
                                               :
---------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      On June 26, 2008, this Court entered an order directing the parties to jointly develop a) a procedure leading to speedy turnover of the funds owed to petitioners, subject to notice that would permit third-party claimants to assert their interest in the funds; and b) a method for providing notice to those third-party claimants. On July 24, 2008, the parties submitted a joint letter indicating that they were unable to come to an agreement as to how best to achieve these objectives. The letter outlined each party's respective proposed procedure and positions on the relevant issues. After reviewing the parties' submission, I order the following:

    1. Respondents shall promptly, within five business days, transfer control of all contested funds held by them into the Registry of the Court for the Southern District of New York's Court's Registry Investment System ("CRIS"). CRIS accepts wire transfers through the following account:

        Bank:              U.S. Treasury
        Agency Locator:    4654
        Routing Number:    021030004
        Comments Field:    08 Civ. 6588 (AKH) (S.D.N.Y.)
                           (Olivia Rux, et al. v. ABN-AMRO Bank N.V. et al.)

    For questions regarding the transfer procedure, contact the Court's Financial Administrator, Michael Lindner, at (212) 805-0610.

1

2. Within ten days thereafter, Petitioners shall give notice of this Order and all prior documents filed in this case to the Government of Sudan, the judgment debtor. Notice is to be provided in a manner consistent with the procedures for foreign mail, as outlined by the Clerk's office and available at http://www1.nysd.uscourts.gov/cases/show.php?db=forms&id=18.

3. Within ten days after the transfer ordered in paragraph one, Respondents shall give notice of this Order, and of the Turnover Petition to any and all persons who originated or deposited funds into the accounts that are to be transferred to the Clerk, as described in paragraph 1, above, and to any other individuals who respondents reasonably believe may have an interest in said funds.  Notice is to be provided in the manner described in paragraph 2, above. In the Notice, respondents are to give any third-party claimants 60 days to provide written objection asserting any interest they may have in the funds, and to invite any party making written objections to attend the hearing, to be scheduled as provided in paragraph 4 below.

4. At the end of the 60-day period, Respondents are to provide a report to petitioners and to the Court, cataloguing all objections received from third-party claimants, if any are received.  Petitioners may file oppositions to the objections within ten days thereafter.  A hearing date will then be scheduled to enable me to rule on petitioner's motion to turn over the funds. All other previously scheduled hearing dates are cancelled.

5. Costs of effecting notice shall be taxed against the ultimate disbursement of the accounts.

SO ORDERED.

Dated:   July 29, 2008
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge