UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| OLIVIA RUX, JAMIE OWENS, INDIVIDUALLY AS NEXT FRIEND OF I.M.O., A MINOR, SHARLA COSTELOW, INDIVIDUALLY AND AS NEXT FRIEND OF E.C. AND B.C., MINORS, GEORGE COSTELOW, DOROTHY COSTELOW, NOVELLA WIGGENS, INDIVIDUALLY AND AS NEXT FRIEND OF J.R.M. JR., A MINOR, LORIE D. TRIPLETT, INDIVIDUALLY AND AS NEXT FRIEND OF A.T., A MINOR, AND S.R.T., A MINOR JENNIFER CLODFELTER, INDIVIDUALLY AND AS NEXT FRIEND OF N.C., A MINOR, KENYON EMBRY, INDIVIDUALLY AND AS NEXT FRIEND OF C.K., RONALD W. FRANCIS, SANDRA FRANCIS, DAVID FRANCIS, JAMES FRANCIS, JAQUELINE SAUNDERS, INDIVIDUALLY AND AS NEXT FRIEND OF I.S. AND J.S. MINORS, ROGELO SANTIAGO, SIMEONA SANTIAGO, SARAH GUANA ESQUIVEL, JESSE NIETO, THOMAS WIBBERLY, THEODIS TRIPLETT, WAYNE TRIPLETT, REED TRIPLETT, SAVANNAH TRIPLETT, KEVIN TRIPLETT, FREDDIE TRIPLETT, GARY SWENCHONIS, SR., DEBORAH SWENCHONIS, SHALALA SWENCHONIS-WOOD, KATE BROWN, SEAN WALSH, KEVIN ROY, LOU GUNN, MONA GUNN, JAMAL GUNN, JASON GUNN, ANTON J. GUNN, LEROY PARLETT, ETTA PARLETT, INDIVIDUALLY AND AS NEXT FRIEND OF H.P., A MINOR, KERA MILLER, MATTHEW PARLETT, JOHN CLODFELTER, GLORIA CLODFELTER, JOSEPH CLODFELTER, TONI WIBBERLY, DIANE MCDANIELS, FREDERICKA MCDANIELS-BESS, TERESA SMITH, THE ESTATES OF KENNETH EUGENE CLODFELTER, RICHARD COSTELOW, LAKEINA MONIQUE FRANCIS, TIMOTHY LEE GAUANA, CHERONE LOUIS GUNN, JAMES RODERICK MCDANIELS, MARC IAN NIETO, RONALD SCOTT OWENS, LAKIBA NICOLE PALMER, JOSHUA LANGDON PARLETT, PATRICK HOWARD ROY, KEVIN SCOTT RUX, RONCHESTER MANANGA SANTIAGO, TIMOTHY LAMONT SAUNDERS, GARY GRAHAM SWENCHONIS JR., ANDREW TRIPLETT, AND CRAIG BRYAN WIBBERLY, | 18 Misc. 0302<br><br>(USDC E.D. VA No. 2:04cv428)<br><br>**NOTICE OF APPEARANCE** |

-1-

```
                              Petitioners,        :
                                                  :
       -against-                                  :
                                                  :
ABN-AMRO BANK N.V., AMERICAN EXPRESS              :
BANK LTD., BANK OF NEW YORK, BANK OF              :
CHINA, CITIBANK N.A., DEUTSCHE BANK A.G.,         :
HSBC BANK USA, N.A., and JPMORGAN CHASE           :
BANK N.A.,                                        :
                                                  :
                              Respondents.        :
------------------------------------------------------------------X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Respondent the Bank of China in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date: New York, New York
~~May 5, 2008~~
July 30, 2008

Respectfully submitted,

/s/ Christina H. Bost Seaton
Christina H. Bost Seaton (CB-7302)
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000 (phone)
(212) 704-6288 (fax)

TO:

FRANKFURT KURNIT KLEIN & SELZ PC
Nicole I. Hyland
488 Madison Avenue
New York, New York 10022
(212) 980-0120 (phone)
(212) 593-9175 (fax)
Attorneys for Petitioners