UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| OLIVIA RUX, JAMIE OWENS, INDIVIDUALLY AS NEXT FRIEND OF I.M.O., A MINOR, SHARLA COSTELOW, INDIVIDUALLY AND AS NEXT FRIEND OF E.C. AND B.C., MINORS, GEORGE COSTELOW, DOROTHY COSTELOW, NOVELLA WIGGENS, INDIVIDUALLY AND AS NEXT FRIEND OF J.R.M. JR., A MINOR, LORIE D. TRIPLETT, INDIVIDUALLY AND AS NEXT FRIEND OF A.T., A MINOR, AND S.R.T, A MINOR, JENNIFER CLODFELTER, INDIVIDUALLY AND AS NEXT FRIEND OF N.C, A MINOR, KENYON EMBRY, INDIVIDUALLY AND AS NEXT FRIEND OF C.K, RONALD W. FRANCIS, SANDRA FRANCIS, DAVID FRANCIS, JAMES FRANCIS, JAQUELINE SAUNDERS, INDIVIDUALLY AND AS NEXT FRIEND OF I.S. AND J.S, MINORS, ROGELO SANTIAGO, SIMEONA SANTIAGO, SARAH GUANA ESQUIVEL, JESSE NIETO, THOMAS WIBBERLY, THEODIS TRIPLETT, WAYNE TRIPLETT, REED TRIPLETT, SAVANNAH TRIPLETT, KEVIN TRIPLETT, FREDDIE TRIPLETT, GARY SWENCHONIS, SR., DEBROAH SWENCHONIS, SHALALA SWENCHONIS-WOOD, KATE BROWN, SEAN WALSH, KEVIN ROY, LOU GUNN, MONA GUNN, JAMAL GUNN, JASON GYNN, ANTON J. GUNN, LEROY PARLETT, ETTA PARLETT, INDIVIDUALLY AND AS NEXT FRIEND OF H.P., A MINOR, KERA MILLER, MATTHEW PARLETT, JOHN CLODFELTER, GLORIA GLODFELTER, JOSEPH CLODFELTER, TONI WIBBERLY, DIANE MCDANIELS, FREDERICKA MCDANIELS-BESS, TERESA SMITH, THE ESTATES OF KENNETH EUGENE CLODFELTER, RICHARD COSTELOW, LAKEINA MONIQUE FRANCIS, TIMOTHY LEE GAUNA, CHERONE LOUIS GUNN, JAMES RODERICK MCDANIELS, MARC IAN NIETO, RONALD SCOTT OWENS, LAKIBA NICOLE PALMER, JOSHUA LANGDON PARLETT, PATRICK HOWARD ROY, KEVIN SCOTT RUX, RONCHESTER MANANGA SANTIAGO, TIMOTHY LAMONT SAUNDERS, GARY GRAHAM SWENCHONIS JR., ANDREW TRIPLETTT, AND CRAIG BRYAN WIBBERLY, | 08 CV 06588 (AKH)<br><br>**NOTICE OF APPEARANCE**<br><br>ORIGINAL<br>FILED BY ECF |
| Petitioners, | |

|  |  |
|---|---|
| -against- | : |
|  | : |
| ABN-AMRO BANK N.V., AMERICAN EXPRESS BANK LTD., BANK OF NEW YORK, BANK OF CHINA, CITIBANK N.A., DEUTSCHE BANK A.G., HSBC BANK USA, N.A., and JPMORGAN CHASE BANK N.A., | : : : : : |
|  | : |
| Respondents. | : |
|  | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |

PLEASE TAKE NOTICE that COVINGTON & BURLING LLP hereby appears on behalf of Respondent DEUTSCHE BANK A.G. in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the following, an attorney duly admitted to practice before this Court:

        Mark P. Gimbel
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        Tel.: (212) 841-1000
        Fax: (212) 841-1010
        email: mgimbel@cov.com

Dated:  New York, New York
          August 1, 2008

        COVINGTON & BURLING LLP

        By:    s/ Mark P. Gimbel
                 Mark P. Gimbel

               The New York Times Building
               620 Eighth Avenue
               New York, NY 10018-1405
               (212) 841-1000
               mgimbel@cov.com

        *Attorneys for Respondent Deutsche Bank A.G.*