# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| THE NEW YORK TIMES BUILDING | BEIJING | MARK P. GIMBEL |
| 620 EIGHTH AVENUE | BRUSSELS | TEL 212.841.1161 |
| NEW YORK, NY 10018-1405 | LONDON | MGIMBEL @ COV.COM |
| TEL 212.841.1000 | NEW YORK | |
| FAX 212.841.1010 | SAN FRANCISCO | |
| WWW.COV.COM | WASHINGTON | |



August 4, 2008

BY FACSIMILE

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re:  *Rux v. ABN-AMRO, et al.*, No. 08 Civ. 6588 (S.D.N.Y.)

Dear Judge Hellerstein:

We represent Respondent Deutsche Bank A.G. ("Deutsche Bank"). As directed by the Court, the parties have conferred and reached agreement on the following proposed modifications to the Court's Order Regulating Proceedings dated July 29, 2008 (the "July 29 Order"):

1.  The assets at issue in this proceeding consist of blocked deposit accounts ("Deposit Accounts") and blocked wire transfers ("Blocked Wires"). Respondents shall transfer to the Court's registry only those Deposit Accounts and individual Blocked Wires equal to or exceeding $50,000 in value. The transfer shall be completed by August 25, 2008 (the "Transfer Deadline").

2.  Respondents shall provide notice to third party claimants as directed in paragraph 3 of the July 29 Order, except that (a) the deadline for serving notice upon claimants to Deposit Accounts shall be extended to and including 10 days from the Transfer Deadline, and

COVINGTON & BURLING LLP

Hon. Alvin K. Hellerstein
August 4, 2008
Page 2

(b) the deadline for serving notice upon claimants to Blocked Wires shall be extended to and including 20 days from the Transfer Deadline.

3. The July 29 Order shall otherwise remain in full force and effect.

If this proposal meets with Your Honor's approval, the parties respectfully request that it be entered as an order of the Court.

Respectfully,

Mark P. Gimbel

cc: Michael Bauer, Esq.
Christine Bost-Seaton, Esq.
Danielle S. Friedberg, Esq.
Lawrence Ginsburg, Esq.
Barry Glickman, Esq.
Andrew C. Hall, Esq.
Nicole Hyland, Esq.
Matthew Leto, Esq.
Howard Levi, Esq.
Edward H. Rosenthal, Esq.
Sharon Schneier, Esq.
Paul Stecker, Esq.
Jerome Walker, Esq.