UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
OLIVIA RUX, et al.                            :    Case No. 08-CV-06588 (AKH)
:
Petitioners,                              :
:
v.                                :
:
BANK OF AMERICA and                           :
FEDERAL RESERVE BANK OF NEW YORK              :
:
Respondents.                              :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

To the Clerk of the United States
District Court of the Southern
District of New York

       Please enter the appearance of Shari D. Leventhal as the attorney of record for the respondent Federal Reserve Bank of New York in the above-entitled action.

DATED:    New York, New York
           August 13, 2008

                              Shari D. Leventhal
                              Federal Reserve Bank of
                               New York
                              33 Liberty Street
                              New York, New York  10045
                              (212) 720-2087


                        BY:  s/Shari Leventhal
                             Shari Leventhal
                             Counsel
                             SL 2280