# FEDERAL RESERVE BANK OF NEW YORK

NEW YORK, N.Y. 10045-0001
TELEPHONE 212 720-5018
FACSIMILE 212 720-8709
SHARI.LEVENTHAL@NY.FRB.ORG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/15/08

SHARI D. LEVENTHAL
ASSISTANT GENERAL COUNSEL AND
SENIOR VICE PRESIDENT

August 14, 2008

*So ordered, the Aug. 20, 2008 date is canceled. 8-15-08* /s/ AKH

By Federal Express

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Olivia Rux, et al. v. The Republic of Sudan, Case No. 08-CV-06588 (AKH)**

Dear Judge Hellerstein:

At the Court's direction, counsel for the Federal Reserve Bank of New York ("New York Fed") and counsel for petitioners have conferred and have agreed to the following briefing schedule regarding the central bank immunity issue raised in the New York Fed's letter to the Court dated August 13, 2008.

Petitioners will file their brief on Wednesday, August 27, 2008. The New York Fed will file its reply on Monday, September 15, 2008. Both parties are available for a hearing on the matter after September 16, 2008.

Respectfully submitted,

Shari D. Leventhal (SL-2280)
*Attorney for Respondent*
*Federal Reserve Bank of New York*

AUG-15-08 06:41AM FROM-EL YICA FED RESERVE BANK 212-728-8769 T-736 P.03/03 F-780
Case 1:08-cv-06588-AKH   Document 10   Filed 08/15/2008   Page 2 of 2

FEDERAL RESERVE BANK OF NEW YORK          2

Honorable Alvin K. Hellerstein
August 14, 2008

cc:   Nicole Hyland, Esq. (by electronic mail and Federal Express)
      Andrew Hall, Esq. (by Federal Express)
      Bank of Sudan (by electronic mail and fax)
      Republic of Sudan (by Federal Express)
      Bank of America (by Federal Express)