Barry J. Glickman, Esq.
Bruce S. Goodman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Respondent*
 *Bank of America, N.A.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA RUX, JAMIE OWENS, INDIVIDUALLY AS NEXT FRIEND OF I.M.O., A MINOR, SHARLA COSTELOW, DOROTHY COSTELOW, NOVELLA WIGGENS, INDIVIDUALLY AND AS NEXT FRIEND OF J.R.M. JR., A MINOR, LORIE D. TRIPLETT, INDIVIDUALLY AND AS NEXT FRIEND OF A.T., A MINOR, AND S.R.T. A MINOR, JENNIFER CLODFELTER, INDIVIDUALLY AND AS NEXT FRIEND OF N.C., A MINOR, KENYON EMBRY, INDIVIDUALLY AND AS NEXT FRIEND OF C.K., RONALD W. FRANCIS, SANDRA FRANCIS, DAVID FRANCIS, JAMES FRANCIS, JAQUELINE SAUNDERS, INDIVIDUALLY AND AS NEXT FRIEND OF I.S. AND J.S., MINORS, ROGELO SANTIAGO, SIMEONA SANTIAGO, SARAH GUANA ESQUIVEL, JESSE NIETO, THOMAS WIBBERLY, THEODIS TRIPLETT, WAYNE TRIPLETT, REED TRIPLETT, SAVANNAH TRIPLETT, KEVIN TRIPLETT, FREDDIE TRIPLETT, GARY SWENCHONIS, SR., DEBORAH SWENCHONIS, SHALALA SWENCHONIS-WOOD, KATE BROWN, SEAN WALSH, KEVIN ROY, LOU GUNN, MONA GUNN, JAMAL GUNN, JASON GYNN, ANTON J. GUNN, LEROY PARLETT, ETTA PARLETT, INVIDUALLY AND AS NEXT FRIEND OF H.P., A MINOR, KERA MILLER, MATTHEW PARLETT, JOHN CLODFELTER, GLORIA CLODFELTER, JOSEPH CLODFELTER, TONI WIBBERLY, DIANE | Case No.: 18 Misc. 0302 (AKH)<br>(USDC E.D. Va. No. 2:04cv428)<br><br>**STIPULATION AND ORDER** |

MCDANIELS, FREDERICKA MCDANIELS-BESS, TERESA SMITH, THE ESTATES OF KENNETH EUGENE CLODFELTER, RICHARD COSTELOW, LAKEINA MONIQUE FRANCIS, TIMOTHY LEE GAUANA, CHERONE LOUIS GUNN, JAMES RODERICK MCDANIELS, MARC IAN NIETO, RONALD SCOTT OWENS, LAKIBA NICOLE PALERM, JOSHUA LANGDON PARLETT, PARTRICK HOWARD ROY, KEVIN SCOTT RUX, RONCHESTER MANANGA SANTIAGO, TIMOTHY LAMONT SAUNDERS, GARY GRAHAM SWENCHONIS JR. ANDREW TRIPLETT, AND CRAIG BRYAN WIBBERLY,

                        Petitioners,

- against -

BANK OF AMERICA and FEDERAL RESERVE BANK OF NEW YORK,

                        Respondents.

      IT IS HEREBY STIPULATED AND AGREED, that Zeichner Ellman & Krause LLP appears on behalf of Bank of America, N.A. ("BANA"); and

      IT IS FURTHER STIPULATED AND AGREED, that BANA is not serving a response to the petition dated July 22, 2008 and that, in lieu of serving a response, BANA will honor the orders issued by the Court in Rux, et al. v. ABN-Amro, et al., Case No. 08 Civ. 6588 (AKH) (the "ABN-Amro Matter"), as such orders have been modified by agreement between the parties and related memorandum endorsed letters; and

IT IS FURTHER STIPULATED AND AGREED, that this proceeding may be consolidated into the ABN-Amro Matter and that BANA shall abide by all directives and deadlines in the ABN-Amro Matter in the same manner as all other respondents in that action; and

IT IS FURTHER STIPULATED AND AGREED, that in light of and in consideration for the obligations assumed by BANA herein, BANA shall be under no obligation to attend the hearing scheduled for August 20, 2008; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and filed without notice with the Clerk of the Court and that facsimile copies shall be deemed originals for all purposes.

Dated:   New York, New York
         August 15, 2008

HALL, LAMB AND HALL, P.A.

By: _____
Andrew C. Hall, Esq.
Attorneys for Petitioners
Offices at Grand Bay Plaza
Penthouse One
2665 South Bayshore Drive
Miami, Florida 33133
(305) 374-5030

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Bruce S. Goodman, Esq.
Attorneys for Respondent
 Bank of America, N.A.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:

_____
              U.S.D.J.
August __, 2008

530125.v2/1593-421/BG