UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
OLIVIA RUX et al.,

                 Petitioners,

-against-

ABN-AMRO BANK N.V., et al.,

                 Respondents.
-------------------------------------------------------------- x

**ORDER DENYING GOVERNMENT'S REQUEST FOR RELIEF**

08 Civ. 6588 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court takes note of the Government's letter of August 22, 2008. On July 29, 2008, the Court ordered the transfer of blocked funds equal to or exceeding $50,000 to a Court Registry Account, to avoid bickering among counsel, delay, and wasteful expenses and to facilitate notice to potential claimants against such funds. As the Government notes, the Court also seeks to reach a judicial resolution as to which specific funds are eligible for Terrorism Risk Insurance Act ("TRIA") attachment and execution by the petitioners. These are the main purposes that motivated the Government's letter.

      Since the transfer from the respondent bank accounts to the Court Registry Account presents no additional danger to the integrity of the blocked funds and promotes the adjudication of the funds' rightful ownership, the relief requested by the Government is denied.

      SO ORDERED.

Dated:     August 28, 2008
               New York, New York

                                       ALVIN K. HELLERSTEIN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/08

1