

# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

September 3, 2008

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    <u>Rux v. ABN-AMRO Bank</u>, Case No. 08 Civ. 6588 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

    We represent respondent JPMorgan Chase Bank, N.A. ("JPMCB") in the above-referenced special proceeding. We are writing to advise the Court that we have reached an agreement with Andrew Hall, Esq. of Hall, Lamb and Hall, P.A., lead attorneys for the petitioner, with respect to a wire transfer in an account at a branch of JPMCB located in London, England (the "London Account"), in the approximate amount of $109,000, that JPMCB previously blocked pursuant to the Sudanese Sanctions Regulations, 31 C.F.R. Part 538. This account was the subject of our letter to Your Honor dated August 22, 2008 and Your Honor's endorsed memorandum of August 25, 2008.

    Under the terms of our agreement, the funds in the London Account would not have to be deposited with the Court at this time, and the Court's prior orders would not be construed to require that those funds be deposited with the Court by August 25, 2008, but petitioner's rights, if any, to contend that such funds must be deposited with the Court and/or turned over to petitioner at some future time, and all of petitioner's rights with respect to those funds and that account, are expressly reserved, as are all of respondent's JPMCB's rights, if any, with respect to those funds and that account, including but not limited to the right to contend that such funds are not subject to turnover or deposit with the Court.

    Respectfully submitted,

Howard B. Levi

hbl/jkn
cc:    All counsel (by e-mail and mail)