UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIA RUX et al.,
                Plaintiffs,

-V-

ABN-AMRO BANK N.V., et al.,
                Defendants.

**CERTIFICATE OF MAILING**

08 CV 6588 (AKH)

*[Stamp: U.S. DISTRICT COURT FILED SEP -5 2008 S.D. OF N.Y.]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

4th day of September, 2008

I served the

ENTIRE CASE FILE

pursuant to the Federal Rule of Civil Procedure 28 U.S.C. § 1608 (a)(3) filed and issued herein on the,

24th day of July, 2008

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7998 9912 1194**

*[Signature: J. Michael McMahon]*
CLERK

Dated: New York, NY

**FRANKFURT KURNIT KLEIN & SELZ** PC

488 Madison Avenue
New York, New York 10022
Telephone:   (212) 980-0120
Facsimile:   (347) 438-2140

September 3, 2008

Nicole I. Hyland
Direct dial:   (212) 826-5552
e-mail:   nhyland@fkks.com

**BY HAND**

Mr. J. Michael McMahon
Clerk of the Court
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Olivia Rux, et al. v. The Republic Of Sudan
            ***Case Number: 1:08-cv-06588-AKH***

Page 1 of 2

```
From:   Origin ID: JRBA  (212)980-0120
Mary Warden
Frankfurt,Kurnit,Klein & Selz
488 Madison Avenue, 10th Floor

New York, NY 10022
                                              CLS053008/21/24
SHIP TO: 202-338-8565         BILL SENDER
c/o Ministry of Foreign Affairs
Republic of Sudan
2210 Massachusetts Ave., NW

Washington, DC 20008
```


FedEx Express



```
Ship Date: 03SEP08
ActWgt: 15 LB
System#: 9726064/INET8061
Account#: S *********

Delivery Address Bar Code

Ref #   NH 16909/0200
Invoice #
PO #
Dept #
```



TRK#  7998 9912 1194
0201

THU - 04SEP   A2
**PRIORITY OVERNIGHT**

20008
DC-US
DCA

**19 MXYA**

