# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM



September 10, 2008

**BY HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re: Rux v. ABN-AMRO Bank, Case No. 08 Civ. 6588 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

We represent respondents JPMorgan Chase Bank, N.A. and The Bank of New York Mellon in the above-referenced special proceeding. I am writing on behalf of all respondents to request a short additional extension of time, from September 15 to September 22, 2008, of the deadline for respondents to give notice to potential third party claimants to the funds at issue in this proceeding pursuant to this Court's order of July 29, 2008, as modified. Andrew Hall, Esq., lead attorney for the petitioner, has consented to this extension of time.

We have made extensive preparations to give notice to interested persons, including the translation of the petitioner's petition and the Court's July 29 order into Arabic and substantial efforts to obtain street addresses or other contact information for more than one hundred banks and other individuals and entities who were involved in blocked wire transfers. On September 8, we submitted to the Court a proposed order, which Mr. Hall has also consented to, that would provide more flexibility to respondents in giving such notice and permit the service of third-party interpleader petitions. Until the Court rules on that request, however, it is difficult to finalize our preparations, which would include translating into Arabic the approved form of notice to potential claimants and certain respondents' third-party petitions. For this reason we respectfully request that the Court approve this short additional extension of time.

Respectfully submitted,

Howard B. Levi

hbl/jkn
cc: All counsel (by e-mail and mail)