UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

OLIVIA RUX, JAMIE OWENS, INDIVIDUALLY
AS NEXT FRIEND OF I.M.O., A MINOR,
SHARLA COSTELOW, INDIVIDUALLY AND AS
NEXT FRIEND OF E.C. AND B.C., MINORS,
GEORGE COSTELOW, DOROTHY COSTELOW,
NOVELLA WIGGENS, INDIVIDUALLY AND AS
NEXT FRIEND OF J.R.M. JR., A MINOR, LORIE
D. TRIPLETT, INDIVIDUALLY AND AS NEXT
FRIEND OF A.T., A MINOR, AND S.R.T, A
MINOR, JENNIFER CLODFELTER,
INDIVIDUALLY AND AS NEXT FRIEND OF N.C,
A MINOR, KENYON EMBRY, INDIVIDUALLY
AND AS NEXT FRIEND OF C.K, RONALD W.
FRANCIS, SANDRA FRANCIS, DAVID
FRANCIS, JAMES FRANCIS, JAQUELINE
SAUNDERS, INDIVIDUALLY AND AS NEXT
FRIEND OF I.S. AND J.S, MINORS, ROGELO
SANTIAGO, SIMEONA SANTIAGO, SARAH
GUANA ESQUIVEL, JESSE NIETO, THOMAS
WIBBERLY, THEODIS TRIPLETT, WAYNE
TRIPLETT, REED TRIPLETT, SAVANNAH
TRIPLETT, KEVIN TRIPLETT, FREDDIE
TRIPLETT, GARY SWENCHONIS, SR.,
DEBROAH SWENCHONIS, SHALALA
SWENCHONIS-WOOD, KATE BROWN, SEAN
WALSH, KEVIN ROY, LOU GUNN, MONA
GUNN, JAMAL GUNN, JASON GYNN, ANTON J.
GUNN, LEROY PARLETT, ETTA PARLETT,
INDIVIDUALLY AND AS NEXT FRIEND OF
H.P., A MINOR, KERA MILLER, MATTHEW
PARLETT, JOHN CLODFELTER, GLORIA
GLODFELTER, JOSEPH CLODFELTER, TONI
WIBBERLY, DIANE MCDANIELS,
FREDERICKA MCDANIELS-BESS, TERESA
SMITH, THE ESTATES OF KENNETH EUGENE
CLODFELTER, RICHARD COSTELOW,
LAKEINA MONIQUE FRANCIS, TIMOTHY LEE
GAUNA, CHERONE LOUIS GUNN, JAMES
RODERICK MCDANIELS, MARC IAN NIETO,
RONALD SCOTT OWENS, LAKIBA NICOLE
PALMER, JOSHUA LANGDON PARLETT,
PATRICK HOWARD ROY, KEVIN SCOTT RUX,
RONCHESTER MANANGA SANTIAGO,

Case No. 08 Civ. 6588 (AKH)

**NOTICE OF THIRD PARTY
PETITION SEEKING RELIEF
IN THE NATURE OF
INTERPLEADER**

| | |
|---|---|
| TIMOTHY LAMONT SAUNDERS, GARY GRAHAM SWENCHONIS JR., ANDREW TRIPLETTT, AND CRAIG BRYAN WIBBERLY,<br><br>Petitioners,<br><br>-against-<br><br>ABN-AMRO BANK N.V., AMERICAN EXPRESS BANK LTD., BANK OF NEW YORK, BANK OF CHINA, CITIBANK N.A., DEUTSCHE BANK A.G., DEUTSCHE BANK TRUST COMPANY AMERICAS, HSBC BANK USA, N.A., and JPMORGAN CHASE BANK N.A.,<br><br>Respondents.<br><br>DEUTSCHE BANK A.G. and DEUTSCHE BANK TRUST COMPANY AMERICAS<br><br>Respondents and Third-Party Petitioners,<br><br>-against-<br><br>AL HADHA EXCHANGE, AL JAZIRAH ENTERPRISE FOR PROJECTS DEVELOPMENT AND TRADING - TRANSPORT, AL MABARA TRADING EST., ALBANK ALSAUDI ALFRANSI (also known as BANQUE SAUDI FRANSI d/b/a SAUDI FRENCH BANK), ARAB BANK PLC., BANK OF INDIA, BANK OF KHARTOUM, BANK OF SUDAN, BANQUE BELGOLAISE PARIS, BANQUE NATIONALE DE PARIS, BELGOLAISE, BNP PARIBAS, BNP PARIBAS S.A., BNP PARIBAS SUISSE SA, BRITISH ARAB COMMERCIAL BANK LTD., BYBLOS BANK EUROPE S.A., CALYON LONDON (formerly known as CREDIT LYONNAIS LONDON), CALYON NY (formerly known as CREDIT LYONNAIS NY), COMMERZBANK AG, CREDIT LIBANAIS SAL, CREDIT SUISSE FIRST BOSTON, CREDIT SUISSE, EL NILEIN INDUSTRIAL DEVELOPMENT BANK (also | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

2

known as EL NILEIN BANK), EMIRATES BANK INTERNATIONAL, ETS LA CONCORDE, FAISAL ISLAMIC BANK OF EGYPT, FARMERS COMMERCIAL BANK, FEDERAL EXCHANGE DUBAI; FIRST INTERNATIONAL MERCHANT BANK, GENERALE BANK, HSBC BANK PLC, KENANA SUGAR CO. LTD., LIBERTY INVESTMENT COMPANY, LLC., M/S SABENA, MALAYAN BANKING BERHAD (also known as MAYBANK), NATIONAL BANK OF ABU DHABI (also known as N.B.A.D. KHARTOUM), NATIONAL BANK OF SHARJAH (also known as SHARJAH ISLAMIC BANK), NATIONAL ELECTRICITY CORP. (KHARTOUM AREA), NATIONAL SOCIETE GENERALE BANK S.A., RICHMOND MERCANTILE LIMITED (FZC), SAUDI BRITISH BANK (also known as SABB), SOCIETE GENERALE, SUDAN AIRWAYS, SUDAN SHIPPING LINE, SUDAN TELECOMMUNICATION COMPANY LTD., SUDANESE FREE TRADE ZONE AND MARKET COMPANY, SUDANESE FRENCH BANK, THE SUDANESE PETROLEUM CORP., TELECOM EGYPT SAE-INTERNATIONAL COMMUNICATION SECTOR, TRANSNATIONAL BANK LTD., UNITED EUROPEAN BANK, AND UNITED OVERSEAS BANK,

      Third Party Respondents and Adverse Claimants.

## NOTICE OF THIRD-PARTY PETITION
## SEEKING RELIEF IN THE NATURE OF INTERPLEADER

**PLEASE TAKE NOTICE** that upon the annexed Third-Party Petition Seeking Relief in the Nature of Interpleader (the "Third Party Petition"), Respondents and Third Party Petitioners Deutsche Bank A.G. and Deutsche Bank Trust Company Americas (collectively, "Deutsche Bank") shall move before the Honorable Alvin K. Hellerstein, United States District Judge, United States District Court for the Southern District of New York, Room 1050 at the

United States Courthouse, 500 Pearl Street, New York, New York, on November 5, 2008, or as soon thereafter as it may be heard, for an order pursuant to Rule 22 of the Federal Rules of Civil Procedure, Sections 1006, 5239, and 6221 of the New York Civil Practice Law and Rules (to the extent made applicable to this proceeding by Rule 69 of the Federal Rules of Civil Procedure), and Section 134 of the Banking Law, granting the relief set forth in detail in the Third Party Petition; and

**PLEASE TAKE FURTHER NOTICE** THAT THE FAILURE TO SUBMIT A TIMELY ANSWER TO THE THIRD-PARTY PETITION COULD RESULT IN THE TURNOVER TO PETITIONERS OLIVIA RUX ET AL. OF ASSETS, INCLUDING DEPOSIT ACCOUNTS AND BLOCKED WIRE TRANSFERS, IN WHICH YOU MAY HAVE AN INTEREST, IN ORDER TO SATISFY A JUDGMENT OBTAINED BY PETITIONERS AGAINST THE REPUBLIC OF SUDAN; AND

**PLEASE TAKE FURTHER NOTICE** THAT, IN SUCH EVENT, DEUTSCHE BANK WILL BE FULLY DISCHARGED AS TO ANY OBLIGATION IT MAY HAVE TO YOU IN RESPECT OF ANY SUCH ASSETS.

Dated:    New York, New York
             September 22, 2008

                                  COVINGTON & BURLING LLP

                                  By: _____
                                        Mark P. Gimbel

                                The New York Times Building
                                620 Eighth Avenue
                                New York, New York 10018
                                (212) 841-1000 (phone)
                                (212) 841.1010 (fax)
                                www.cov.com

                                *Attorneys for Respondents and Third Party*
                                *Petitioners Deutsche Bank A.G. and Deutsche Bank*
                                *Trust Company Americas*