Howard B. Levi, Esq.
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, NY  11036
Tel. No. (212) 308-6100

Attorneys for Third-Party Petitioner
The Bank of New York Mellon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| OLIVIA RUX, et al., | : | Case No. 08 Civ. 6588 (AKH) |
| Petitioners, | : | |
| -against- | : | |
| ABN AMRO BANK, N.V., AMERICAN EXPRESS BANK LTD., BANK OF AMERICA, N.A., BANK OF NEW YORK, BANK OF CHINA, CITIBANK, N.A., DEUTSCHE BANK A.G., DEUTSCHE BANK TRUST COMPANY AMERICAS, HSBC BANK USA, N.A. and JPMORGAN CHASE BANK, N.A., | : | |
| Respondents. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, | : | |
| Third-Party Petitioner, | : | |
| -against- | : | **NOTICE OF** |
| THE REPUBLIC OF SUDAN, THE BANK OF KHARTOUM, EL NILEIN BANK, SUDAN AIRWAYS, SAUDI INVESTMENT BANK, BARCLAYS BANK, PLC, TURKIYE GUARANTI BANKASI AS, AIR ANATOLIA, CLIVEDEN PETROLEUM CO. LTD., EFG BANK (GIBRALTER) LTD., BNP PARIBAS, S.A., BNP PARIBAS (SUISSE) S.A., SUDANESE | : | **THIRD-PARTY PETITION** |

PETROLEUM CORPORATION, BYBLOS         :
BANK EUROPE S.A., KOREA
EXCHANGE BANK, BANK OF SUDAN,         :
AL SHAMAL ISLAMIC BANK and
SUDANESE LIBYAN INVESTMENT            :
AND DEVELOPMENT CO. LTD.,
                                      :
            Third-Party Respondents.
-----------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying third-party petition of third-party petitioner The Bank of New York Mellon ("BNY"), an application will be made by BNY to the United States District Court for the Southern District of New York (the "Court"), in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 9:30 A.M. on November 28, 2008, or as soon thereafter as the parties may be heard, for the entry of a judgment granting to BNY the relief requested in its third-party petition, and for such other relief to BNY as may be just and proper.

PLEASE TAKE FURTHER NOTICE that the Court may hold a hearing at the time and place specified in the previous paragraph, or at a later time to be set by the Court, with respect to the matters set forth in the third-party petition.

PLEASE TAKE FURTHER NOTICE that pursuant to section 403(b) of the New York Civil Practice Law and Rules (the "CPLR"), you must serve an answer to the accompanying third-party petition and supporting affidavits, if any, upon the undersigned attorneys, at their address listed below, on or before November 21, 2008 (seven days before the hearing date of November 28, 2008), in order to preserve your rights with respect to the matters set forth in the third-party petition.

This special proceeding is brought to obtain relief pursuant to CPLR §§ 5239 and 1006, New York Banking Law § 134 and Rule 22 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 16, 2008

                                    LEVI LUBARSKY & FEIGENBAUM LLP

                                    By: _____
                                        Howard B. Levi, Esq.
                                    1185 Avenue of the Americas, 17th Floor
                                    New York, NY 10036
                                    Telephone Number 1-212-308-6100

                                    Attorneys for Third-Party Petitioner
                                    The Bank of New York Mellon

TO: [See attached service list]

SERVICE LIST

THE REPUBLIC OF SUDAN
Hon. Deng Alor
Ministor for Foreign Affairs
Ministry of Foreign Affairs
Khartoum, Sudan

BANK OF KHARTOUM
Cross-over of Al-Qasr Street
with Al-Gomhoria Street
Khartoum, Sudan

EL NILEIN BANK
PO Box 466/1722
United Nations Square
Khartoum, Sudan

EL NILEIN INDUSTRIAL
DEVELOPMENT BANK GROUP
South of United Nations Square
Khartoum, Sudan

SUDAN AIRWAYS
ObiedKhatim Street No. 161
Riadh Block No.10
P.O.Box 253
Sudan

THE SAUDI
INVESTMENT BANK
P.O. Box 3533
Riyadh 11481
Saudi Arabia

BARCLAYS BANK, PLC
1 Churchill Place
London E14 5HP
United Kingdom

BARCLAYS BANK, PLC
International Private Co.
Bockenheimer
Landstrasse 38-40
Frankfurt am Main
Germany

4

TURKIYE GARANTI BANKASI
8 Place Winston Churchill
L- 1340 Luxembourg

AIR ANATOLIA

CLIVEDEN PETROLEUM CO., LTD.
17 Rue des Pierres-Du-Niton
1207 Geneva
Switzerland

ADVANCED PETROLEUM
COMPANY (APCO)
House No. 10, Block 9
Street 33, Amarat
P.O. Box. 12811
Khartoum, Sudan

EFG BANK
(GIBRALTAR) LIMITED
Eurolife Bldg

1 Corral Rd
PO Box 561, PMB 6314
Gibraltar 6314

BNP PARIBAS S.A.
787 Seventh Avenue
New York, NY 10019

BNP PARIBAS
(SUISSE) S.A.
Place de Hollande 2
CH-1211 Geneva 11
Switzerland

SUDANESE PETROLEUM
CORPORATION
Ministry of Energy & Mining Building
Nile Avenue
P.O. Box 2649
Khartoum, Sudan

BYBLOS BANK EUROPE S.A.
Rue Montoyer 10, Boite 3
Brussels (B-1000)
Belgium

KOREA EXCHANGE BANK
30 Old Jewry
London, England (EC2R 8EB)
United Kingdom

KOREA EXCHANGE BANK
181 2Ga Euljiro, Jung-gu
Seoul, 100-793
South Korea

BANK OF SUDAN
Gamhoria Street - Almogran
PO Box 313
Khartoum, Sudan

ALSHAMAL ISLAMIC BANK
Al Sayed Abdel Rahman Street
PO Box 10036
Khartoum, Sudan

SUDANESE LIBYAN INVESMENT
AND DEVELOPMENT CO.