Howard B. Levi, Esq.
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, NY  11036
Tel. No. (212) 308-6100

Attorneys for Third-Party Petitioner
JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| OLIVIA RUX, et al., | : | Case No. 08 Civ. 6588 (AKH) |
| Petitioners, | : | |
| -against- | : | |
| ABN AMRO BANK, N.V., AMERICAN EXPRESS BANK LTD., BANK OF AMERICA, N.A., BANK OF NEW YORK, BANK OF CHINA, CITIBANK, N.A., DEUTSCHE BANK A.G., DEUTSCHE BANK TRUST COMPANY AMERICAS, HSBC BANK USA, N.A. and JPMORGAN CHASE BANK, N.A. | : : : : : : | |
| Respondents. | | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., | : | |
| Third-Party Petitioner, | : | |
| -against- | : | **NOTICE OF** |
| THE REPUBLIC OF SUDAN, THE BANK OF KHARTOUM, EL NILEIN BANK, SUDATEL GROUP FOR TELECOMMUNICATIONS, AT&T INC., NATIONAL COMMERCIAL BANK, THE MINISTRY OF FINANCE OF SUDAN, THE BANK OF SUDAN, AL RAJHI BANKING AND INVESTMENT CORP., SHANDONG BOSHAN PUMPS I AND E CO. LTD., | : : : : : : | **THIRD-PARTY PETITION** |

| | |
|---|---|
| HUAXIA BANK, HOUSING BANK FOR TRADE AND FINANCE, THE ARAB INVESTMENT BANK, ANIMAL RESOURCES BANK, BARWIL AGENCIES AS, BANK OF AMERICA, N.A., BAASHER SHIPPING AND TRADING, NATIONAL BANK OF ABU DHABI, BNP PARIBAS S.A., BNP PARIBAS (SUISSE) S.A., KREDITANSTALT FUR WIEDERAUFBAU (KfW), FORTIS BANK (NEDERLAND) B.V., AIRCRAFT FINANCING AND TRADING B.V., NATIXIS, AT&T COMMUNICATIONS, ARAB BANKING CORPORATION, BEMO EUROPE BANQUE PRIVEE, AMERICAN EXPRESS BANK LTD., UBAF HONG KONG LIMITED, HSBC BANK USA, N.A., HONG KONG AND SHANGHAI BANKING CORPORATION LIMITED, BATELCO, NATIONAL BANK OF BAHRAIN, BANK OF TOKYO-MITSUBISHI UJF LTD., ABU DHABI COMMERCIAL BANK, BANQUE SAUDI FRANSI, DEUTSCHE BANK TRUST COMPANY AMERICAS, RIYAD BANK, AL-TYIB MAHMOOD CO. & SONS, PORT SUDAN COTTON COMPANY, SUMITOMO CORPORATION, MIZUHO CORPORATE BANK, CREDIT LYONNAIS, SYNGENTA AGRO AG, SHINHAN BANK, SOCIÉTÉ GENERALE, CARGILL PLC, CARGILL GLOBAL FUNDING PLC, THE SUDAN COTTON COMPANY LTD., DUBAI ISLAMIC BANK, ABU DHABI ISLAMIC BANK, NORDEA BANK FINLAND PLC, BRITISH ARAB COMMERCIAL BANK, EL-SHEIKH SUMIMAN ABDELAZIZ ELRAJI, HUSSAIN G. THANON, MOHAMMED NAELM ABDEL RAHMAN, M. EDMON MAARI, AHMED MOHD DAHABA AL GHAMDI and JOHN DOES 1-8, | : : : : : : : : : : : : : : : : : |
| Third-Party Respondents. | : |

------------------------------------------------------------x

2

PLEASE TAKE NOTICE that upon the accompanying third-party petition of third-party petitioner JPMorgan Chase Bank, N.A. ("JPMCB"), an application will be made by JPMCB to the United States District Court for the Southern District of New York (the "Court"), in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 9:30 A.M. on November 28, 2008, or as soon thereafter as the parties may be heard, for the entry of a judgment granting to JPMCB the relief requested in its third-party petition, and for such other relief to JPMCB as may be just and proper.

PLEASE TAKE FURTHER NOTICE that the Court may hold a hearing at the time and place specified in the previous paragraph, or at a later time to be set by the Court, with respect to the matters set forth in the third-party petition.

PLEASE TAKE FURTHER NOTICE that pursuant to section 403(b) of the New York Civil Practice Law and Rules (the "CPLR"), you must serve an answer to the accompanying third-party petition and supporting affidavits, if any, upon the undersigned attorneys, at their address listed below, on or before November 21, 2008 (seven days before the hearing date of November 28, 2008), in order to preserve your rights with respect to the matters set forth in the third-party petition.

This special proceeding is brought to obtain relief pursuant to CPLR §§ 5239 and 1006, New York Banking Law § 134 and Rule 22 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       September 16, 2008

                        LEVI LUBARSKY & FEIGENBAUM LLP

                        By: _____
                            Howard B. Levi, Esq.
                        1185 Avenue of the Americas, 17th Floor
                        New York, NY 10036
                        Telephone Number 1-212-308-6100

                        Attorneys for Third-Party Petitioner
                        JPMorgan Chase Bank, N.A.

TO: [See attached service list]

<u>SERVICE LIST</u>

THE REPUBLIC OF THE SUDAN
Hon. Deng Alor
Minister of Foreign Affairs
Ministry of Foreign Affairs
Khartoum, Sudan

BANK OF KHARTOUM
Cross-over of Al Qasr Street with
Al Gomhoria Street
Khartoum, Sudan

EL NILEIN BANK
South of United Nations Square
Khartoum, Sudan

SUDATEL GROUP FOR TELECOMMUNICATIONS
Sudatel Tower
Khartoum, Sudan

AT&T INC.
Room VO
One AT&T Way
Bedminster, NJ  07921

NATIONAL COMMERCIAL BANK
PO Box 3555
King Abdul Aziz Street
Jeddah 21481
Saudi Arabia

THE MINISTRY OF FINANCE OF SUDAN
Hon. Luwal Ashweil Deng, Minister of Finance
Khartoum, Sudan

BANK OF SUDAN
Gamhoria Street - Almogran
PO Box 313
Khartoum, Sudan

ALRAJHI BANKING &
INVESTMENT CORP.
PO Box 28
11411 Riyadh
Saudi Arabia

SHANDONG BOSHAN PUMPS
I & E CO. LTD
27 Liuhang Road
Boshan, Zibo
Shandong, China 255200

HUAXIA BANK
Hua Xia Bank Plaza, No.22
Jianguomennei Street
Dongcheng District
Beijing 100005
China

HOUSING BANK FOR
TRADE AND FINANCE
Amman / Abdali–Parliament Street
P.O.Box 7693
Jordan 11118

THE ARAB INVESTMENT BANK
PO Box 5559, TAIC Bldg.
Al-Seef District 428
Manama, Bahrain

THE ARAB INVESTMENT BANK
Commercial Buildings Co.
Massaref Street
Beirut Central District
1107-2230 Beirut, Lebanon

THE ARAB INVESTMENT BANK
PO Box 826
Cairo Sky Building
8 Abd El-Khalek Tharwat St.
Cairo, Egypt

ANIMAL RESOURCES BANK
PO Box 1499
Alamarat St.
Khartoum, Sudan

BARWIL AGENCIES AS
Al Mak Nimir Street
Block 3/4, Square 6H
P.O.Box 11753
Khartoum, Sudan

BANK OF AMERICA N.A.
9 West 57th Street
New York, New York 10019

BAASHER SHIPPING
AND TRADING
Baasher Building
Military Parade, PO Box 45
Port of Sudan
Sudan

NATIONAL BANK OF
ABU DHABI
PO Box 4
One NBAD Tower Building
Sheikh Khalifa Street
Abu Dhabi

BNP PARIBAS S.A.
787 Seventh Avenue
Floor 11
New York, NY 10019

BNP PARIBAS (SUISSE) SA
Place de Hollande 2
CH-1211 Geneva 11
Switzerland

KREDITANSTALT FUR WIEDERAUFBAU        :
(KfW)
Bockenheimer Landstrasse 104
60325 Frankfurt am Main
Germany

FORTIS BANK (NEDERLAND) B.V.
Prins Bernhardplein 200
Amsterdam 1097 JB
Netherlands

AIRCRAFT FINANCING
AND TRADING B.V.
Atlas Office Center, Australia Building
Hoogoorddreef 7
1101 BA  Amsterdam Zuidoost
Netherlands

NATEXIS BANQUE BFCE
45 rue Saint-Dominique
75007 Paris

AT&T COMMUNICATIONS

ARAB BANKING CORP.
ABC Tower, Diplomatic Area
PO Box 5698
Manama, Bahrain

BEMO EUROPE BANQUE PRIVEE
49 avenue d'Iéna
F-75116 Paris

AMERICAN EXPRESS BANK LTD
23rd Floor, 3 WFC
200 Vesey Street
New York, NY 10285-2200

UBAF HONG KONG LTD.
G.P.O. Box 9917
21st Floor
Silver Base Centre
200 Gloucester Road
Wanchai, Hong Kong

HSBC BANK USA, N.A.
1105 N. Market Street
Wilmington, Delaware 19801

MERITA BANK, PLC
8th Floor City Place House
London EC2V 5NB

BANKERS TRUST
130 Liberty St
New York, NY 10006

HONG KONG AND SHANGHAI
BANKING CORPORATION LIMITED
Robinson Road
PO Box 896
Singapore 901746

BATELCO
P.O. Box 14
Manama, Bahrain

SUDANTEL
P.O. Box 1115
Khartoum, Sudan

NATIONAL BANK OF BAHRAIN
P.O.Box 106
Manama, Bahrain

BANK OF TOKYO-MITSUBISHI UFJ LTD.
21-24 Nishiki 3-Chome
Naka-ku
Nagoya 460-8660
Aichi, Japan

ABU DHABI COMMERCIAL BANK
Abu Dhabi Commercial
Bank Building
PO Box 939
Al Salam Street
Abu Dhabi

ALBANK AL SAUD
AL FRANSI
King Abdulaziz St., Riyadh
PO Box 1290
Riyadh 11431

DEUTSCHE BANK AND
TRUST CO AMERICAS
Theodor-Heuss-Allee 70
60262 Frankfurt
Germany

BANKERS TRUST
453 7th Street
Des Moines, IA 50309

RIYAD BANK
PO Box 22622
King Abdulaziz Street
Riyadh 11416
Saudi Arabia

AL-TYIB MAHMOOD
CO. AND SONS

THE SUDAN COTTON COMPANY
PORT SUDAN COTTON CO.
PORT SUDAN COTTON & TRADE CO.
Al Gomhoria Street
Saint James Crossing
PO Box 590/261
Khartoum 1552
Sudan

SUMITOMO CORPORATION OSAKA
Sumitomo Building
Kansai Regional Business Unit
541-0041
4-5-33 Kitaham
Chuo-ku, Osaka City

MIZUHO CORPORATE BANK
Osaka Corporate Banking Division
2-1, Imabashi 4-chrome
Chuo-ku
Osaka 541-0042
Japan

CREDIT LYONNAIS
Credit Lyonnais Pk Airfinance
157 West 57th Street
New York, NY

CREDIT LYONNAIS
19 Blvd des Italiens
75002
Paris, France

SYNGENTA AGRO AG
PO Box 233
CH-8157 Dielsdorf ZH
Switzerland

SHINHAN BANK
3rd Floor
51/55 Gresham Street
London EC2V 7HB

10

United Kingdom

SOCIETE GENERALE
29 Boulevard Haussmann
75009 Paris, France

DUBAI  ISLAMIC BANK
PO Box 1080, Airport Road
Deira, Dubai City
Dubai
DUBAI ISLAMIC BANK
Dubai Islamic Bank PSJ
P.O.Box 1080
Dubai

ABU DHABI ISLAMIC BANK
P.O. Box: 313
Al Bateen, Near Central Bank
Abu Dhabi

NORDEA BANK FINLAND PLC
City Place House, 8th floor
55 Basinghall Street
London EC2V 5NB

BRITISH ARAB COMMERCIAL
BANK LTD.
8-10 Mansion House Place
London EC4N 8BJ

EL-SHEIKH SUMIMAN
ABDELAZIZ ELRAJHI

HUSSAIN G. THANON

MOHAMMED NAELM ABDEL RAHMAN

M. EDMON MAARI

AHMED MOHD DAHABA
AL GHAMDI