Paul K. Stecker (PS 4892)
PHILLIPS LYTLE LLP
Suite 3400, One HSBC Center
Buffalo, New York  14203
Tel.:  (716) 847-8400
Fax:  (716) 852-6100
pstecker@phillipslytle.com

Attorneys for Respondent
  HSBC Bank USA, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

OLIVIA RUX, *et al.*,                                              Case No. 08 Civ. 6588 (AKH)

                    Petitioners,

      -against-

ABN-AMRO Bank N.V., *et al.*,

                    Respondents.
───────────────────────────────────────────

DEUTSCHE BANK A.G. and DEUTSCHE BANK
TRUST COMPANY AMERICAS,

                    Respondents and
                    Third-Party Petitioners,

      -against-

AL HADHA EXCHANGE, *et al.*,

                    Third-Party Respondents.
───────────────────────────────────────────

**ANSWER TO THIRD-PARTY PETITION OF DEUTSCHE BANK A.G.
AND DEUTSCHE BANK TRUST COMPANY AMERICAS**

        Third-party respondent HSBC Bank USA, N.A. ("HSBC") states in response to

the third-party petition of Deutsche Bank A.G. and Deutsche Bank Trust Company Americas

- 2 -

that it makes no claim to the funds represented by the wire transfers referenced in such third-party petition.

DATED:     November 19, 2008

                    PHILLIPS LYTLE LLP

                    By:     s/ Paul K. Stecker
                            Paul K. Stecker (PS 4892)
                  Suite 3400, One HSBC Center
                  Buffalo, New York  14203
                  (716) 847-8400
                  pstecker@phillipslytle.com

                  and

                  437 Madison Avenue, 34th Floor
                  New York, New York  10012
                  (212) 759-4888

                  *Attorneys for Respondent*
                    *HSBC Bank USA, National Association*

FFFtl
Doc # 01-2257914.1