Paul K. Stecker (PS 4892)
PHILLIPS LYTLE LLP
Suite 3400, One HSBC Center
Buffalo, New York  14203
Tel.:  (716) 847-8400
Fax:  (716) 852-6100
pstecker@phillipslytle.com

Attorneys for Respondent
  HSBC Bank USA, National Association

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

OLIVIA RUX, *et al.*,                                                   Case No. 08 Civ. 6588 (AKH)

                Petitioners,

    -against-

ABN-AMRO Bank N.V., *et al.*,

                Respondents.
───────────────────────────────────────────

JPMORGAN CHASE BANK, N.A.,

                Third-Party Petitioner,

    -against-

THE REPUBLIC OF SUDAN, *et al.*,

                Third-Party Respondents.
───────────────────────────────────────────

**ANSWER TO THIRD-PARTY PETITION
OF JPMORGAN CHASE BANK, N.A.**

- 2 -

Third-party respondent HSBC Bank USA, N.A. ("HSBC") states in response to the third-party petition of JPMorgan Chase Bank, N.A. that it makes no claim to the funds represented by the wire transfers referenced in such third-party petition.

DATED:   November 19, 2008

                PHILLIPS LYTLE LLP

                By:   s/ Paul K. Stecker
                      Paul K. Stecker (PS 4892)
                Suite 3400, One HSBC Center
                Buffalo, New York  14203
                (716) 847-8400
                pstecker@phillipslytle.com

                and

                437 Madison Avenue, 34th Floor
                New York, New York  10012
                (212) 759-4888

                *Attorneys for Respondent*
                 *HSBC Bank USA, National Association*

FFFtl
Doc # 01-2257803.1