UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

OLIVIA RUX *et al.*

                Petitioners,

-against-

ABN-AMRO BANK N.V. *et al.*

                Respondents.          Case No. 08 Civ. 6588 (AKH)

DEUTSCHE BANK A.G. and DEUTSCHE BANK     **THE RECEIVERS OF**
TRUST COMPANY AMERICAS     **SABENA SA'S MOTION**
    **TO INTERVENE**

                Respondents and Third-
                Party Petitioners,

-against-

AL HADHA EXCHANGE *et al.*

                Third Party Respondents
                and Adverse Claimants.

-----------------------------------------------------------------x

       Third Party Respondent the Receivers of Sabena SA, by counsel, hereby moves pursuant to Fed. R. Civ. P. 24 to intervene in this action, and to become a party to this action for all purposes, and states in support as follows:

       1. As set forth in Third Party Respondent's Claim to Blocked Funds and Objections to the Petition to Compel Respondents to Pay Money to Judgment Creditors from Judgment Debtor's Bank Accounts and Assets ("the Claim and Objections"), separately filed in this action and incorporated herein, Third Party Respondent is the rightful owner of the certain Blocked

Funds referred to in the Claim and Objections and objects to any competing claims to such funds. Such Blocked Funds are a subject of this action.

2. Third Party Respondent is entitled to intervene in this action "of right" pursuant to Fed. R. Civ. P. 24(a)(2) because it "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest," and because no other party can "adequately represent that interest."

3. Third Party Respondent's Claim to Blocked Funds and Objections to the Petition to Compel Respondents to Pay Money to Judgment Creditors from Judgment Debtor's Bank Accounts and Assets constitutes its "pleading that sets out the claim or defense for which intervention is sought" pursuant to Fed. R. Civ. P. 24(c).

WHEREFORE, Third Party Respondent the Receivers of Sabena SA requests that the Court permit it to intervene in this action and become a party to this action for all purposes.

Dated: New York, New York
November 21, 2008

FREEHILL HOGAN AND MAHAR, LLP

By: _____
Patrick J. Bonner

80 Pine Street
New York, New York  10005
(212) 425-1900
(212) 425-1901 fax
N.Y. Bar No. 1316132

*Attorneys for Third Party Respondent
the Receivers of Sabena SA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2008, I served the foregoing the Receivers of Sabena SA's Motion to Intervene on all parties to this action by filing it electronically in accordance with the Court's CM/ECF requirements and procedures.

_____
Patrick J. Bonner