UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

OLIVIA RUX et al.,                                              :
                                                               :
                              Petitioners,                     :
                                                               :   Case No. 08 Civ. 6588 (AKH)
              -against-                                        :
                                                               :
ABN-AMRO BANK N.V., AMERICAN EXPRESS                           :
BANK LTD., BANK OF NEW YORK, BANK OF                           :
CHINA, CITIBANK N.A., DEUTSCHE BANK                            :
A.G., DEUTSCHE BANK TRUST COMPANY                              :
AMERICAS, HSBC BANK USA, N.A. and                              :
JPMORGAN CHASE BANK N.A.,                                      :
                                                               :
                              Respondents.                     :
                                                               :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

J.P. MORGAN CHASE BANK, N.A.,                                  :
                                                               :
                              Respondents and                  :
                              Third-Party                      :   **ANSWER TO**
                              Petitioners,                     :   **THIRD PARTY**
                                                               :   **PETITION**
              -against-                                        :
                                                               :
THE REPUBLIC OF SUDAN, THE BANK OF                             :
KHARTOUM, EL NILEIN BANK, SUDATEL                              :
GROUP FOR TELECOMMUNICATIONS, AT&T,                            :
INC., NATIONAL COMMERCIAL BANK, THE                            :
MINISTRY OF FINANCE OF SUDAN, THE                              :
BANK OF SUDAN, AL RAJHI BANKING AND                            :
INVESTMENT CORP., SHANDONG BOSHAN                              :
PUMPS I AND E CO. LTD., HUAXIA BANK,                           :
HOUSING BANK FOR TRADE AND FINANCE,                            :
THE ARAB INVESTMENT BANK, ANIMAL                               :
RESOURCES BANK, BARWIL AGENCIES AS,                            :
BANK OF AMERICA, N.A., BAASHER                                 :
SHIPPING AND TRADING, NATIONAL BANK                            :
OF ABU DHABI, BNP PARIBAS S.A., BNP                            :
PARIBAS (SUISSE) S.A., KREDITANSTALT FUR :
WIEDERAUFBAU (KfW), FORTIS BANK                                :
(NEDERLAND) B.V., AIRCRAFT FINANCING                           :
AND TRADING B.V., NATIXIS, AT&T                                :

COMMUNICATIONS, ARAB BANKING            :
CORPORATION, BEMO EUROPE BANK           :
PRIVEE, AMERICAN EXPRESS BANK LTD.,     :
UBAF HONG KONG LIMITED, HSBC BANK       :
USA, N.A., HONG KONG AND SHANGHAI       :
BANKING CORPORATION LIMITED,            :
BATELCO, NATIONAL BANK OF BAHRAIN,      :
BANK OF TOKYO-MITSUBISHI UFJ LTD., ABU  :
DHABI COMMERCIAL BANK, BANK SAUDI       :
FRANSI, DEUTSCHE BANK TRUST COMPANY     :
AMERICAS, RIYAD BANK, AL-TYIB           :
MAHMOOD CO. & SONS, PORT SUDAN          :
COTTON COMPANY, SUMITOMO                :
CORPORATION, MIZUHO CORPORATE BANK,     :
CREDIT LYONNAIS, SYNGENTA AGRO AG,      :
SHINHAN BANK, SOCIÉTÉ GÉNÉRALE,         :
CARGILL PLC, CARGILL GLOBAL FUNDING     :
PLC, THE SUDAN COTTON COMPANY LTD.,     :
DUBAI ISLAMIC BANK, ABU DHABI ISLAMIC   :
BANK, NORDEA BANK FINLAND PLC,          :
BRITISH ARAB COMMERCIAL BANK, EL-       :
SHEIKH SUMIMAN ABDELAZIZ ELRAJI,        :
HUSSAIN G. THANON, MOHAMMED NAELM       :
ABDEL RAHMAN, M. EDMON MAARI, AHMED     :
MOHD DAHABA AL GHAMDI and JOHN DOES     :
1-8,                                    :
                                        :
                    Third Party         :
                    Respondents.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Respondent Deutsche Bank Trust Company Americas ("DBTCA"), by its

attorneys Covington & Burling LLP, responds to the Third Party Petition ("Petition") of JP

Morgan Chase Bank, N.A. ("JPMCB") as follows:

1.     In response to paragraph 1, DBTCA admits that the Petition seeks the specified

relief and otherwise denies knowledge or information sufficient to form a belief as to the truth of

the allegations in the paragraph.

2.     DBTCA admits, upon information and belief, the allegations of paragraph 2.

3.      DBTCA admits the allegations of paragraph 3.

4.      DBTCA admits, upon information and belief, the allegations of paragraph 4.

5.      DBTCA admits, upon information and belief, the allegations of paragraph 5.

6.      DBTCA admits, upon information and belief, the allegations of paragraph 6.

7.      DBTCA admits, upon information and belief, the allegations of paragraph 7.

8.      DBTCA denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8.

9.      In response to paragraph 9, DBTCA admits, upon information and belief, that DBTCA or its predecessor Bankers Trust Company was the designated intermediary or beneficiary bank with respect to one or more wire transfers that were routed through and blocked by JPMCB and otherwise denies knowledge or information sufficient to form a belief as to the truth of the allegations in the paragraph.

10.     DBTCA denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10.

11.     DBTCA denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11.

12.     In response to paragraph 12, DBTCA admits that the Court has subject matter jurisdiction over this action.

13.     In response to paragraph 13, DBTCA admits that venue is proper.

14.     DBTCA admits, upon information and belief, the allegations of paragraph 14.

15.     DBTCA admits, upon information and belief, the allegations of paragraph 15, except denies knowledge or information sufficient to form a belief as to whether or not Petitioner's counsel served JPMCB with the referenced write of execution.

3

16.     DBTCA admits, upon information and belief, the allegations of paragraph 16.

17.     DBTCA admits, upon information and belief, the allegations of paragraph 17, except (a) denies knowledge or information sufficient to form a belief as to the nature of the documents served on parties other than DBTCA, and (b) denies knowledge or information sufficient to form a belief as to whether the documents produced to DBTCA by JPMCB identify all Blocked Deposit Accounts or Blocked Wire Accounts to which DBTCA may have a claim. DBTCA further avers that JPMCB has identified the following three Blocked Wire Accounts as accounts to which DBTCA may have a claim (hereinafter, the "Referenced Accounts"):

1.     JPMCB Account Number - 395513235
       Current Value (as of 2/29/2008) - $58,825.94

2.     JPMCB Account Number - 395907411
       Current Value (as of 2/29/2008) - $143,882.81

3.     JPMCB Account Number - 395910919
       Current Value (as of 2/29/08) - $59,358.66

18.     DBTCA admits the allegations of paragraph 18, except denies knowledge or information sufficient to form a belief as to the truth of the allegation that JPMCB has complied with the referenced order of the Court.

19.     DBTCA admits the allegations of paragraph 19.

20.     DBTCA denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20.

21.     DBTCA denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21.

22.     In response to paragraph 22, DBTCA (a) denies, based on the information provided to it by JPMCB, that it has any claim to the Three Accounts, and (b) denies knowledge

or information sufficient to form a belief as to the truth of the remaining allegations in the paragraph.

23.    In response to paragraph 23, DBTCA repeats and realleges its responses to paragraphs 1 through 22.

24.    In response to paragraph 24, DBTCA admits that Petitioners seek the turnover of funds allegedly held by JPMCB in Blocked Deposit Accounts and otherwise denies knowledge or information sufficient to form a belief as to the allegations in the paragraph.

25.    In response to the allegations of paragraph 25, DBTCA (a) denies, based on the information provided to it by JPMCB, that it has any claim to the Three Accounts, and (b) denies knowledge or information sufficient to form a belief as to the remaining allegations of the paragraph.

26.    DBTCA denies knowledge or information sufficient to form a belief as to the allegations of paragraph 26,

27.    Paragraph 27 states a legal conclusion to which DBTCA believes no response is required.  To the extent that a response is required, DBTCA denies knowledge or information sufficient to form a belief as to whether JPMCB is entitled to the relief it seeks, except admits that interpleader relief may be appropriate if JPMCB's factual allegations are true.

28.    In response to the Wherefore Clause of the Petition, DBTCA (i) denies that JPMCB is entitled to any attorneys fees or costs from DBTCA, and (ii) denies knowledge or information sufficient to form a belief as to whether JPMCB is entitled to the remainder of the relief it seeks, except admits that certain relief sought may be appropriate if JPMCB's factual allegations are true.

**Affirmative Defenses**

DBTCA reserves the right to assert any affirmative defenses or counterclaims that

may become apparent after additional discovery or otherwise.

**Request for Relief**

DBTCA respectfully requests that the Court dismiss the Petition as against

DBTCA and grant it any attorneys fees or costs to which it is or may become entitled under

applicable law.


Dated:  New York, New York
        November 21, 2008

                                COVINGTON & BURLING LLP


                                By:_____
                                    Mark P. Gimbel

                                The New York Times Building
                                620 Eighth Avenue
                                New York, New York 10018
                                (212) 841-1000 (phone)
                                (212) 841.1010 (fax)
                                www.cov.com

                                *Attorneys for Respondent Deutsche*
                                *Bank Trust Company Americas*