UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIVIA RUX et al.,

                     Petitioners,

- against -

ABN-AMRO BANK N.V., et al.,

                     Respondents.

08 Civ. 6588 (AKH)

DECLARATION OF
KIRSTI NIINISALO-SNOWDEN

---

I, Kirsti Niinisalo-Snowden, declare as follows:

1.    I am the Head of Legal Services and Compliance at Nordea Bank Finland Plc, ("Nordea"), at its branch in London, England. I have knowledge of the facts set forth in this declaration based on my review of the relevant records and am authorized to make this declaration on behalf of Nordea.

2.    Nordea is a Finnish subsidiary of a Nordic or Scandinavian bank headquartered in Sweden. It is neither associated with nor owned or controlled in any part by the Government of Sudan ("Sudan") or any of its agencies or instrumentalities.

3.    One of Nordea's customers is Barwil Agencies AS of Lysaker, Norway ("Barwil"), a Norwegian owned shipping agency with operations, officers and subsidiaries in various countries throughout the world. Barwil is indirectly wholly owned by Wilhelmsen Maritime Services AS ("WMS"), a fully owned subsidiary of Wilh. Wilhelmsen ASA, a public limited company listed on the Oslo Stock Exchange ("WW").

4.    As explained in materials from the annual report and website of WW, WMS offers a broad range of products and services to a large proportion of the international merchant

1

fleet through a unique global network and also offers services to the shipbuilding industry, and WMS, hereunder Barwil is WW's global provider of port and marine services.

### The $300,000 Wire Transfer and the $225,697.89 Wire Transfer

5. There are two wire transfers that Barwil initiated that were blocked in accordance with the United States Treasury Department's Office of Foreign Assets Control ("OFAC") regulations and are the subject of Nordea's submissions in this matter. They are:

- $300,000 wire transfer dated October 12, 2001 (the "$300,000 Wire Transfer"), pursuant to instructions from Mr. Dag-Erik OS of Barwil, for the ultimate benefit of Baasher Shipping and Trading, also known as Baasher Barwil Agencies Ltd. ("Baasher Barwil"). Baasher Barwil is owned 50% by Barwil. The originating bank was Merita Bank PLC London (a predecessor of Nordea), and the beneficiary bank was Bank of Khartoum, where Baasher Barwil maintained the account designated to receive the funds. (See Ex. A (SWIFT messages dated October 12, October 15, and November 2, 2001, identifying the wire transfer and confirming that it was blocked).)

- $225,697.89 wire transfer dated March 25, 2008 (the "$225,697.89 Wire Transfer"), pursuant to instructions from Barwil, for the ultimate benefit of Mr. Mohammed Abdalla Ahmed Baasher, a shareholder and director of Baasher Barwil ("Mr. Baasher"). The originating bank was Nordea, and the beneficiary bank was Bank of Khartoum, where Mr. Baasher maintained the account designated to receive the wired funds. (See Ex. B (SWIFT payment order message dated March 25, 2008 and SWIFT messages dated April 3, 2008 noting the blocking of the funds).)

6. As confirmed in the accompanying declaration of Barwil's Chairman of the Board, Ove Myrvaag, the $300,000 Wire Transfer to Baasher Barwil was for working capital purposes.

7. As confirmed in Mr. Myrvaag's declaration and that of Mr. Baasher, the $225,697.89 Wire Transfer was a dividend payment to Mr. Baasher as minority shareholder of Baasher Barwil.

8. As also confirmed in the accompanying declarations of Messrs. Myrvaag and Baasher, both the $300,000 and the $225,697.89 Wire Transfers were sent by and intended to be received by entities that were not and are not agencies or instrumentalities of Sudan.

2

## The Blocking of the Wire Transfers

9. On March 25, 2008, JPMorgan Chase Bank, N.A. ("JPMC"), one of the Intermediary Banks for the $225,697.89 Wire Transfer, informed Nordea via email that it had blocked transfer of the funds pursuant to the Sudanese Sanctions Regulations. JPMC also informed Nordea that it had sent an email report to OFAC on April 1, 2008 regarding the blocking of the funds.

10. I thereafter submitted an application, on behalf of Nordea, for release of the blocked $225,697.89 Wire Transfer pursuant to OFAC policy. I explained that the funds represented a dividend payment to Mr. Baasher, a minority shareholder of Barwil, and that Nordea's client and remitter (Barwil) had mistakenly instructed that the funds be wired in U.S. dollars rather than Euros.

11. Nordea had previously initiated similar wire transfers of payments on behalf of Barwil/Baasher Barwil, but in Euros. Through what appears to be a mutual mistake by Nordea and its customer, the funds that are the subject of the $225,697.89 Wire Transfer were mistakenly transmitted in U.S. dollars instead of Euros, as had been prior practice. Accordingly, it appears that that wire transfer was blocked simply because it was mistakenly wired in U.S. dollars.

12. After receiving an April 30, 2008 letter from OFAC advising that they did not have a record of the $225,697.89 Wire Transfer being blocked, I sent a letter on June 10, 2008 to OFAC's Licensing Division explaining that JPMC had blocked the $225,697.89 Wire Transfer

on March 25, 2008, and had so informed OFAC by email. In the June 10, 2008 letter I also resubmitted Nordea's prior application for release of the blocked $225,697.89 Wire Transfer.

13. By identical letters dated June 12 and June 25, 2008 (responding to my two prior communications on behalf of Nordea), OFAC denied Nordea's application for release of the blocked $225,697.89 Wire Transfer "at this time" and without prejudice to renewal.

14. To the best of my knowledge, Nordea has not made any application to OFAC for a license with respect to the $300,000 Wire Transfer, the full details of which only came to my attention as in-house counsel for Nordea after the $225,697.89 Wire Transfer. Nevertheless, Nordea intends to make such application at the appropriate time.

15. Nordea also intends to make a renewed application to OFAC for a license with respect to the $225,697.89 Wire Transfer.

## Conclusion

16. The subject funds are not property of Sudan that could be subject to attachment for purposes of satisfying the judgment obtained against Sudan by the above-named Petitioners in this proceeding.

WHEREFORE, Nordea respectfully requests that the Court determine that the subject wire transfers are not property of Sudan (or any agency or instrumentality thereof), so that those funds (including accumulated interest thereon) may be returned to JPMC, and Nordea, on behalf of Barwil, may pursue the unblocking and retrieval of those funds.

A

√701                                    Matched Ledger/Statement Items                    12:14:16

Reconciliation Reference: USD02                        CHASE MANHATTAN BANK New York
           Currency: USD

Type options, press Enter.
  5=Display

       Value
       Date         Amount        S/L  Our Reference      Their Reference
   I  12OCT01      300,000.00 C    L   200110129NO        20011012NO
                                                   Notes:
   I  12OCT01      300,000.00 D    S   NONREF             R-07618002851I
                                                   Notes:

F3=Exit  F12=Return
(c) Copyright Software AS Limited. 1993

/01                        MT100 - Customer Transfer Enquiry                    12:14:56

TO: CHASUS33XXX  CHASE MANHATTAN BANK, N.A.
                 NEW YORK, NY

:20: Transaction Reference (TRN)  200110129NO
:32: Date: 121001  Ccy: USD  Amount:  300,000.00   Priority: N
:50: Ordering Customer           BARWIL AGENCIES AS
                                 BARWIL AS

:52: Ordering Institution   A/c. _____
     A or D

:53: Senders Correspondent Bank  A/c. _____
     A, B or D

:54: Receivers Correspondent Bank A/c. _____
     A, B or D

ENTER-Validate  F1=Continue  F3=Exit  F11=Cancel
(c) Copyright Software AS Limited, 1999.

```
                    MT100 - Customer Transfer Transfer Enquiry      Usually   12:17:53
:0:  CHASUS33XXX                                                    paid to
:56: A   Intermediary bank                   A/c. BOFAUS3NXXX               f/o BAKHSDKL
         A or D                                                     Midland    Ldon
         CHASE MANHATTAN BANK, N.A.
         NEW YORK,NY
         BANK OF AMERICA, N.A.
......................................................
: From: 000200024         Type: MT100                    :
:        Display Inward Instruction                      :
:                                                        :
:57: BARWIL AGENCIES A.S.                                :
:    OSLO                                                :
:                                                        :
:59: BARWIL AS                                           :
:                                                        :
:52A: ORDERING INSTITUTION                               :
:     MRITGB2LXXX                                        :
:70: MERITA BANK PLC.                                    :
:    LONDON                                              :
:57A: ACCOUNT WITH INSTITUTION                           :
:     BAKHSDK1                                           :
:71: 59: BENEFICIARY CUSTOMER                            :
:     /60007                                             :
:     BAKHSDKHXXX                                        :
:     BAASHER SHIPPING AND TRADING CO.                   :
:     LTD.                                               :
:     INSTRUCTIONS FM MR. DAG-ERIK OS.                   :
:     OUR                                                :
:     /60007                                             :
:     F3=Exit           11=Cancel   F12=Previous screen  :
EN :
```

MT100 Customer Transfer Enquiry                               16:45:06

:o: (✓) MIDLGB22XXX  HSBC BANK PLC (FORMERLY MIDLAND BAN
                    LONDON

56: _   Intermediary bank        A/c. _____
        A or D


57: D   Account with Bank        A/s. BAKHSDKH
        A,B,D or //SC etc.


59:     Beneficiary Customer     A/c. /60007
                                      BAASHER SHIPPING AND TRADING CO
                                      PORT SUDAN

70:     Details of Payment            PORT D/A S VARIOUS VESSELS



71:     Charge        (BEN/OUR)       BEN


ENTER-Validate   F1=Continue   F3=Exit   F11=Cancel   F12=Previous screen

Date/Time: 15OCT01 / 8:22:56                Message RECEIVED in from SWIFT

System Name: *** AQUA Intercept 2.0 ***
Department: CUST. QUERIES
Message Type: MT199 Free Format Messages
From: CHASUS33XXX
   CHASE MANHATTAN BANK, N.A.
   NEW YORK, NY

Priority: N
Queue: Current Unprocessed
ISN: 3836350

{1:F21MRITGB2LAXXX2996294961}{4:{177:0110150754}{451:0}}{1:F01MRITGB2LAXXX2996
4961}{2:O19916180110112CHASUS33CXXX70078187470101150752N}{4:

:20: Transaction Reference
     CMB4824-12OCT01

:21: Related Reference
     5512900285JS

:79: Narrative
     PLEASE REFER TO YOUR SWIFT PAYMENT ORDER
     DATED 10/12/01 DATED 10/12/01 FOR USD 300,000.00
     VALUE 10/12/01 PLEASE BE ADVISED CHASE IS
     REQUIRED UNDER THE U.S. TREASURY DEPT. ASSET
     CONTROL REGULATIONS TO HOLD THE USD 300,000.00
     DUE TO THE REFERENCE BANK OF KHARTOUM, HEAD
     OFFICE, KHARTOUM, SUDAN THIS REFERENCE MAY BE
     ASSOCIATED WITH SUDAN
     SANCTIONS. IT APPEARS ON A DESIGNATED BLOCK LIST
     PROVIDED BY THE U.S. TREASURY'S OFFICE OF FOREIGN
     ASSETS CONTROL. THE FUNDS ARE NOW IN A CHASE
     BLOCKED ACCOUNT. CHASE CANNOT RELEASE THE FUNDS
     TO THE BENEFICIARY NOR CAN WE RETURN FUNDS BACK
     TO YOU UNLESS YOU OBTAIN A LICENSE FROM THE
     TREASURY OFFICE. IN ORDER TO OBTAIN THIS LICENSE
     YOU SHOULD APPLY TO THE FOLLOWING ADDRESS.
     OFFICE OF THE FOREIGN ASSETS CONTROL U.S.
     DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA
     AVENUE N.W. WASHINGTON, D.C. 20220 ATTENTION MR.
     RICHARD NEWCOMB TELEPHONE NO. (202)622-2500
     HOPING THIS WILL ASSIST YOU IN THIS MATTER
     REGARDS, CHASE MANHATTAN BANK NORBERTO BONGA OUR
     REFERENCE CMB4824-12OCT01.

-}{5:{MAC:8FF0B4BC}{CHK:B9D170979929}{DLM:}}{S:{SAC:}{COP:P}}

200/101 2920

A

```
Date/Time: 02NOV01 / 7:27:20                         Message RECEIVED in from SWIFT

System Name:   *** AQUA Intercept 2.0 ***
Department:    CUST QUERIES
Message Type:  MT199 Free Format Messages
From:          CHASUS33XXX
               CHASE MANHATTAN BANK, N.A.
               NEW YORK, NY
Priority:      N
Queue:         Current Unprocessed
ISN:           3890979

{1:F21NRITGB2LAXXX3029317288}{4:{177:0111020700}{451:0}}{1:F01MRITGB2LAXXX3029
7288}{2:019916090111OICHASUS33CXXX7011313716011102065.9N}{4:
------------------------------------------------------------------------------
:20:  Transaction Reference
      CMB4824-12OCT01

:21:  Related Reference
      2001101259NO

:79:  Narrative
      ATTN S. BADGER PLEASE REFER TO YOUR
      2001101259NO USD 30000.00 VALUE
      12-OCT-01 AS ALREADY STATED IN OUR SWIFT MESSAGE
      TO YOURSELVES, WE ARE REQUIRED UNDER THE U.S.
      TREASURY DEPT. ASSET CONTROL REGULATIONS, TO HOLD
      THE USD 300,000.00, DUE TO THE REFERENCE BANK OF
      KHARTOUM SUDAN, AS IT APPEARS IN THE SANCTIONS
      BLOCK LIST PROVIDED BY THE U.S. TREASURY OFFICE.
      UPON THE OCCURANCE OF ANY FUTURE LIFTING OF OFAC
      SANCTIONS/REGULATION, JP MORGAN CHASE IS REQUIRED
      BY LAW TO FOLLOW THE INSTRUCTIONS OF OFAC, IN
      CASE OF THE RELEASE OF THE FUNDS. JP MORGAN CHASE
      CAN THEREFORE NOT GUARANTY THAT FUNDS WILL
      RETURNED TO NORDEA, LONDON GIVEN THE ABOVE. WE
      CAN CONFIRM RECEIVING YOUR MT299 CANCELLATION
      MESSAGE AND HAVE ATTACHED THE CANCELLATION
      MESSAGE TO OUR CASE 4824-12OCT01, WHICH WILL BE
      USEFUL FOR FUTURE REFERENCE IN THE CASE OF
      SANCTIONS LIFTED AGAINST SUDAN. IF AND WHEN A
      SANCTION IS LIFTED YOU MUST APPLY FOR A LICENSE,
      AND INDICATE ON THE LICENSE THAT YOU WANT THE
      FUNDS TO BE RETURNED TO MERITA BANK LONDON.
      REGARDS, CHASE MANHATTAN BANK
      JOHNETTE REID
      FOR ALL CORRESPONDENCE PERTAINING TO
      THIS CASE, PLEASE BE SURE TO QUOTE OUR
      CHASE REF. CMB4824-12OCT01.

-}{5:{MAC:3B7CEF96}{CHK:C1112761554}{DLM:}}{S:{SAC:}{COP:P}}
```

hans.gullksen@banvil.a

B

```
:/3  To BAKHSDKHXXX +           Session 1647 Isn 033755 Pri. N del.
     Ack  date 080325 time 1548  lenght 338      MUR 7490339001MT103

20    20080325AVC
23B   CRED
32A   080325USD                  225.697,89
33B   USD225697,89
50K   /0050166208
      BARWIL AGENCIES AS
      BARWIL AS
53A   CHASUS33XXX
54A   BACMGB2LXXX
59    /60486
      MOHAMMED ABDALLA AHMED BAASHER
70    INSTRUCTIONS FM BARWIL OSLO
71A   BEN
71F   USD0,
08    7490339001MT103


           F17=Correct Search F14=Fax F9=Claims F19=VER-queue  F21=Refers
    F=Exit F4=Show F5= Search next F6=-- F7=-  F8=+ F11=>  F18=Print F22=Audit
```



```
/02 To CHASUS33XXX +         Session 1647 Isn 033756 Pri. N del.
     Ack  date 080325 time 1548  lenght 177    MUR 7490339002MT202

20   20080325AVC
21   20080325AVC
32A  080325USD                225.697,89
57A  BACMGB2LXXX
58A  BAKHSDKHXXX
108  7490339002MT202




             F17=Correct Search       F9=Claims F19=VER-queue  F21=Refers
 ;=Exit F4=Show F5= Search next F6=-- F7=-  F8=+ F11=>  F18=Print F22=Audit
```

```
Date/Time: 03APR08 / 11:38:54 Inward SWIFT Message

System Name: ***AQUA Intercept 2.0***
Department: K-LINK
Message Type: MT100 Customer Transfer
From: 0000200024
               BARWIL AGENCIES A.S.
               OSLO
Priority: N
Queue: Archived Processed
ISN: 7490339
Message received on on 25MAR08 at 11:55:33
1:FO1NDEAGB2LBXXX0000.ISN..}{2:I1000000000000000000200024    N}{4:

:20:    Transaction Reference
        0742335

:32A:   Value Date/Currency/Amount
        080325 USD                                                   225,697.89

:50:    Ordering Customer
        005016208
        Barwil Agencies AS
        Barwil AS

:52A:   Ordering Institution
        NDEAGB21

:56A:   Intermediary
        BACMGB2LAXX                           NORDEA BANK FINLAND PLC LONDON BRAN    LONDON

:57A:   Account with Institution
        BAKHSDKHXXX                           BANK OF KHARTOUM                       KHARTOUM

:59:    Beneficiary Customer
        /60486
        MOHAMMED ABDALLA AHMED BAASHER

:70:    Details of Payment
        INSTRUCTIONS FN BARWIL OSLO

:71A:   Details of Charges
        OUR
```

User Notes:
SANCTIONS

```
Date/Time: 03APR08 / 10:38:02 Inward SWIFT Message
/stem Name:   ***AQUA Intercept 2.0***
Department:   CUST QUERIES
ssage Type:   MT199 Free Format Messages
      From:   CHASUS33XXX
              JPMORGAN CHASE BANK
              NEW YORK,NY
Priority: N
Queue:   Archived Deleted
ISN:    7494293
         Message received on on 26MAR08 at   6:00:35
--------------------------------------------------------------------------------
{1:F01NDEAGB2LCXXX0031006274}{2:O19916440803025CHASUS33DXXX18922684080803252044}
--------------------------------------------------------------------------------

Narrative

         PLEASE REFER TO YOUR SWIFT PAYMENT ORDER
         DATED 03/25/08 DATED 03/25/08 FOR USD 225,697.89.
         VALUE 25MAR08 PLEASE BE ADVISED JPMORGAN CHASE
         BANK, N.A. IS REQUIRED UNDER THE U.S.TREASURY
         DEPT. ASSET CONTROL REGULATIONS TO HOLD THE USD
         225,697.89 DUE TO THE REFERENCE BANK OF
         KHARTOUM KHARTOUM
         THIS REFERENCE MAY BE ASSOCIATED WITH
         .SUDAN SANCTIONS.     IT
         APPEARS ON A DESIGNATED BLOCK LIST PROVIDED BY
         THE U.S. TREASURY'S OFFICE OF FOREIGN ASSETS
         CONTROL. THE FUNDS ARE NOW IN A JPMORGAN CHASE
         BANK, N.A. BLOCKED ACCOUNT. WE CANNOT RELEASE THE
         FUNDS TO THE BENEFICIARY NOR CAN WE RETURN FUNDS
         BACK TO YOU UNLESS YOU OBTAIN A LICENSE FROM THE
         TREASURY OFFICE. IN ORDER TO OBTAIN THIS LICENSE
         YOU SHOULD APPLY TO THE FOLLOWING ADDRESS.
         OFFICE OF THE FOREIGN ASSETS CONTROL U.S.
         DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA
         AVENUE N.W. WASHINGTON,D.C. 20220 ATTENTION ADAM
         SZUBIN TELEPHONE NO. (202)622-2500 HOPING THIS
         WILL ASSIST YOU IN THIS MATTER REGARDS,
         JPMORGAN CHASE BANK, N.A. JANET ARROYO OUR
         REFERENCE JPM10525255MAR08.

Related Reference
         9712800085J3

Transaction Reference
         JPM10525255MAR08
```

Notes:

{5:(CHK:F87BF31C37F2)(MAC:00000000)}   X2CK100N 1    DKUNPMAN0748054408032521
{S:F01NDEAGB2LCXXX0031006274   01991644080325CHAS
JPM10525255MAR08