UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLIVIA RUX, et al.,

                Petitioners,                          Case No. 08 Civ. 6588 (AKH)

         - against –

ABN-AMRO BANK, N.V., et al.                       **AFFIDAVIT IN SUPPORT OF CLAIM**

                Respondents.
-----------------------------------------------------------X

      DAVID H. DICKIESON, being duly sworn, does hereby swear and affirm under oath the following:

      1.    I have reviewed the facts and circumstances described in the concurrently-filed Claim and I hereby affirm that Exhibit 1 is a business record of Cliveden Petroleum Co., Ltd. kept in the ordinary course of business, which confirms that on November 18, 2003, Cliveden Petroleum Co., Ltd. issued an order to Banco Atlantico for payment to The Sudanese Petroleum Corporation of $915,102 with respect to the "2003 obligations under EPSA dated 21st October 2003."

      2.    Exhibit 2 is the Banco Atlantico (Gibraltar) Ltd. monthly statement for November 2003 showing that $915,355.45 was transferred by Cliveden to the "SUDANESE EUR" on November 19, 2003.

      3.    Exhibit 3 is a true copy of a letter dated November 21, 2003 from Cliveden Oil to the Bank of New York protesting the blockage of $915,102 in funds to be used for Social Development and Training Fund, among other uses, in Sudan.

      4.    Exhibit 4 confirms that on December 5, 2003, Cliveden Petroleum Co., Ltd. issued another replacement order to Banco Atlantico for payment to The Sudanese Petroleum

Corporation of $915,102 with respect to the "2003 obligations under EPSA dated 21st October 2003."

5. Exhibit 4 is the Banco Atlantico (Gibraltar) Ltd. monthly statement for December 2003 showing that a second payment of $915,362.23 was transferred to the "SUDANESE PET" on December 9, 2003.

6. The transfer described in Exhibits 4 and 5 was required to replace the transaction that was contemplated by Exhibits 1 and 2, as the earlier transaction was prevented by the blockage of funds by the Bank of New York.

7. Corporate records indicate that the second transfer of funds was not blocked and the obligation owed to Sudan was satisfied.

8. Verification of the fact that Sudan's claim was satisfied is also evidenced by the fact that Sudan has made no claim to the funds which were blocked by the Bank of New York and which have now been paid into this Court.

9. Exhibit 6 demonstrates that Zarmach Oil is the successor in interest to Cliveden Petroleum Co,. Ltd. with respect to a claim for funds which were blocked by the Bank of New York on November 21, 2003.

10. The $915,102 is solely the property of Zarmach and no other party has made a legal claim on such funds

FURTHER AFFIANT SAYETH NOT.

November 21, 2008

*David H. Dickieson* (signature)
David H. Dickieson
Schertler & Onorato, LLP
601 Pennsylvania Avenue, NW
North Building – 9th Floor
Washington, DC  20004
202-628-4199
Facsimile:  202-628-4177
lfishberg@schertlerlaw.com
ddickieson@schertlerlaw.com

District of Columbia: SS
Subscribed and Sworn to before me,
this 21st day of November, 2008

_____
Notary Public, D.C.
My commission expires 10/31/2013

Penny Frye
Notary Public, District of Columbia
My Commission Expires 10/31/2013



# Cliveden Petroleum Co. Ltd

**Geneva Branch**
17 rue des Pierres-du-Niton
1207 - GENÈVE
SUISSE

TEL: (22) 700 68 60
FAX: (22) 700 58 15
E-mail: clivedengva@bluewin.ch

## TELEFAX MESSAGE

| | | |
|---|---|---|
| DATE | : | 18 November 2003 |
| TO | : | Banco Atlantico |
| ATTN | : | Mr. Esteban Maldonado |
| FAX NO | : | +35040110 |
| FROM | : | Jean Gabriel Antoni |

N° of pages (this one included): 01

By debiting our account with you N° 300730, please effect following payment :

| | | |
|---|---|---|
| Amount | : | US Dollars 915,102 (nine hundred fifteen thousand one hundred two) |
| To | : | BNP, Paribas ( Suisse ) S. A, Geneva formerly United European Bank Geneva |
| In favour of | : | The Sudanese Petroleum Corporation |
| Account N° | : | 72482-10V |
| SWIFT | : | UEBGCHGGXXX |
| Reference | : | 2003 obligations under EPSA dated 21st October 2003 |
| Value | : | 21 November, 2003 |

Thanks and regards.

*Jean Gabriel Antoni*

The information contained in this fax is confidential. The information is intended only for the use of the individual to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemi... distribution or copying of this communication is strictly prohibited. If you have received this fax in error, plea... immediately notify the sender by return fax, and destroy this fax, any attachments and all copies

PLAINTIFF'S EXHIBIT



# Banco Atlántico (Gibraltar) Ltd

**STATEMENT // EXTRACTO DE CUENTA**

1 Corral Road. P. O. Box 561, PMB 6314 GIBRALTAR. Phone/fax: (350) 40117/(350) 40110 Swift: ATLAGIGI E-mail: atlaco@gibnet.gi

```
                                            STATEMENT  OF  ACCOUNT
                                            AS AT :              30.11.03
    CLIVEDEN PETROLEUM CO. LT               CURRENT ACCOUNT
    17, RUE PIERRES-DU-NITTON               NUMBER :  1300730/001.000.840
    GENEVE                                  CUSTOMER CURRENT ACCOUNT
    01207 SWITZERLAND                       IN      US-DOLLAR

                                                                    PAGE   1
```

| DATE | DESCRIPTION | VALUE DATE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
|  | OPENING BALANCE PER : 01.11.03 | VOUCHER |  | 1.425.464,15 |  |
| 061103 | POS 1663/03 TRF TO DR DEBOHRA E AJA | 061103 366 | 35.070,00 |  | 1.390.394,15 |
| 071103 | POS 1669/03 TRF TO DR PETER G FELTE | 071103 367 | 125.250,00 |  | 1.265.144,15 |
| 071103 | POS 1667/03 TRF TO INTELLIGENT STRA | 071103 | 23.719,59 |  | 1.241.424,56 |
| 111103 | USD/EUR SPOT    1,15970000 | 121103 | 20.735,44 |  | 1.220.689,12 |
| '03 | POR 906/03 TRF FROM FARONA INV LTD | 141103 |  | 2.799.966,50 | 4.020.655,62 |
| 1 03 | POS 1699/03 TRF TO AMERICAN EXPRESS | 141103 371 | 19.049,90 |  | 4.001.605,72 |
| 141103 | POS 1698/03 TRF TO HIGH TECH PETROL | 141103 | 15.494,82 |  | 3.986.110,90 |
| 191103 | POS 1713/03 TRF TO AO SHIPLEY | 191103 | 8.446,97 |  | 3.977.663,93 |
| 191103 | POS 1714/03 TRF TO J ROLFE JOHNSON | 191103 | 12.542,24 |  | 3.965.121,69 |
| 191103 | POS 1716/03 TRF TO THE SUDANESE EUR | 191103 | 915.355,45 |  | 3.049.766,24 |
| 201103 | POS 1720/03 TRF TO HIGH TECH PETROL | 201103 | 15.495,14 |  | 3.034.271,10 |
| 211103 | POS 1726/03 TRF TO F & M ERONAT | 211103 377 | 17.222,57 |  | 3.017.048,53 |
| 211103 | POS 1730/03 TRF TOCLIVEDEN PETROLEU | 211103 378 | 25.050,00 |  | 2.991.998,53 |
| 271103 | POS 1762/03 TRF TO BELSAN HOLDING I | 271103 379 | 7.511,19 |  | 2.984.487,34 |
| 271103 | POS 1763/03 TRF TO SKYLINE SALES & | 271103 380 | 6.056,13 |  | 2.978.431,21 |
| 271103 | POS 1764/03 TRF TO DYNAMIC TRADING | 271103 381 | 1.742,44 |  | 2.976.688,77 |
| 271103 | POS 1765/03 TRF TO CLIVEDEN PETROLE | 271103 382 | 45.090,00 |  | 2.931.598,77 |
| 271103 | POS 1766/03 TRF TO FODEIBOU OROZI | 271103 383 | 6.042,44 |  | 2.925.556,33 |
| 271103 | POS 1767/03 TRF TO SEIS PRO INC | 271103 384 | 9.671,52 |  | 2.915.884,81 |
| 271103 | POS 1768/03 TRF TO CARLTON ENERGY G | 271103 385 | 10.118,60 |  | 2.905.766,21 |
| 271103 | POS 1769/03 TRF TO DR DEBOHRA E AJA | 271103 386 | 15.042,44 |  | 2.890.723,77 |
| 271103 | POS 1770/03 TRF TO J ROLFE JOHNSON | 271103 387 | 12.542,44 |  | 2.878.181,33 |

BALANCE IN YOUR FAVOUR                                   2.878.181,33

PHONE : (+350) 40117 – FAX : (+350) 40110 – SWIFT : ATLAGIGI
THIS STATEMENT WILL BE CONSIDERED CORRECT UNLESS THE BANK IS ADVISED WITHIN A PERIOD OF 30 DAYS FROM DATE.


PLAINTIFF'S EXHIBIT




BANK OF NEW YORK
NEW YORK

To the attention of FTD-BLOCK ENTITY

Geneva 21st November, 2003

Dear Sirs,

We make reference to the two wire transfers executed by our bank, Banco Atlantico (Gibraltar) Ltd respectively on 14th November 2003 for US Dollars 15,452.73 in favour of High Tech Petroleum Co, Khartoum, Sudan to their account with Banque Soudano Francaise in Khartoum and on 21st November, 2003 for US Dollars 915,102 in favour of Sudanese Petroleum Corp to their account with United European Bank, Geneva.

These two transfers have been initiated by our company because on 21st October 2003 we have entered with the Ministry of Energy and Mining of the Republic of Sudan into an Exploration and Production Sharing Agreement together with other local partners including High Tech Petroleum Co.

Under the above mentioned EPSA we have a certain number of obligation among which the payment of certain sums for Social Development, Training Fund, Surface Rental and Signature Fee, as it is usual in the oil industry.

The amount of US Dollars 915,102 corresponds to our obligation as stated above and had to be paid to the Sudanese Petroleum Corp by the 21st November, 2003.

The amount of US Dollars 15,452.73 corresponds to our part of the costs of data provided for our Block by the OEPA data centre.

We knew that there were sanctions against the country but to our knowledge only for US companies and did not apply for non US companies owned by European interests.
Regrettably we reserve our right to claim for damages if we loose our rights on the concession
We therefore kindly request you to urgently return these funds to our account with Banco Atlantico (Gibraltar) Ltd

Best regards

Jean-Gabriel Antoni





# Cliveden Petroleum Co. Ltd

**Geneva Branch**
17 rue des Pierres-du-Niton
1207 - GENÈVE
SUISSE

TEL: (22) 700 68 60
FAX: (22) 700 58 15
E-mail: clivedengva@bluewin.ch

## TELEFAX MESSAGE

| | | |
|---|---|---|
| DATE | : | 05 December 2003 |
| TO | : | Banco Atlantico |
| ATTN | : | Mr. Esteban Maldonado |
| FAX NO | : | +35040110 |
| FROM | : | Jean Gabriel Antoni |

N° of pages (this one included): 01

---

By debiting our account with you N° 300730, please effect following payment:

| | | |
|---|---|---|
| Amount | : | counter value in **Sterling Pounds** of US Dollars 915,102 (nine hundred fifteen thousand one hundred two) |
| To | : | BNP, Paribas (Suisse) S. A, Geneva formerly United European Bank Geneva |
| In favour of | : | The Sudanese Petroleum Corporation |
| Account N° | : | 72482-10V |
| SWIFT | : | UEBGCHGGXXX |
| Reference | : | 2003 obligations under EPSA dated 21st October 2003 |
| Value | : | December 8th, 2003 |

Thanks and regards.

*Jean Gabriel Antoni*

The information contained in this fax is confidential. The information is intended only for the use of the in to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, diss distribution or copying of this communication is strictly prohibited. If you have received this fax in error, p immediately notify the sender by return fax, and destroy this fax, any attachments and all copies


PLAINTIFF'S EXHIBIT



**Banco Atlántico** (Gibraltar) Ltd

STATEMENT // EXTRACTO DE CUENTA

1 Corral Road, P.O. Box 561, PMB 6314 GIBRALTAR. Phone/fax: (350) 40117/(350) 40110  Swift: ATLAGIGI  E-mail: atlaco@gibnet.gi

```
                                               STATEMENT   OF   ACCOUNT
                                               AS AT :              31.12.03
     CLIVEDEN PETROLEUM CO. LT                 CURRENT ACCOUNT
     17, RUE PIERRES-DU-NITTON                 NUMBER :  1300730/001.000.840
     GENEVE                                    CUSTOMER CURRENT ACCOUNT
     01207 SWITZERLAND                         IN       US-DOLLAR

                                                                      PAGE   1

DATE     DESCRIPTION                  VALUE DATE      DEBIT       CREDIT         BALANCE

         OPENING BALANCE PER : 01.12.03                         2.878.181,33

021203   USD/EUR SPOT       1,21390000    021203  467      14,57                 2.878.166,76
031203   POS 1792/03 TRF TO JEAN LUC EMONET 031203 468  14.609,95                2.863.556,81
041203   CONSERVATION FEES FOR MAIL       311203  469      34,58                 2.863.522,23
051203   POS 962/03 TRF FROM FARONA INVESTME 041203 470                4.799.966,50  7.663.488,73
051203   POS 1796/03 RETURNED   (2)       041203  471                  4.999.971,20 12.663.459,93
051203   POS 1796/03 TRF TO ATORAM (1)    041203  472  5.000.258,56               7.663.201,37
0?1203   POS 1807/03 TRF TO ATORAM        081203  473  5.000.258,23               2.662.943,14
  1203   POS 1810/03 TRF TO THE SUDANESE PET 091203 474   915.362,23              1.747.580,91
1  .203  POS 1817/03 TRF TO DR PETER FELTER 101203 475    50.100,00               1.697.480,91
101203   POS 1815/03 TRF TO BELSAN HOLDING I 101203 476   15.320,53               1.682.160,38
101203   POS 1816/03 TRF TO CLIVEDEN PETROLE 101203 477   25.050,00               1.657.110,38
121203   USD/EUR SPOT       1,23750000    121203  478    49.500,00                1.607.610,38
121203   POS 1829/03 TRF TO SPHINX CONSULTIN 121203 479    8.278,57               1.599.331,81
121203   POS 1830/03 TRF TO DR. DEBOHRA E. A 121203 480   20.043,65               1.579.288,16
121203   POS 1831/03 TRF TO E.A. ENRGY CONSU 121203 481    6.198,65               1.573.089,51
121203   POS 1832/03 TRF TO AMEX          121203  482     1.175,00                1.571.914,51
121203   POS 1833/03 TRF TO J ROLFE JOHNSON 121203 483    12.543,65               1.559.370,86
121203   POS 1834/03 TRF TO CLIVEDEN PETROLE 121203 484   25.050,00               1.534.320,86
151203   RETURNED POS 1698/03             181103  485                   15.423,90 1.549.744,76
151203   POR 980/03 TRF FROM FARONA INVESTME 151203 486                1.999.966,50 3.549.711,26
151203   POS 1841/03 TRF TO ENCANA INT LTD 151203 487 1.939.762,12               1.609.949,14
191203   POS 1870/03 TRF TO FRIEDHELM AND ME 191203 488   17.944,20               1.592.004,94
221203   POS 1892/03 TRF TO SEIS PRO INC  221203  489    10.044,17                1.581.960,77
231203   POS 1897/03 TRF TO J. ROFLE JOHNSON 231203 490   25.050,00               1.556.910,77

         BALANCE IN YOUR FAVOUR                                        1.556.910,77
```

(1) should read returned to Farona
(2) should read received from Farona



PLAINTIFF'S EXHIBIT 5

PHONE : (+350) 40117 -- FAX : (+350) 40110 - SWIFT : ATLAGIGI
THIS STATEMENT WILL BE CONSIDERED CORRECT UNLESS THE BANK IS ADVISED WITHIN A PERIOD OF 30 DAYS FROM DATE

**This Agreement** is entered into on 2nd of December 2003

by and between:

**Cliveden Petroleum Co Ltd**, a company incorporated and existing under the laws of British Virgin Islands, whose registered office is at Arawak Trust Company Limited, PO Box 173, Road Town, Tortola, BVI_ ("Cliveden" or the "Assignor")

and

**Zarmach Oil Services Inc.** a company incorporated under the laws of British Virgin Islands, whose registered office is at CITCO BVI Limited, PO Box 662, Road Town, Tortola, BVI ("Zarmach" or the "Assignee").

(each a "Party" and collectively the "Parties")

Pursuant to an Exploration and Production Agreement signed between Cliveden Petroleum Sudan Ltd (a wholly owned subsidiary of Cliveden) and the Sudanese Ministry of Energy and Mining on October 31st, 2003, Cliveden paid on 21st November 2003 the amount of US Dollars 915,102 (nine hundred fifteen thousand one hundred two) to Sudapet, the Sudanese National Oil Company.

This payment has been made from **Cliveden** a/c at Banco Atlantico (Gibraltar) Ltd to the a/c of Sudapet at United European Bank (UEB) Geneva, Switzerland.

The Same Date Bank of New York (the United States correspondent Bank of Banco Atlantico acting as payor on behalf of **Cliveden**) stopped processing the instructed payment and froze these funds by claiming submission to the US Executive Order 13067 blocking Sudanese Government Properties and prohibiting transactions with Sudan.

In order to be released from the administrative task of recovering the said blocked amount of USD 915,102 in capital **Cliveden** accepts for value received to irrevocably and unconditionally assign to **Zarmach** all of its rights and benefits attached to the




pending blocked funds and to the related claim against the US Office of Foreign Asset Control. This assignment covers also the interests which might result from the non availability of the funds since the 21st November 2003 until time of their future release.

This Agreement shall be governed and construed in accordance with English Law.

In witness whereof this Agreement has been signed.

**Assignor**

**Cliveden Petroleum Co Ltd**

By

General Manager

**Assignee**

**Zarmach Oil Services Inc.**

By

Director

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Claim was filed and served via ECF with copies being sent via facsimile to the following counsel, this 21st day of November, 2008:

    Andrew C. Hall, Esq.
    Hall, Lamb and Hall, PA
    2665 South Bayshore Drive – Penthouse One
    Miami FL 33133
    Facsimile No: 305-374-5033

    Howard B. Levi, Esq.
    Levi Lubarsky & Feigenbaum LLP
    1185 Avenue of the Americas – 17th Floor
    New York NY 10036
    Facsimile No: 212-308-8830

*/s/ David H. Dickieson*
David H. Dickieson