UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
OLIVIA RUX, *et al.*,

        Petitioners,

   -against-

ABN-AMBRO BANK N.V., *et al.*,

        Respondents.

------------------------------------------------------------

JPMORGAN CHASE BANK, N.A.,

        Respondent and
        Third-Party Petitioner,

   -against-

THE REPUBLIC OF SUDAN, *et al.*,

        Third-Party
        Respondents.
------------------------------------------------------------x

Case No. 08 Civ. 6588 (AKH)

**ANSWER TO THIRD-PARTY PETITION OF JPMORGAN CHASE BANK, N.A.**

      Calyon, on behalf of third-party respondent "Credit Lyonnais," (jointly, "Calyon") states in response to the Third-Party Petition of JPMorgan Chase Bank, N.A. (the "JPMC Third-Party Petition") that Calyon makes no claim to the funds held in the Blocked Wire Transfer Accounts (as that phrase is defined in the JPMC Third-Party Petition) that were identified on the documents served on Calyon in connection with the JPMC Third-Party Petition. Calyon therefore respectfully requests that the Court dismiss with prejudice the JPMC Third-Party Petition as to Calyon.

Dated: New York, New York
       November 21, 2008

Respectfully submitted,

<u>/s/Lea Haber Kuck</u>
Lea Haber Kuck
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Calyon*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Answer to Third-Party Petition of JPMorgan Chase Bank, N.A. was filed this 21st day of November, 2008, by using the Court's CM/ECF System which will send a Notice of electronic filing on the below counsel:

Michael J. Bauer
    mbauer@llf-law.com
Attorney for Respondent Bank of New York and Third-Party Plaintiff J.P. Morgan Chase Bank, N.A.

Christina Bost-Seaton
    christina.bost-seaton@troutmansanders.com
Attorney for Respondent Bank of China

Paul Henri Cohen
    pcohen@dl.com, courtalert@dl.com
Attorney for Intervenor Commercial Bank of Ethiopia and Intervenor Ethiopian Petroleum Enterprise

Danielle Sandra Friedberg
    dfriedberg@mosessinger.com
Attorney for Respondent ABN-AMRO Bank, N.V.

Mark Putnam Gimbel
    mgimbel@cov.com, courtclerksny@cov.com
Attorney for Respondents Deutsche Bank A.G. and Deutsche Bank Trust Company Americas

Barry Jay Glickman
    bglickman@zeklaw.com
Attorney for Respondent American Express Bank, Ltd. and Bank of America, N.A.

Jeffrey W. Gutchess
    jgutchess@hunton.com
Attorney for Interpleader Defendant Transnational Bank, Ltd.

Nicole Isobel Hyland
    nhyland@fkks.com
Attorney for Petitioners

John Francis Keating, Jr.
    jfk@keatingmchugh.com
Attorney for Third-Party Defendant Kreditanstalt Fur Wiederaufbau

Shari Debra Leventhal
   Shari.Leventhal@ny.frb.org, stephanie.ruiz@ny.frb.org, kristin.sturm@ny.frb.org
Attorney for Respondent Federal Reserve Bank of New York

Howard B. Levi
   hlevi@llf-law.com
Attorney for Respondent Bank of New York, Respondent J.P. Morgan Chase Bank, N.A., and Third-Party Plaintiff The Bank of New York Mellon

Edward Henry Rosenthal
   erosenthal@fkks.com
Attorney for Petitioners

Sharon L. Schneier
   sharonschneier@dwt.com
Attorney for Respondent Citibank, N.A.

Paul Kenneth Stecker
   PStecker@phillipslytle.com, ctarbell@phillipslytle.com
Attorney for Respondent HSBC Bank USA, N.A.

The following party has been served by United States mail:

Andrew C. Hall
Hall, Lamb, & Hall, P.A.
2665 South Bayshore Drive
Miami, FL 33131-9113

Attorney for Petitioners


Dated: New York, New York
       November 21, 2008

                                        /s/Lea Haber Kuck
                                        Lea Haber Kuck
                                        SKADDEN, ARPS, SLATE,
                                         MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        (212) 735-3000

                                        *Attorneys for Calyon*

4

874315-D.C. Server 1A - MSW