SUBJECT TO PROTECTIVE ORDER
PRIVILEGED AND CONFIDENTIAL

INSTITUTION NAME:   JP Morgan Chase Bank

| OWNER | | ACCOUNT NUMBER | VALUE |
|---|---|---|---|
| BLK AIC AT&T SUDAN | REDACTED | 395900891 | $238,992.00 |

REDACTED

Monday, April 14, 2008

SUBJECT TO PROTECTIVE ORDER
PRIVILEGED AND CONFIDENTIAL

CONFIDENTIAL

JPM 00006

## JPMorganChase

JPMORGAN CHASE BANK, N.A
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

**Account Number**
000000369090081

### Customer Service

If you have any questions
about your statement, please
contact your Customer Service
Professional.



0000164 CEN 802 E 18308 - NNN - 1  00000000 CI 0000
BLK AG AT&T SUDAN
ATTN STEVEN LEVINE
c METROTECH CENTER-7TH FL
BROOKLYN NY 11245

### JPMorgan OFAC MMDA

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $245,187.32 |
| Opening Collected Balance | | $245,187.32 |
| Deposits and Credits | 1 | $304.02 |
| Withdrawals and Debits | 0 | $.00 |
| Checks Paid | 0 | $.00 |
| Ending Ledger Balance | | $246,491.34 |
| Ending Collected Balance | | $246,491.34 |

| Average Balance | $245,197.00 | |
| Interest Paid This Period | $304.02 | Interest: Credited Year to Date | $2,367.24 |

Interest Rate(s):
05/31 to 06/01 at 1.44%
05/22 to 06/03 at 1.45%
06/04 to 06/04 at 1.44%
06/05 to 06/05 at 1.45%
06/06 to 06/10 at 1.45%
06/11 to 06/18 at 1.45%
06/19 to 06/22 at 1.46%
06/23 to 06/26 at 1.46%
06/27 to 06/29 at 1.47%
06/30 to 06/30 at 1.46%

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge unless (a) you notify us in writing of this error or improper charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

May 31, 2008 -
June 30, 2008

Page 2 of 2

Account Number
00000039590089

BLK AC AT&T SUDAN

**JPMorgan OFAC MMDA**
(continued)

**Deposits and Credits**

| Ledger Date | Value Date | Description | Amount |
|---|---|---|---|
| 06/30 | | INTEREST PAYMENT | $304.02 |
| **Total** | | | **$304.02** |

**Daily Balance**

| Date | Collected Balance | Ledger Balance | Date | Collected Balance | Ledger Balance |
|---|---|---|---|---|---|
| 05/30 | $246,491.34 | $246,491.34 | | | |

FEB-08-2008 11:35AM   From:   ID:JPMC OFAC DEPT   Page:002  R=95%

**AT&T**

Maureen McMahon                                   Basking Ridge, NJ 07920

September 11, 1998

Mr. Joe Byron
Assistant Manager-Customer Service
Chase Manhattan Bank
55 Water Street 7th Floor
New York, NY 10041

Re: Acct # 39590089l

Dear Mr. Byron,

Effective immediately, please change the name of Acct# 39590089l from Yugoslavia Blocked Account to:

Sudan Blocked Account

Please acknowledge acceptance of this letter by signing below and returning a copy to Brad Caplan, c/o AT&T, 295 North Maple Ave, Room 7133L3, Basking Ridge, NJ, 07920, or via fax to 908-630-1991.

Should you have any questions or require additional information, please call Brad Caplan on 908-221-7290.

Sincerely,

Senior Treasury Manager

Bank Acknowledgment
Name:
Date: 9/11/98

Signature Verified by:

SUBJECT TO PROTECTIVE ORDER
PRIVILEGED AND CONFIDENTIAL

INSTITUTION NAME:   JP Morgan Chase Bank

| OWNER | ACCOUNT NUMBER | VALUE |
|---|---|---|
| REDACTED | | |
| BLK AIC- SUDATEL SUDAN | 395507804 | $116,296.00 |
| REDACTED | | |

Monday, April 14, 2008

SUBJECT TO PROTECTIVE ORDER
PRIVILEGED AND CONFIDENTIAL



```
1997/11/14 09:53:27 **  CCAP INQUIRY CURRENT   1 OF 1  **  REGN GF  VS700154
TYPE     BT       TRN SEQ 0104300 DATE 97/11/14(318)  ID JO CMB RECVE 09:49:03
CUST ID            XTRN 10660057         MT CAP    ALERT     CUST REGN REG4
CHP PSN           INPUT KEY                       RECYCLE    ASSOC TRN
CHP OSN           REF I KEY                        STATUS 26

DEBIT/  9102548063                        ASSOC MGR BANK RECON, AT&T COMM.
REC                                       WIRE DISBURSE ACCT
FINE 01          * *  N O N E  * *        ONE OAKWAY, ROOM 4WD150
                                          BASKING RIDGE NJ 07920-
ORG TRN NONREF                DR VAL DATE   /    /      DR ADV      CBCH
AMOUNT   89,530.69            CR VAL DATE 97 / 11 / 14   FUNDS S    CBAM
                                                  ORG DATE 97 / 11 / 14

ORD CUS

ORD BK

CREDIT   0011849486                       UNITED OVERSEAS BANK
OR PAY                                    11 QUAI DES BERGUES
FINE 01          * *  N O N E  * *        GENEVA SWITZERLAND

BN RRN                      CR ADV SW   CBCH       CBAM
TP ADV                       BNTYP N    CMCH       CMAM
ACCNT    /732900                          SUDATEL SUDAN
PARTY

ULT
BENE

DETAIL  TEL. REV. 5 97
PAYMT

BANK/
BANK

PRIORITY     PRE APPROVE                PHONED
MESSAGE                                   INV#
                                        ERR TEXT
                                                 PROCESS DATE 1997/318

                          PRESS PF6  TO RETURN
```

| Value Date | Transaction Amount | ORD CUS | Org Bank | Intermediaries | Bene Bank | Beneficiary | Details of Payment |
|---|---|---|---|---|---|---|---|
| 11/14/1997 | $69,530.69 | Assoc Mgr Bank Recon, AT&T Comm | JPMC | | United Overseas Bank, Geneva | Suidad, Sudan | taf.rev-5.97 |

REDACTED

REDACTED

SCHEDULE A

CONFIDENTIAL — PURSUANT TO
STIPULATION AND ORDER ENTERED BY
THE COURT DATED FEBRUARY 25, 2008

| Title of Account | Account Number | Value as of 02/29/2008 | Originating Party | Originating Bank | Intermediaries | Beneficiary Bank | Beneficiary |
|---|---|---|---|---|---|---|---|
| 11 BLK A/C: SUDATEL, SUDAN | 395507804 | $119,289.07 Comm. | Assoc Mgr Bank Recon, AT&T | JPMCB | N/A | United Overseas Bank, Geneva | Sudatel, Sudan |

REDACTED

REDACTED

REDACTED