UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————x

OLIVIA RUX, et al.,                    :   Case No.: 08 Civ. 6588 (AKH)

          Petitioners,          :

    -against-                         :

ABN AMRO BANK, N.V., AMERICAN          :
EXPRESS BANK LTD., BANK OF
AMERICA, N.A., BANK OF NEW YORK,       :
BANK OF CHINA, CITIBANK, N.A.,
DEUTSCHE BANK A.G., DEUTSCHE           :
BANK TRUST COMPANY AMERICAS,
HSBC BANK USA, N.A. and JPMORGAN       :
CHASE BANK, N.A.,
                                     :
          Respondents.
——————————————————————x

THE BANK OF NEW YORK MELLON,           :

          Third-Party Petitioner,   :

    -against-                         :   **RULE 7.1 STATEMENT OF**
                                           **THIRD-PARTY RESPONDENT**
THE REPUBLIC OF SUDAN, THE BANK        :   **BYBLOS BANK EUROPE S.A.**
OF KHARTOUM, EL NILEIN BANK,
SUDAN AIRWAYS, SAUDI INVESTMENT        :
BANK, BARCLAYS BANK, PLC,
TURKIYE GUARANTI BANKASIAS,            :
AIR ANATOLIA, CLIVEDEN,
PETROLEUM CO. LTD., EFG BANK           :
(GIBRALTAR) LTD., BNP PARIBAS, S.A.,
BNP PARIBAS (SUISSE) S.A., SUDANESE    :
PETROLEUM CORPORATION, BYBLOS
BANK EUROPE S.A., KOREA                :
EXCHANGE BANK, BANK OF SUDAN,
AL SHAMAL ISLAMIC BANK and             :
SUDANESE LIBYAN INVESTMENT
AND DEVELOPMENT CO. LTD.,              :

          Third-Party Respondents.  :
——————————————————————x

- 2 -

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Byblos Bank Europe S.A. (a private non-governmental party) ("Byblos"), states that 99% of the shares of Byblos are owned by Byblos Bank SAL, a publicly-traded company.

Dated: New York, New York
       November 21, 2008

                        **DLA PIPER LLP (US)**

                        By: _____
                             Andrew Deutsch
                             Camilo Cardozo
                        1251 Avenue of the Americas
                        New York, New York 10020-1104
                        (212) 335-4500

                        *Attorneys for Third-Party Respondent*
                        *Byblos Bank Europe S.A.*