# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

OLIVIA RUX, et al.,                              :   Case No.:  08 Civ. 6588 (AKH)

            Petitioners,                     :

         -against-                           :

ABN AMRO BANK, N.V., AMERICAN          :
EXPRESS BANK LTD., BANK OF
AMERICA, N.A., BANK OF NEW YORK,       :
BANK OF CHINA, CITIBANK, N.A.,
DEUTSCHE BANK A.G., DEUTSCHE           :
BANK TRUST COMPANY AMERICAS,
HSBC BANK USA, N.A. and JPMORGAN       :
CHASE BANK, N.A.,
                                       :
            Respondents.
_____x

THE BANK OF NEW YORK MELLON,           :

       Third-Party Petitioner,            :

         -against-                 :   **DECLARATION OF NAJAH SALEM
                                           IN SUPPORT OF OBJECTIONS BY**
THE REPUBLIC OF SUDAN, THE BANK    :   **BYBLOS BANK EUROPE S.A.**
OF KHARTOUM, EL NILEIN BANK,
SUDAN AIRWAYS, SAUDI INVESTMENT   :
BANK, BARCLAYS BANK, PLC,
TURKIYE GUARANTI BANKASIAS,         :
AIR ANATOLIA, CLIVEDEN,
PETROLEUM CO. LTD., EFG BANK        :
(GIBRALTAR) LTD., BNP PARIBAS, S.A.,
BNP PARIBAS (SUISSE) S.A., SUDANESE  :
PETROLEUM CORPORATION, BYBLOS
BANK EUROPE S.A., KOREA             :
EXCHANGE BANK, BANK OF SUDAN,
AL SHAMAL ISLAMIC BANK and          :
SUDANESE LIBYAN INVESTMENT
AND DEVELOPMENT CO. LTD.,           :

      Third-Party Respondents.   :
_____x



I, NAJAH SALEM, declare that the following is true and correct:

1.      I am the Managing Director and Chief Executive Officer of Third-Party Respondent Byblos Bank Europe S.A. ("Byblos").

2.      Byblos is a bank headquartered in Brussels, Belgium.  Byblos has branches in Paris, France and London, United Kingdom, and is also part of the Byblos Bank Group.

3.      I respectfully submit this declaration as Byblos's Objections in response to the Court's September 22, 2008 notice that "any person or entity claiming to be the owner or to have an interest in any of the funds deposited with the court [in *Rux, et al., v. ABN-AMRO Bank N.V. et. al.,* Case No. 08 Civ. 6588 (AKH) ("the Underlying Action")] must submit written objections within sixty days of the date of this notice."

4.      I understand that the Court issued this notice because in the Underlying Action, Petitioners Olivia Rux *et alios* have made an application to satisfy a judgment entered against the Republic of Sudan by applying the funds that have been deposited with the Court by the Respondents.  The funds deposited with the Court, I understand, concern monies the Respondents had restrained in compliance with the Sudanese Sanctions Regulations imposed by the Department of the Treasury of the United States and administered by the Office of Foreign Assets Control ("OFAC") ") pursuant to 31 C.F.R. Part 538 (the "OFAC Regulations").  Those restrained funds include $96,624.00 belonging to Byblos and which were held in a separate blocked account by Respondent and Third-Party Petitioner Bank of New York Mellon ("BONY") (the "Byblos Fund").  As I explain, only Byblos has an interest in the Byblos Fund.

5.      I make this declaration to show that Byblos has title and interest in the Byblos Fund, that the Republic of Sudan has no interest in the Byblos Fund, and that Byblos is not in any way

affiliated with the Republic of Sudan. While the Byblos Fund is currently frozen by BONY as a result of restraints issued by OFAC, those funds should not be used to satisfy the judgment entered in favor of Petitioners against the Republic of Sudan. As I explain, the sole party entitled to the Byblos Fund, if and when it is released from OFAC restraints, is Byblos.

*The Byblos Fund.*

6.      The Byblos Fund originates as a result of an electronic wire transfer in the sum of $96,624.00 that Byblos, on August 4, 2004, sent to a South Korean bank, Korea Exchange Bank ("Korea Bank") on behalf of and at the instruction of a Sudanese bank, El Nilelin Industrial Development Bank Group ("El Nilelin"). Attached as Exhibit 1 is a true and correct copy of the August 4, 2004 wire transfer instructions issued by Byblos.

7.      This wire transfer was made in connection with a purchase-and-sale transaction whereby Al Osmany Plastic Granules Factory ("Al Osmany"), a Sudanese customer of El Nilein, agreed to buy certain chemicals from a South Korean company, Dansuk Industrial Co. Ltd. ("Dansuk"), a customer of Korea Bank. Attached as Exhibit 2 is a true and correct copy of the commercial invoice reflecting Dansuk's sale of the chemicals in question to Al Osmany. Attached as Exhibit 3 is a true and correct copy of the relevant bill of lading covering the ocean shipment.

8.      On August 4, 2004, El Nilein asked Byblos to wire the $96,624.00 in question to Korea Bank, Dansuk's bank, as payment for the goods that Al Osmany had purchased from Dansuk. (See Exhibit 1.) Byblos hence wired the amount of $96,624.00 to Korea Bank through BONY, Byblos's correspondent bank in New York.

9.      At the time that the wire transfer was effected, the OFAC Regulations required United States banks, including BONY, to block any monies going to or coming from the Republic of Sudan or any entity listed as a Specially Designated Nation under the OFAC Regulations.

3

10.     As a result, because El Nilein is listed by OFAC as a Specially Designated National, when BONY received the wire payment instructions from Byblos it restrained the $96,624.00 in question pursuant to the OFAC Regulations.

11.     In light of BONY's restraint of the funds, El Nilein, to make payment for the goods, made a second and separate wire transfer on Al Osmany's behalf to Korea Bank, in the same amount ($96,624.00), but using a different bank, *i.e.* a bank other than Byblos. Attached as Exhibit 4 is a true and correct copy of the communication sent by Byblos informing Korea Bank that El Nilein would make this second payment through a different bank.

*Only Byblos Has an Interest In the Funds In Question.*

12.     After BONY restrained the funds, Byblos credited El Nilein's account with Byblos in an amount equal to the sum that BONY had restrained, *i.e.*, $96,624.00. Attached as Exhibit 5 is a true and correct copy of the relevant wire instructions and as Exhibit 6 a true and correct copy of the credit advice showing that Byblos credited El Nilein's account in the sum of $96,624.00 on August 30, 2004.

13.     Because Byblos paid that $96,624.00 to El Nilein, El Nilein was made whole and ceased to have any interest in the funds restrained and held by BONY.

14.     On August 9, 2004, therefore, El Nilein—no longer having any interest in the restrained funds—assigned all its interest in those funds to Byblos. Attached as Exhibit 7 is a true and correct copy of El Nilein's assignment to Byblos of all its interest in the restrained funds.

15.     Thus, today, only Byblos, and not any Sudanese government or entity, has right, title, and interest to the $96,626.00 currently under restraint by BONY.

16.     In particular, the Republic of Sudan does not have an interest in the Byblos Fund.

4

*Byblos Has no Affiliation With the Republic of Sudan or El Nilein*

17.     As noted, Byblos is a bank headquartered in Brussels, Belgium and is part of the Byblos

Bank Group.  Byblos is not affiliated in any capacity with the Republic of Sudan or any of its

agencies.  The Republic of Sudan has no interest in Byblos.  Naturally, Byblos is not an agency

or instrumentality of the Republic of Sudan.

18.     Byblos is also not affiliated in any capacity with El Nilein.  El Nilein is only a customer

of Byblos.  El Nilein has no interest in Byblos, and Byblos is not an agency or instrumentality of

El Nilein.

19.     On behalf of Byblos, I therefore respectfully request that the Court recognize and enforce

Byblos's property rights in the Byblos Fund and deny any request by the Petitioners to enforce

the Judgment against the Byblos Fund.


I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.  Executed on November 21, 2008.


_____

NAJAH SALEM

5

# EXHIBIT 1

```
04/08/04-17:27:21              Globtestprt-8805-000001                    1
_____

---------------------- Instance Type and Transmission -------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1726 040804BYBBBEBBAXXX3262244533
---------------------------- Message Header -----------------------------
Swift Input   : FIN 202 General Fin Inst Transfer
Sender        : BYBBBEBBXXX
                BYBLOS BANK EUROPE S.A.
                BRUSSELS BE
Receiver      : IRVTUS3NXXX
                BANK OF NEW YORK
                NEW YORK,NY US
MUR : 02965
------------------------------ Message Text -----------------------------
  20: Transaction Reference Number
      FT0421700016
  21: Related Reference
      FT0421700016
 32A: Value Date, Currency Code,  Amt
      Date         : 04 August 2004
      Currency     : USD (US DOLLAR)
      Amount       :              #96.624,#
 52A: Ordering Institution - BIC
      ENIDSDKH
      EL NILEIN INDUSTRIAL DEVELOPMENT BANK GROUP
      KHARTOUM  SD
 56A: Intermediary - BIC
      CHASUS33
      JPMORGAN CHASE BANK
      NEW YORK,NY  US
 57A: Account With Institution - BIC
      KOEXGB2L
      KOREA EXCHANGE BANK
      LONDON  GB
 58A: Beneficiary Institution - BIC
      KOEXKRSE
      KOREA EXCHANGE BANK
      SEOUL  KR
  72: Sender to Receiver Information
      /BNF/FOR FURTHER CREDIT TO THEIR
      //IBSD BRANCH UNDER REF 019-RUC
      //410132
------------------------------ Message Trailer --------------------------
{MAC:BE6AAD70}
{CHK:17A0F1EDC6CB}
------------------------------ Interventions ----------------------------
Category      : Network Report
Creation Time : 04/08/04 17:26:14
Application   : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21BYBBBEBBAXXX3262244533}{4:{177:0408041726}{451:0}{108:02965}}
```

# EXHIBIT 2

19/08/2004   10:07   002498378581111

FROM : NIDB>FORN>>>              FAX NO. : 002498378581111         Aug. 19 2004 10:32AM  P2

# COMMERCIAL INVOICE

| | |
|---|---|
| **1.Shipper/Exporter**<br>DANSUK INDUSTRIAL CO. LTD.<br>705, 1DA-SHIWHA INDUSTRIAL COMPLEX  1239-5,<br>JEONGWANG-DONG, SHIHEUNG CITY, KYONGGI-DO,<br>KOREA. | **8.NO. & Date of Invoice**<br>EX-2080                          JAN 16. 2003 |
| | **9.NO. & Date of L/C**<br>OM/DC/9004/04                  JAN 11, 2004 |
| **2.For Account & Risk of Messrs.**<br>AL OSMANY PLASTIC GRANULES FACTORY.<br>OMDURMAN-SUDAN. | **10.L/C Issuing Bank**<br>EL NILEIN INDUSTRIAL DEVELOPMENT BANK<br>PO BOX 1722, 1722 UNITED NATIONS<br>SQUARE KHARTOUM. SUDAN |
| | **11.Remarks :**<br>AS PER PROF. INV.NO. DSS-40108<br>DTD.8/1/2004 |
| **3.Notify Party**<br>AL OSMANY PLASTIC GRANULES FACTORY.<br>OMDURMAN-SUDAN. | |

| 4.Port of Loading<br>BUSAN, KOREA | 5.Final Destination<br>PORT SUDAN, SUDAN | TRUE AND CORRECT SHOWING<br>GROSS WEIGHT : 114.72MT<br>NET WEIGHT : 105.6MT |
|---|---|---|
| 6.Carrier<br>WEHR ALTONA W030 | 7.Sailing on/or About<br>JAN 24, 2004 | |

| 12.Marks and NO. of PKGS | 13.Description | 14.Q'ty | 15.Unit price<br>CFR SUDAN | 16.Amount |
|---|---|---|---|---|
| NO MARKS | 105.60MT<br>DI OCTYL PHTHALATE(DOP)<br>480DRUMS OF EACH NET WT.220KGS<br>IN EXPORT STANDARD PACKING<br>///////////////////////////////////////////////////////// | 105.6MT | @U$915/MT | USD96,624.00 |

Signed by
DANSUK INDUSTRIAL CO., LTD.

GU JAE, HAN / PRESIDENT

Telephone NO. :(031)433-0211
Fax NO.      :(031)499-3909

# EXHIBIT 3

19/08/2004   10:08      002498378581111

FROM : NIDB>FORN>>>                    FAX NO. : 002498378581111      Aug. 19 2004 10:33AM  P4
DANSUK INDUSTRIAL CO., LTD.
705, 1DA SHIWHA INDUSTRIAL COMPLEX
NO. 1239-5.JEONGWANG-DONG SHIHEUNG-
CITY KYONGGI-DO, KOREA

0054001331
JHG

萬 海 航 運 股 份 有 限 公 司
# WAN HAI LINES LTD.
# BILL OF LADING

**Consignee**
TO THE ORDER OF EL NILEIN BANK

SHIPPING AGENT REFERENCES (COMPLETE NAME AND ADDRESS)
HMB SHIPPING & TRADING LTD
BAWARITH BUILDING, GRAND MOSQ
ROAD P.O.BOX 409, PORT SUDAN, SUDAN
TEL : 28354     FAX : 22405

**Notify party** carrier not to be responsible for failure to notify
AL OSMANY PLASTIC GRANULES FACTORY,
OMDURMAN SUDAN.

| Pre-carriage by | Place of receipt BUSAN, KOREA |
|---|---|
| Ocean vessel WEHR ALTONA | Voy No. W030 | Port of loading BUSAN, KOREA |
| Port of discharge PORT SUDAN, SUDAN | Place of delivery PORT SUDAN, SUDAN | Final destination (for the Merchant reference) |

| Container No.   Seal No.   Marks and Numbers | Number of containers or packages | Kind of Packages: Description of goods "SHIPPER'S PACK LOAD COUNT & SEAL" "SAID TO CONTAIN" | Gross weight/ Measurement |
|---|---|---|---|
| FCL/FCL | 6 CTRS | 105.60 MT | KGS |
| INBU3305065 20SD86 WHLF912241 | (480 DRUMS) | DI OCTYL PHTHALATE (DOP) | 114,720.00 |
| WHLU2029792 20SD86 WHLF909656 | | 480DRUMS OF EACH NET WT.220KGS | CBM |
| WHLU2056360 20SD86 WHLF909615 | | IN EXPORT STANDARD PACKING | 115.000 |
| WHLU2072000 20SD86 WHLF909612 | | AS PER PROF. INV.NO. DSS-40108 | |
| WHLU2110610 20SD86 WHLF909706 | | DTD.8/1/2004 | |
| WHLU2466283 20SD86 WHLF909628 | | L/C NO. OM/DC/9004/04 | |
| NO MARKS | | DATED JAN 11, 2004 | |
| | | SAY : SIX CONTAINERS ONLY | |
| | | "FREIGHT PREPAID" | |

copy
non-negotiable

| Freight ALL AS ARRANGED | | Prepaid | Collect |
|---|---|---|---|

El Nilein Ind. Dev. Bank (Group)
Omdurman Central Branch
SEEN
IMP / EXP. DEPT.

| Freight prepaid at KOREA | Freight payable at | Ex. Rate 1197.3 | No. of original B(s)/L THREE (3) | Place and date of issue KOREA | JAN 24 2004 |
|---|---|---|---|---|---|

| WH B/L | Laden on board Date JAN 24 2004 WEHR ALTONA  W030 BUSAN, KOREA | WAN HAI LINES KOREA LTD. |
|---|---|---|

By
------------------------------
**AS AGENT FOR THE CARRIER**
WAN HAI LINES LTD.

# EXHIBIT 4

09 '08/04-17:20:24          Copiecredoc-0712-000001               1

```
-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1719 040809BYBBBEBBAXXX3265244985
-------------------------- Message Header -------------------------
Swift Input   : FIN 499 Free Format Message
Sender        : BYBBBEBBXXX
                BYBLOS BANK EUROPE S.A.
                BRUSSELS BE
Receiver      : KOEXKRSEXXX
                KOREA EXCHANGE BANK
                SEOUL KR
MUR : CORMIC
-------------------------- Message Text ---------------------------
 20: Transaction Reference Number
     NONE
 21: Related Reference
     019-RUC-410132
 79: Narrative
     RE YOUR MT 420 DATED 09-08-04
     UNDER YOUR REF 019-RUC-410132
     FOR USD 96.624
     .
     KINDLY NOTE EL NILEIN BANK - ENIDSDKH - WILL
     EFFECT THIS PAYMENT THROUGH ANOTHER BANK.
     .
     REGARD
-------------------------- Message Trailer ------------------------
{MAC:BDBD6E33}
{CHK:6FCC12586029}
-------------------------- Interventions --------------------------
Category      : Network Report
Creation Time : 09/08/04 17:19:14
Application    : SWIFT Interface
Operator      : SYSTEM
Text
{1:F21BYBBBEBBAXXX3265244985}{4:{177:0408091719}{451:0}{108:CORMIC}}
```

# EXHIBIT 5

```
' 24/09/04-14:20:28          Globtestprt-0551-000001                    1
_____

-------------------- Instance Type and Transmission --------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status  : Network Ack
Priority/Delivery        : Normal
Message Input Reference  : 1420 040924BYBBBEBBAXXX3302250262
------------------------- Message Header -----------------------
Swift Input   : FIN 910 Confirmation of Credit
Sender        : BYBBBEBBXXX
                BYBLOS BANK EUROPE S.A.
                BRUSSELS BE
Receiver      : ENIDSDKHXXX
                EL NILEIN INDUSTRIAL DEVELOPMENT BANK GROUP
                KHARTOUM SD
MUR : 09113
------------------------- Message Text -----------------------------
  20: Transaction Reference Number
      FT0424400008
  21: Related Reference
      OM-DC-9004-04
  25: Account Identification
      675112310223
 32A: Value Date, Currency Code,  Amt
      Date            : 31 August 2004
      Currency        : USD (US DOLLAR)
      Amount          :               #96.624,00#
 52A: Ordering Institution - BIC
      BYBBBEBB
      BYBLOS BANK EUROPE S.A.
      BRUSSELS  BE
  72: Sender to Receiver Information
      YOUR REF OM/DC/9004/04
      AS PER OUR SWIFT MT 299 DATED
      09.08.2004 TRN FT0421700016
      AND YOUR ASSIGNMENT SWIFT MT 299
      DD 11.08.2004
------------------------- Message Trailer -----------------------
{CHK:D4D587DF5B54}
------------------------- Interventions -----------------------
Category     : Network Report
Creation Time : 24/09/04 14:19:20
Application  : SWIFT Interface
Operator     : SYSTEM
Text
{1:F21BYBBBEBBAXXX3302250262}{4:{177:0409241420}{451:0}{108:09113}}
```

# EXHIBIT 6



BYBLOS BANK EUROPE S.A.                    EL NILEIN INDUSTRIAL DEVELOPMENT
RUE MONTOYER 10 - BTE 3                    BANK
B-1000 BRUXELLES                           PO BOX 1722 UNITED NATIONS SQUARE
BELGIUM                                    KHARTOUM
                                           SUDAN


DATE        :    24 SEP 2004

REFERENCE   :    FT/04244/00008


-------------------------------------------------------------------------------
                            CREDIT ADVICE
-------------------------------------------------------------------------------
YOUR    USD ACCOUNT  675-1123102-23    HAS BEEN  CREDITED
VALUE   31 AUGUST 2004      AS FOLLOWS :


BY ORDER OF            :      BYBLOS BANK BELGIUM

REFERENCE             :      OM-DC-9004-04

TRANSFER AMOUNT          USD        96.624,00
                         --------------------
AMOUNT CREDITED          USD        96.624,00

YOUR REF OM/DC/9004/04 AS PER OUR SWIFT MT 299 DATED 09.08.2004 TRN
FT0421700016 AND YOUR ASSIGNMENT SWIFT MT 299 DD 11.08.2004

PLEASE QUOTE THE ABOVE TRANSACTION REFERENCE NUMBER IN ALL CORRESPONDENCE

THIS ADVICE REQUIRES NO SIGNATURE


910.1.1.GB

Tel: 02/551.00.20 - Fax: 02/513.05.26 - Telex: 63.461 BYBLOS B - SWIFT: BYBBBEBB - R.C.B. 394.241 - T.V.A. BE 415.718.640
EM: byblos.europe@byblosbankeur.com

# EXHIBIT 7

11/08/04-11:01:39                    Copietft-1965-000001                              1
```
------------------------------------------------------------
```

```
--------------------- Instance Type and Transmission -------------
Original received from SWIFT
Priority                : Normal
Message Output Reference : 1100 040811BYBBBEBBAXXX3267283373
Correspondent Input Reference : 1100 040811ENIDSDKHAXXX2160022327
------------------------ Message Header --------------------------
Swift Output  : FIN 299 Free Format Message
Sender        : ENIDSDKHXXX
                EL NILEIN INDUSTRIAL DEVELOPMENT BANK GROUP
                KHARTOUM SD
Receiver      : BYBBBEBBXXX
                BYBLOS BANK EUROPE S.A.
                BRUSSELS BE
-------------------------- Message Text --------------------------
 20: Transaction Reference Number
     OM/DC/9004/04
 21: Related Reference
     FT0421700016
 79: Narrative
     QUOTE:
     OUR TRANSFER INSTRUCTIONS BY SWIFT MT202 DD.AUGUST
     3RD.,2004 FOR USD.96.624,00 FAVOR KOREA EXCHANGE
     BANK SEOUL FOR FURTHER CREDIT TO THEIR I.B.S.D.
     BRANCH UNDER THEIR REF.019-RUC-410132
     REFERENCE IS MADE TO THE MENTIONED TRANSFER WHICH
     WE UNDERSTAND HAS BEEN TRANSFERED THROUGH BANK OF
     NEW YORK WITH THE MENTION OF THE NAME OF OUR BANK
     AND HAS BEEN FROZEN BY THE US AUTHORITIES OFAC
     UNDER THE US SUDANESE SANCTION REGULATIONS.
     WE,EL NILEIN INDUSTRIAL DEVELOPMENT BANK
     IRREVOCABLY ASSIGN TO YOU, BYBLOS BANK EUROPE,THIS
     AMOUNT(PLUS ANY ACCRUED INTEREST) AND UNDERTAKE TO
     PAY IT TO YOU ONCE RELEASED PARTIALLY OR TOTALLY
     BY THE US OFAC AUTHORITIES.
     WE AUTHORIZE BYBLOS BANK EUROPE TO PROCEEDS WITH
     THE OFFICIAL NOTICE OF THIS ASSIGNMENT WHEN
     APPROPRIATE.
                      BEST REGARDS.
                          ABDEL GADIR HASSAN
                      ELNILEIN IND.DEVEL.BANK GROUP
-------------------------- Message Trailer -----------------------
{MAC:8B09DC4C}
{CHK:46AF5EF3A2C3}
```