# About CBOS



| About CBOS | Laws and Regulations | Financial Sector in Sudan | Currencies & Coins | Governors of CBOS |

*About Central Bank of Sudan* | *Home*

| The Main Objects of the Bank | Board of Directors | The Executive Management | The Administrative and Organizational Structure | Branches of Central Bank of Sudan |

After the Sudan obtained its independence, the necessity for having a Central Bank appeared in order to replace the bodies executing its functions which include organizing the issue of currency, formulating monetary and financing policies with the aim of directing finance to serve the economic sectors and build up of a strong, efficient and effective banking system to serve the needs of economic development in the country. The need for having a Central Bank increased after the adoption of the State at that time ambitious economic programs, which made it inevitable to produce monetary and finance policies to conform and match with these ambitious programs for the Sudanese economy.

To achieve that, a committee of three experts was constituted at the end of December, 1956 from the American Federal Reserve Bank to conduct an extensive study in this respect and to look in the possibility of establishing a Central Bank in the Sudan. After the Committee accomplished its study and raised its recommendations, the Bank of Sudan Act (1959) was issued and the Bank commenced its business on February, 1960 as an independent body, having its corporate personality, contracting capacity, a common seal and may litigate in its own name as prosecutor or defendant.

## The Main Objects of the Bank:

The adoption of every country to a particular economic system, may impose on the Central Bank to perform some functions which differ substantially from the other economic systems.

For every Central Bank, a special Act in which these functions are specified and may be amended whenever it deems necessary.

In December, 2002, the Bank of Sudan Act, 2002 was issued wherein Section (6) specified the objects of the Bank as follows:-

a.   Issue currency of the types thereof, organize, control and supervise the same;

b.   Issue monetary and financing policies, and manage the same, in consultation with the Minister *(Minister of Finance and National Economy)* in such way, as may achieve the national objectives of the national economy;

c.   Organize banking business, monitor and supervise, strive to promote and develop and raise the efficiency thereof, in such way, as may achieve the balanced economic and social development;

d.   Strive to achieve economic stability and the stability of the par value of the Sudanese Dinar;

e.   Act, in its capacity as the Government banker, as an advisor and agent thereof, in the monetary and financial affairs;

f.    abide, in the discharge of the duties, achievement of the objects, exercise of the powers and supervision thereby, of the banking system, by the ordinances of the Islamic Sharia.

After concluding the Comprehensive Peace Agreement (CPA), the Central Bank of Sudan Act 2002 was amended in  2006, wherein the nature of the banking system, the Bank and its branches, were specified in Section (5) from the Act as follows :-

a.    The banking system in Sudan consists of a dual banking system, Islamic in the North and conventional in the South.

b.    The main headquarters of the Bank shall be in Khartoum and the Bank may establish branches or agencies inside Sudan and nominate foreign correspondents.

c.    Bank of Southern Sudan (BOSS) shall be established as a branch of the Central Bank to provide, in addition to its other functions, conventional banking services in Southern Sudan including licenses to the financial institutions according to the rules and regulations issued by the Board *(The Board of the Central Bank of Sudan)*. The management of the Bank of Southern Sudan (BOSS) shall be assumed by one of the two deputies of the Governor and shall be accountable to the Governor on managing the conventional banking system in Southern Sudan as a window of the Bank's windows according to its rules, regulations and policies.

d.    The bank shall have an independent corporate personality, perpetual succession, a common seal and may litigate in its own name.

Exhibit G

Also Section (6) of the Act, specified the main responsibilities of the Bank as follows :-

1)      The Bank shall have the following objectives:
a.       Achieving stability of prices, maintaining stability of the exchange rate, efficiency of the banking system and issue of currency of the types thereof, organize, control and supervise the same;
b.       Formulating and implementing monetary policy, depending on the first place on the market forces in such away to achieve the national objectives of the national macro economy in consultation with the Minister *(Minister of Finance and National Economy);*
c.       Organize banking business, monitor and supervise, strive to promote and develop and raise the efficiency thereof, in such way, as may achieve the balanced economic and social development;
d.       Act, in its capacity as the Government banker, as an advisor and agent thereof, in the monetary and financial affairs;
e.       Abide in the discharge of the duties, achievements of the objects, exercise of the powers and supervision thereby, of the banking system, by the ordinances of Islamic Sharia and the conventional banking customs;

Bank of Sudan continued since its establishment in 1960 and up-to 1984  *(the year in which the Islamic Laws were adopted)* to use direct and indirect monetary policy instruments which enabled it to control credit as it controlled money supply via interest rates, changes in the ratio of cash reserve and direct instructions through formulating maximum limits of finance *(credit ceilings)* and other instruments of control.

The Bank also performs its supervisory and administrative role on the banking system according to its Act which experienced several amendments to cope with the economic and financial policy of the State.  Moreover, Bank of Sudan, after Islamization of the banking system, performs its role in deepening Islamization of the banking system, wherein it established the Higher Sharia Supervisory Board in the Bank in 1992 to ensure purity of the banking operations from the suspicious of usury.  The Bank continued to perform its role as the bank of the Central Government, Governments of the States, government and semi government entities and organizations through participation in their capital, keeping and managing their local and foreign accounts in addition to its role as a lender to the government and a lender of the last resort to the banks.

As the banking system was Islamized, Bank of Sudan got rid of government treasury bills and securities and consequently financial securities consistent with the Islamic system were issued.

Bank of Sudan continued to perform its role in deepening Islamization of the banking system and in formulating monetary policy consistent with the general directives of the State and the programs of the Comprehensive National Strategy. Since the commencement of the Three-years Economic Salvation Program *(1990-1993),* Bank of Sudan has adopted finance policies aiming to activate the stagnant Sudanese economy.  These policies were formulated in the light of the following directives :-

1.      Pay attention to the supply side and monetary stability with regard to the adequacy and better utilization of the banking resources via concentration of finance in developing priority economic sectors together with continuity in the policies of rationalizing the aggregate demand.
2.      Continuation of the Social Support Program for poor families in conformity with the National Mobilization Program for interdependence and production.
3.      Continuation in financing public institutions via banks and not to resort to Bank of Sudan for direct finance.
4.       Permitting commercial banks to provide finance in foreign exchange according to the regulations issued by Bank of Sudan.

After concluding the Comprehensive Peace Agreement (CPA) Central Bank of Sudan policies were formulated in the context of macro economic policies and in co-ordination and consultation with the Ministry of Finance and National Economy and the concerned parties, taking into consideration the basic principles of the Comprehensive Peace Agreement (CPA) stated in Article (14) of the Wealth Distribution Protocol, regarding monetary, banking, currency and credit policy which stipulated the following :-

1.      Adoption of the dual banking system *(Islamic in the North and conventional in the South).*
2.      Establishment of the Bank of Southern Sudan (BOSS) as a branch of the Central Bank of Sudan to manage the conventional window in the South.
3.      Issuing one monetary policy by the Central Bank of Sudan which will be binding on all banking and financial institutions.
4.      Autonomous of the Central Bank of Sudan in implementing its monetary policy.
5.      This in addition to the responsibility of the Central Bank of Sudan in maintaining stability of exchange rate, efficiency of the banking system and issue of currency.

## *The Administrative structure of The Central Bank of Sudan*

### 1)      Board of Directors of the Central Bank of Sudan:
The Central Bank of Sudan Act (Amendment, 2006) stipulate the establishment of the Board of Directors of the Central Bank of Sudan as follows :-

• The Governor, ex officio Chairman.

• The two deputies of the Governor.

• Six persons from those possessed of efficiency to be appointed by the President of the Republic and the Board shall be subject to the supervision of the presidency.

**Functions and Powers of the Board**
The Board shall have the following functions and powers, to :-

a.    Organize the policy of the Bank, in such way, as may achieve the objects thereof, and manage the general affairs and business of the same, upon sound bases;

b.    specify the monetary and financing policies, and specify the policies of the rate of exchange of the national currency upon the recommendation of the Governor.

c.    specify such reserve, as the Bank may keep, from time to time, in accordance with the provisions of this Act;

d.    establish and cancel posts of the Bank;

e.    make the terms of service and discipline of the employees of the Bank;

f.    pass the budget and final accounts of the Bank;

g.    constitute a standing, or ad hoc committee, or committees, and specify the functions and powers thereof;

h.    make internal regulations, for organizing the business of the same;

i.    any other functions, or powers, as may be necessary for the achievement of the objects of the bank;

**The Present Board of Directors:**

| | | |
|---|---|---|
| 1) | Dr. Sabir Mohamed Hassan | Governor of the Central Bank of Sudan  Chairman of the Board |
| 2) | Mr. Elijah Malok Aleng | Deputy Governor ( Member ) |
| 3) | Mr. Badr El-Din Mahmoud Abbas | Deputy Governor ( Member ) |
| 4) | Prof. Mohamed El-Fatih Hamid | ( Member ) |
| 5) | Mr. John Rossy | ( Member ) |
| 6) | Mr. Gindeel Ibrahim Gindeel | ( Member ) |
| 7) | Dr. Andarew Malek Madut | ( Member ) |
| 8) | Dr. Ibrahim Abdel Moneim Sobahi | ( Member ) |
| 9) | Prof. Awatif Yousif Mohamed | ( Member ) |
| 10) | Al-Gaili Mohamed Al-Bashir | Secretary of the Board |

**2)    The Executive Management:**

| | | |
|---|---|---|
| 1) | Dr. Sabir Mohamed Hassan | Governor |
| 2) | Mr. Elijah Malok Aleng | Deputy Governor |
| 3) | Mr. Badr El-Din Mahmoud Abbas | Deputy Governor |
| 4) | Dr. Ahmed Ali Abdalla | Advisor to the Governor, Head of the Higher Sharia Board |

**3)    The Administrative and Organizational Structure of the Central Bank of Sudan:**

The organizational structure of the Central Bank of Sudan consists of five wings and fifteen departments in addition to twelve branches of the Bank spread over in the different States of Sudan.

| WING | DEPARTMENT | SUPPORT DEPARTMENT |
|---|---|---|
| First:<br>Governor's Office Wing<br>Al-Gaili Mohamed Al-Bashir | Executive Services Department<br>Ezz Al-Din Siddiq Mohamed Ali | Executive Services and Communication Directorate |
| | | Strategic Planning Directorate<br>Azhary Al-Tayeb Al Faki |
| | Internal Audit Department<br>Mohamed Al-Hassan Al-Sheikh | Internal Audit Directorate<br>Mohamed Al-Anwar Ahmed Mohamed |
| | Legal Affairs Department<br>Mahgoub Osman Ahmed | Legal Affairs Directorate<br>Malako Beito Al-Rafini |
| | External Debt Unit<br>Laila Omer Bashir | External Debt Unit |
| | Human Resources Development Department | Human Resources Directorate<br>Magda Abdel Wahab Musa |
| | | Planning and Training Directorate |

| | | Al-Fadil Hussain Hassan |
|---|---|---|
| **Second:** Management and Services Wing Ibrahim Adam Habib | General Accounts and Financial Affairs Department Sabah Ahmed Yassin | General Accounts Directorate Hashim Abdel Haleim Nasir |
| | | Financial Affairs Directorate Abdel Latif Abdalla Abdel Latif |
| | Information Systems Department | Information Technology Directorate Gamal Abdel Rahim Salih |
| | Administration and Services Department Tag Al-Din Ibrahim Hamid | Services Directorate Abdel Azim Hassan Mohamed |
| | | Engineering Directorate Al-Hag Ali Abu Likailik |
| | | Establishment Security Directorate |
| **Third:** Banking and Currency Wing Al-Nur Abdel Salam Al-Hilu | Branch Operations Department Abdel Rahim Mohamed Bakhit | Central Operations Directorate Mahmoud Abdalla Ali Al-Nau |
| | | Central Vault Directorate Mohamed Hassan Omer |
| | Issue Department Abdel Aleem Al-Amin Mohamed | Issue Directorate Awad Abdalla Abu Shouk |
| **Fourth:** Financial Institutions and Systems Wing Osman Hamad Mohamed Khair | Banking System Regulation and Development Department Mohamed Ali Al-Sheikh | Banking Affairs Directorate Shadia Awad Zayed |
| | | Financial Institutions and Capital Directorate Abdalla Al-Hassan Mohamed |
| | Banking Supervision Department Abdalla Al-Muhtada Al-Waseela | Prudential Supervision Directorate Mohamed Abdel Rahman Al-Hassan |
| | | Inspection Directorate Dr. Hamid Bashir Bashary |
| | Payment Systems and Banking Technology Department | Payment Systems and Banking Technology Directorate |
| **Fifth:** Economic and Policies Wing Osman Al-Sayed Mohamed | Research and Statistics Department Raba'a Ahmed Al-Khalifa | Policies Directorate Mohamed Osman Ahmed |
| | | Research and Statistics Directorate Nidal Salah Al-Din Abu Bakr |
| | Capital Markets Department Hussain Yahia Gangoul | Finance Directorate Yousif Siddiq Abdel Rahim |
| | | Foreign Exchange Directorate Omer Mahgoub Saeed |
| | | Monetary Operations Directorate Somaya Amir Osman |

Branches of Central Bank of Sudan

| Branch | General Manager |
|---|---|
| Khartoum | Al-Hadi Salih Ahmed |
| Wad Medani | Mohamed Siddiq Al-Hassan |
| Kosti | Abdel Mutalib Imam Idris |
| Atbara | Mohamed Al-Hassan Mohamed |
| Al-Gadarif | Mohamed Abdalla Mohamed Ahmed |
| Nyala | Sayed Ali Al-Sayed |
| Juba | Kornilio Korum |

| El-Obeid | Nasr Eddin Suliman Haroun |
| Dongola | Dr. Mohamed Ali Mohamed Bakhit |
| Port Sudan | Kamal Mustafa Ibrahim |
| Al-Fashir | Hayder Hassan Ibrahim |
| Wau | Mohamed Adam Abdelrahman |