Corporate Banking    Retail Banking    Treasury & Investment    Islamic Banking Terms    Careers    About us    Latest News



Bank of Khartoum

home    contacts    sitemap

## About Us

About Us
Our Branches
ATM location
Board of Directories
Financial Annual Report 2006
Financial Annual Report 2007

*About Us*
A NEW BANK.....
AN OLD FRIEND



### About us

With 17 branches in the capital and 33 branches nationwide Bank, of Khartoum (BoK) is the largest Bank in Sudan. Dubai Islamic Bank (DIB) does not only represents BoK's ownership management but is also committed to invest on BoK's human, financial and technological resources for the rapid development of the Bank.

Today, Bank of Khartoum under Dubai Islamic Bank's new management draws on the experience of seasoned professionals in the various fields of banking finance, encouraging a culture of innovation, and total customer satisfaction.

Bank of Khartoum's corporate message is "A NEW BANK. AN OLD FRIEND"
### Historical Back Ground
**Milestones:**
1913: The Bank was established as the Anglo-Egyptian Bank during the Anglo-British rule.
1925: renamed Barclays Bask for Overseas Properties and Territories.
1954: Renamed Barclays Bank.
1970: Renamed State Bank for Foreign Trade after having being acquired government.
1975: Renamed Bank of Khartoum.
1983: Merged with The People's Cooperative Bank (Bank Misr).
l993: Merged with both the Unity Bank (Othman Bank) and the National Export and Import Bank.
2002: became a Private Limited Company under the name Bank of Khartoum.
2005: Dubai Islamic Bank (Strategic Partner) became the major shareholder, holding 60% of Government's shares in the Bank.

The Bank has increased its authorized and paid up capital amounts to SDG380,999,997.84 (Sudanese pounds). Bank of Khartoum Bank has offered its shares for public subscription to fulfill the requirements of listing the Bank's shares with Khartoum Stock Exchange and cross-listing with Dubai Financial Market.
Feb 1st, 2008: Bank of Khartoum and Emirates and Sudan Bank have merged into one bank, the largest in the Sudan. The new bank retained the name of Bank of Khartoum.
### Nature of Business

As a commercial bank, Bank of Khartoum carries on all commercial bank activities: acquire, lease, modify and sell assets appropriate for business; participate in forming companies for dealing in any field or sector of business. The Bank's revenues mainly come from short-term and medium-term investments, corporate banking, and retail banking.

Exhibit H

**Bank of Khartoum Owns The Following Subsidiary Companies**

The National Company for Financial Transactions: a brokerage company with Khartoum Stock Exchange (KSE) that trades in and promotes financial products and securities in the dealing room of KSE.

The National Company For Trade Service: selling of commodities as well as the import and export business.

The National Company for Hire Purchase: selling of consumers goods on hire purchase system.

The National Company For Foreign Exchange: dealing in foreign exchange bureau.

Terms Conditions | Privacy Notice | Copyright Notice
Copyright 2006. Bank of Khartoum

# Sudan Tribune

*Mon, Dec 08, 2008 Edition.*

Home | News | Opinions | Press-releases | Documents

Today's breaking news : Darfur's Abdel-Shafi dismisses accusations over murder in South Sudan 

**Full coverages**

All topics :

- Civil Society
- CPA Implementation
- Darfur peace process
- Darfur Peacekeeping
- GoS NDA talks
- Human Rights
- Humanitarian
- ICC and Darfur
- IGAD Peace Talks
- Oil in Sudan
- Press Freedom
- War in Darfur

Subjects :


Choose one...

Regions :
Choose one...

Topics :

- Culture
- Economy
- Education
- Environment
- Finances
- General
- Health

# Dubai's Emaar, Al Salam Bk buy Sudan El Nilein Bk stake

Friday 20 October 2006 06:10.   Printer-Friendly version 
 Comments...

Oct 19, 2006 (BEIRUT) — Dubai's Emaar Properties and Al Salam Bank of Sudan have agreed to acquire a 60% stake in Sudan's El Nilein Industrial Development Bank for $80 million, a Sudanese central bank official said Thursday.

"The two entities will sign the deal after Ramadan whereby they will disburse $40 million in cash and the rest will be paid later to restructure the bank's debts," the central bank's legal department head, Othman Mahjoub, told Zawya Dow Jones.

An official with government-owned El Nilein, who declined to be named, said several Gulf and Sudanese companies and banks had competed for the acquisition, but he declined to disclose the competitors' names.

The deal underlines continuing interest from Gulf investors, despite continuing international pressure for Sudan to accept

Search  :

*SudanTribune powered :*
Search

*Google powered :*



The following ads are provided by Google.
SudanTribune has no authority on it.

Exhibit I

- Military
- Politics
- Society
- Sports

U.N. intervention in the war-torn western region of Darfur.

Other major Gulf investors into Sudan include: Kuwaiti telecoms giant Mobile Telecommunications Co., Dubai Islamic Bank's 60% stake in Bank of Khartoum, Dubai-based Thani Corp. in the oil sector, and Khaled Xenel from Saudi-based Xenel Industries in real estate.

The central bank and El Nilein officials confirmed that Al Salam Bank, not Amlak Finance as another government banker had said Monday, joined real estate giant Emaar in the consortium to buy the controlling stake in El Nilein.

Emaar Chairman Mohammed Alabbar also chairs Al Salam Bank of Sudan and Al Salam Bank of Bahrain.

Emaar weren't available to comment.

Thursday, Amlak Finance in a statement to the Dubai Financial Market denied U.A.E. media reports that the mortgage provider had bought a stake in the bank.

Amlak Finance, 45% owned by Emaar, owns a 3.75% stake of Al Salam Bank of Sudan, an Islamic commercial and private bank listed on Khartoum stock exchange.

Other Gulf and Sudanese investors are also bank shareholders, such as Kuwait's Global Investment House and the Khartoum governorate, which each own 5% of the bank.

Sudan's Al Salam owns 2% of Al Salam Bank - Bahrain, in which Amlak also holds a 5% stake.

There are historic ties between the U.A.E. and El Nilein, which was the first Sudanese bank to expand internationally, opening in 1976 a foreign branch in Abu Dhabi, the U.A.E.'s capital.

**Sudan Dyes**
Eurofins uses LC-MS-MS technology to quantify 10 ug/kg in food
www.EurofinsUS.com

**South Sudan**
Find South Sudan Radio Services at Great Prices.
www.Pronto.com

**HUD Homes - $10,000**
Buy a HUD Home at huge 50% savings. Pay $1 to get listings in your area
www.HUDforeclosed.com

**Islamic Financing**
Residential & Commercial Financing. Available in many states.
www.DevonBank.com/Islamic

**Free Government Grants**
Free Government Grant Money that you never have to pay back
www.LocateGovernmentGrant.co

(Dow Jones)

## Related subjects :

Economy :

- India issues new tender for Sudan Nile blend crude
- South Sudan Ministers agree to budget, centralizing taxation
- South Sudan government discusses budget, declining revenue

### Comment on this article...

Copyright © 2003-2008 SudanTribune - All rights reserved.

| Zawya.com | Zawya Business Development | Zawya Projects | Zawya Investor | requires membership | Send us your feedback |

**Middle East Business Information**
Companies | News | Research | Projects | Funds | Advanced Search

Sponsored by MUBADALA
Contact us | +971 4 3615663

Company Search

NEWS | SECTORS | RESEARCH & TOOLS     Wed, 10 Dec 2008 | 14:50 GMT     Username  Password  Log in

Network this!

## Islamic Cooperative Development Bank

Profile   Officers   News

| Country | Sudan |
| Ownership Type | Government |

**Related Tools**
- Talk To Zawya Analyst
- List Related Companies

**Zawya Industry Classifications (ZIC)**          Define Sectors | Expand related ZICs

| Sector | Industry |
| Financial Services | Banking |
| | Commercial Banking |
| | Conventional |

| Principal Activities | Development and Islamic banking services |
| Date of Establishment | 1982 |
| No of Employees | 687 |
| Important/Recent Developments | May 2002: Dammam-based Jomaa Trade and Investment Group purchased 45% of the bank, becoming the second largest shareholder after the Khartoum province. |

**Branches**

| Blue Nile | El Gadarif | Gezira (2) |
| Kassala (3) | Khartoum (6) | North Darfour |
| North Kurdofan (2) | Northern Region (4) | Red Sea |
| River Nile (3) | Sinar | South Darfour (2) |
| South Kurdofan | Upper Nile | West Kurdofan |
| White Nile | | |

**Contact Details**
Address:
Eltonnla Tower Street
P.O. Box 62
Khartoum
Sudan
Tel:
+249 183-780223
+249 183-775366
+249 183-775234
Fax:
+249 183-777715
Email:
iscob@sudanmail.net

**Major Shareholders**
○ Available to subscribers only. Information in this section includes Shareholder Names and their corresponding Holding Percentages. » More Details

**Organization Structure and Related Entities**
Subsidiaries/Associates/Affiliates

| Name ▼ | Country ▼ | Holding ▼ |
| Commercial Cooperative Corporation | - | - |
| Development Cooperative Corporation | - | - |
| National Capital Company for Trade, Investment & Services | - | - |
| National Company for Cooperative Insurance | - | - |
| Development Company for Investment & Industry Ltd | - | - |
| Sudatel Company | - | - |
| Animal Resources Bank | Sudan | - |
| AbdelRahman Ibn Aouf Social Corporation | - | - |
| National Petroleum Company (Sudan) | Sudan | - |

**Related Organizations**

| Name ▼ | Country ▼ | Holding ▼ |
| Accounting and Auditing Organization for Islamic Financial Institutions | Bahrain | - |

Company information provided by © 2008 ABQ Zawya Ltd.

About zawya | Join the team | Feedback | Submit PR

Quote data provided by © TickerChart
Site is optimised for viewing at 1024 x 768 with Internet Explorer v6 and Firefox v1.5 and above.
Copyright © 2008 ABQ Zawya Ltd. All rights reserved. Please read our Membership Agreement

Exhibit J

http://www.zawya.com/cm/profile.cfm?companyid=268814                                          12/10/2008