another month.

The investor shall not warehouse in the rented place goods of any other persons provided that the area manager may allow in special cases such warehousing and in such case the specified fees in the schedule attached to these regulations shall be collected there from.

**Permitting Entry of Raw Materials and requirements of Investors in the Free Zone**

Domestic raw materials, building materials and office materials and office furniture and fittings and equipments required by the investors for construction of buildings and factories and all accessories of construction and establishments obtained from the local market or duty paid thereon shall be permitted to the free zone according to the law and these regulations.

(2) The investor shall submit an application on the prescribed form for entering the materials provided for in the subsection (1)

(3) The investor shall keep a special register for himself in every factory or trading place in the free zone to enter therein the mentioned materials for the statistical purposes.

(4) Entering the material mentioned in sub-section (1) shall not be made for the purpose of storage or respiration outside the country in the same manner in which it was entered in the free zone.

Mortgage of the Investor's Goods

9 The movable property of the investors may be mortgaged after submission of the sufficient reasons therefore and to subject to the terms and conditions made by the director.

**Chapter 3**
**Entry, Take Out and deposit of goods**

Subject to the provisions of chapter two and section II hereof, goods may be entered taken out and deposited in the free area as follows:

(a) Bringing in foreign goods of whatever type or origin without import license into the free zone and out of for the local market, and in such case such goods shall not be subject to any fees or taxes.

(b) Local goods produced or manufactured in the Sudan may be deposited in the free zone according to these regulations.

(c) Goods in the free zone which are to be taken out for the local market shall be subject to the procedures followed in moving goods from customs area to another.

(d) Movement of goods from the custom areas to the free zone shall take place according to the procedures followed in moving the goods from one customs area to another.

**Prohibition of entering Certain Goods**

11 It is prohibited to enter into the Free Zone the following Goods;

(a) Goods of origin or source, which is prohibited to deal with

(b) Narcotics accept those necessary for the manufacturing of medical drugs and pharmaceutical supplies as may be stipulated by competent authority.

(c) Firearms, ammunition and explosives except shotguns and their relevant ammunition

and fireworks as may be stipulated by the competent authority.
(d) Stinking or inflammable materials as the director may specify in consultation with the competent authority.
(e) Radioactive materials of any kind.

### Entry of Goods carried by land Sea or Air into the Free Zone

12 (1) Shipping agents and representatives of overland, sea and air transport companies shall submit to the area manager or his deputy an application on the prescribed form, 72 hours from the arrival of the transporting means to the custom area in which the free zones is situated and attached therewith a copy or the original manifestos as prepared by the carrier company in the country of dispatch.
(2) Shipping agents and air, land and sea carrier companies shall deliver all the goods mentioned in sub section (1) addressed to the free zone without any delay it shall not be permissible to withhold any part of the goods so consigned in the means of transport or deposit or abandon them in any other place.
(3) The director may permit the transit goods to remain or unload in the free zone for a period of one week from the date of its deposit till they are withdrawn according to the procedures followed, provided that all the lapse of the aforesaid period such goods shall be transferred at the cost of the owners to the free zone for storage in accordance with he provisions of these regulations.

### Deposit of the goods in the free zone<

13 (1) the goods may be deposited in the free zone after the depositor submits an application on the prescribed form provided that the approval of the area manager or whoever he authorizes shall be obtained
(2) The depositor of good shall sort out such goods before delivering them to the Free Zone according to their respective marks. Should he fail to do so within five days from the date of the arrival of the goods, the free Zone authorizes shall carry out such sorting out and in this case he shall pay all expenses incurred by the free zone plus five percent of the value (FOB) as service administration fees and it shall apply thereto all the restrictions of the Free Zone with regard to the kind, number, weights and contents of packages.

- ### Acceptance of goods in the Free Zone

14 (1) Goods shall be accepted in the free zone in accordance with their specifications as stipulated in the relevant documents and the depositor shall be responsible for the correctness of the statements mentioned in the documents.
(2) The free Zone shall not be responsible for any difference between the said goods and the information's mentioned in such document or statements in subsection (1) and also shall not be responsible for any shortage or variation in the content of any packages if these packages were apparently in good condition on receipt or delivery.
(3) Notwithstanding the provisions of sub section (1) if the goods were discharged by an act of error in the free zone the charge stipulated in this regulations shall be fully paid until appropriate action taken thereon.

### Deposit of Goods Inside Warehouses and Open Yards

15 (1) Goods entering the free zone shall be stored inside covered warehouses upon request of the depositor, should the space not be available for such storage, they shall be deposited in open yards after obtain the depositor's approval.

(2) Notwithstanding the provisions of subsection (1) the following goods shall be deposited in open yards:

(a) Goods which are not affected by atmospheric conditions, or which cannot be placed under covered warehouses on account of their shape, volume of weight;

(b) Goods which the depositors, owners or agents thereof request in writing to be placed in those yards at their own risk.

(3) Goods under the provisions of this of this section shall remain in the free zone for the period which the depositor ask to be kept there, unless their conditions require the discharge thereof as to its nature or where the expositor fails to pay his obligations towards the free Zone or in case of contravention the provisions of these regulations.

### Responsibility of the Free Zone for damages:

16 (1)The Free Zone shall not be responsible during the storage of goods therein for any damage if such damage was as a result of the inherent nature of the goods or due to the method of packing or unpacking or resulting from atmospheric heat or humidity or force measures or force circumstances.

(2) Notwithstanding the provision of subsection (1) the damage deterioration or shortage which may effect any goods if it is proved that such default, damage, deterioration or shortage has occurred in consequence of any act, or negligence by any of the personnel or employees of the free zone or consequence of the instability of its warehouses for the storage of goods.

(3) The responsibility of the free zone as provided for under sub section (2) shall be determined by a committee to be formed by a representative of the depositor, provided that such committee shall submit its recommendations to the director through the administrative manager of the area manager showing the extent of the damage and the amount of the reasonable compensation.

- ### Change of the Goods inside the free zone

17 (1) Processing operations may be conducted in the places rented inside the free zone under license from the director of the area concerned, including such operations like separating, grading, mounding, packaging, mixing, cleaning, greasing, distilling, roosting, poundering, fragmenting, cruising numbering and affixing or subsisting trade marks.

(2) Notwithstanding the provisions of sub section (1), the director may allow the performance of any of the operations provided for under the said subsection or part thereof in the general deposit areas in the free zone and in the places specified for such purpose within the free zone area.

- ### Prohibition of some activities in the free zone

18 (1)The following acts shall not be allowed in the free zone:

(a) Kindling fire or smoking or using gas fuels in lighting in the places to be specified by the director in consultation with the area manager.
(b) Erecting installations for power generation for lighting except with approval of the director.
(c) Performing any act that causes any harm to the environment according to the relevant laws of the environment protection.
(d) Moving goods from the warehouses or the yards of the free zone to the leased premises or vice versa except with the approval of the area manager.
(e) Placing goods destined for home consumption inside the free zone or its areas or yards or in the rented premises, except with approval of the director.
(f) Retail selling, wile wholesale trade should be allied subject to the conditions provided for by section 19, hereof.
(g) Loading of workers and employees in the free zone except in places specifically assigned for this purpose.
(2) Subject to the provisions of sub section (10, the area manager may allow ships and aircrafts, to be supplied from the Free Zone with foodstuffs tobacco, cigarette, fuel and lubricants for their engines.

- **Assignment of the Goods**

19 (1)Goods deposited in the free zone may be assigned under the assignment document form, before the competent official and under the consent of the area manager subject to the following procedure.
(a) The assignment document shall be signed by the depositor or whomever he may legally authorize, showing therein the request of deposit, type of goods, its specifications, amount and all other relevant information including the name of the assignor where he is natural or corporate body.
(b) I n case of assignment by a corporate body, shall take place only by a legally authorized person or under the provision of the company establishment rules.
(c) Assignment of goods owned by a natural or corporate body resident outside the Sudan, shall be made by a person having legal authenticated power of attorney.
(d) If the assignment of goods is made from an investor to another investor in the Free Zone, the assignee shall be responsible towards the free zone for any fees or charges or any other fees which may be charged on such goods from the date of assignment.
(e) If the assignment of goods is made from an investor inside the Free Zone to any other body not being an investor, thereafter both the assignor and the assignee shall be jointly and severally responsible for the goods, and for any fees or charges or other charges which may be charged up to the date when such goods are discharged under original custom forms until such goods are delivered to the keepers of warehouses and general yards stored therein.
(2) The goods assigned to the Free Zone originally shall be entered in a special register and shall be disposed of in accordance with the decision of the board.

- **Assignment of the Installations or Rented premises**

20 (1)The director upon the recommendation of the administration manager may agree that the renter may assign his rights and the rented premises to others

after payment of the prescribed fees for the period of rent, provided that at the end of such period the investor shall not assign the installation constructed, to any other person and the owner of such installation shall revert to the company, except where the investor wishes to continue in his work and in this case the Director may extend the period of the contract for the period he deems fit.

(2) The renter shall not make any assignment before signature of the rent contract.

- **Discharge of Goods Out of the Free Zone**

21 (1) Goods discharged out of the Free Zone shall be treated according to its conditions as presented to customs authority, in case where they are presented for home consumption or sent transit, not with standing any treatment made thereon as regards amendment Ir charges Inside the Free Zone (2)For the Purpose of transit:

(a) Goods sent out of the Free Zone abroad shall be treated as transit goods passing in transit abroad.

(b) Discharge of Goods outside the free zone shall be made, on the prescribed for, together with attachment of the specifications as regards, type number, and weight and such form shall be signed by the official concerned of the Free Zone and the representative of the clearance company.

(c) Subject to the discharge form provided for in Paragraph (b) the transit statement shall be registered at the customs center concerned.

(d) The transit goods fees shall be paid to the Free Zone before being sent to the customs area.

(e) The officer concerned in the Free Zone together with the representative of the clearance company shall actually supervise the carriage of goods, and the information's shall be recorded by him at the margin of the transit statement, and shall sign the same together with the representative of the said company.

(f) The carrying vehicle shall be sent under the supervision of the free Zone and the clearance company to the customs zone to complete the procedures of the transit statement by the customs authority.

(g) The customs officer concerned shall authenticate the statement of the free one officer and the clearance company, and he may, when he thinks necessary, open a reasonable percentage of the cargo to ascertain the correctness of the statement.

1. **(3)For the home use consumption**

(a) The application for the discharge of the goods out for home use shall include all details as regards type, kind, number and weight and origin thereof, such application shall be signed by the officer of the free zone and the clearance company.

(b) Subject to the discharge application, a statement of the home consumption shall be prepared and registered with custom's center concerned.

(c) The procedures of customs evaluation and analysis and importation and all other procedures shall be completed at the time of transporting the goods to the customs area, and the evaluating customs area, and the evaluating custom officer may request samples for the purpose of evaluation and analysis, and he