EXHIBIT A

THIS PAGE OF THE EXHIBIT HAS BEEN REMOVED.  A COMPLETE COPY OF THIS EXHIBIT IS BEING FILED WITH THE COURT UNDER SEAL