UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLIVIA RUX, et. al.,

    Petitioners,

v.

ABN-AMRO BANK, N.V., AMERICAN EXPRESS BANK, LTD., BANK OF NEW YORK, BANK OF CHINA, CITIBANK, N.A., DEUTSCHE BANK A.G., HSBC BANK USA, N.A, JPMORGAN CHASE BANK, N.A., BANK OF AMERICA, and FEDERAL RESERVE BANK OF NEW YORK

    Respondents.

Case No.: 1:08-cv-06588-AKH
(USDC E.D. Va. No. 2:04cv428)

Re: The Republic of Sudan, Judgment Debtors

## PETITIONER'S REPONSE TO THE UNITED STATES' MOTION TO INTERVENE

In accordance with this Court's Order dated May 15, 2009, the Petitioners hereby respond to the Motion to Intervene filed on behalf of the United States. As stated in the Motion, the United States seeks to intervene "solely for purposes of pursuing an appeal as to the award of fees and costs to the respondent banks." *See* Motion to Intervene, pgs. 1 and 3. Therefore, it is apparent that the United States does not intend to appeal the Final Judgment Directing Turnover of Funds to Petitioners and Discharge of Respondents ("Turnover Order"). As the Turnover Order will not be affected, the Petitioners assert they have no standing to respond to the United States' Motion to Intervene an as a result, take no position on this request for relief.

Dated : May 18, 2009.

{8331\00116227.1}

Respectfully submitted,

HALL, LAMB AND HALL, P.A.
*Attorney for Petitioner*
2665 South Bayshore Drive
Penthouse One
Miami, Florida 33133
Telephone:   (305) 374-5030
Facsimile:   (305) 374-5033
Email: andyhall@hlhlawfirm.com

By: /s/ Andrew C. Hall
    ANDREW C. HALL
    F.B.N. 111480

TO: Republic of Sudan (By certified mail, return receipt requested)
c/o Embassy of the Republic of Sudan
2210 Massachusetts Avenue
Washington, DC 20008

Republic of Sudan (By certified mail, return receipt requested)
c/o UN Mission of the Republic of Sudan
305 East 47th Street, 4th Floor
New York, NY 100017

Gregory N. Stillman and Carl D. Gray (By certified mail, return receipt requested)
Hunton & Williams LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
*Attorneys for the Republic of Sudan*

David Jones (By certified mail, return receipt requested)
AUSA-SDNY
86 Chambers Street
Third Floor
New York, New York 10007
*Attorneys for OFAC*

The following via CM/ECF Electronic Filing System:

Barry Jay Glickman bglickman@zeklaw.com

Sharon L. Schneier sharonschneier@dwt.com

Mark Putnam Gimbel mgimbel@cov.com, courtclerksny@cov.com

{8331\00116227.1}

Shari Debra Leventhal Shari.Leventhal@ny.frb.org,

Kristin.sturm@ny.frb.org, stephanie.ruiz@ny.frb.org

Paul Kenneth Stecker PStecker@phillipslytle.com

Michael J. Bauer mbauer@llf-law.com

Howard B. Levi hlevi@llf-law.com

Christina Bost-Seaton christina.bost-seaton@troutmansanders.com

Danielle Sandra Friedberg dfriedberg@mosessinger.com