```
SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
OLIVIA RUX, *et al.*,

              Petitioners,  :  08 Civ. 6588 (AKH)

              v.  :  ECF CASE

ABN AMRO BANK. N.V., *et al.*,  :  NOTICE OF APPEAL
                            OF THE UNITED STATES

              Respondents.  :
------------------------------------x

NOTICE IS HEREBY GIVEN that intervenor United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment and Order Awarding Attorneys' Fees and Costs to Respondents, dated April 14, 2009, and entered April 20, 2009, in favor of respondents ABN Amro Bank, N.V.; American Express Bank, Ltd.; Bank of America, N.A.; Bank of China; The Bank of New York Mellon; Citibank, N.A.; Deutsche Bank A.G. and Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; and JPMorgan Chase, N.A., and from the Court's prior decisions and orders leading to that judgment, including but not limited to the Court's order dated April 6, 2009.

Dated: New York, New York
       May 19, 2009

                                    LEV L. DASSIN
                                    Acting United States Attorney for the
                                    Southern District of New York
                                    Attorney for the United States of America

              By:    /s/ John Clopper
                                    DAVID S. JONES
                                    JOHN D. CLOPPER
                                    Assistant United States Attorneys
                                    86 Chambers Street, Third Floor
                                    New York, New York 10007
                                    Tel.: (212) 637-2738 (Jones)
                                       (212) 637-2716 (Clopper)

TO:   CLERK
      UNITED STATES COURT OF APPEALS
        FOR THE SECOND CIRCUIT
      United States Courthouse
      Foley Square
      New York, New York 10007

Andrew C. Hall
Hall, Lamb, & Hall, P.A.
2665 South Bayshore Drive
Miami, FL 33131-9113
(305) 374-5030
*Attorney for Petitioner*

Edward Henry Rosenthal
Frankurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
(212) 980-0120
*Attorney for Petitioner*

Nicole Isobel Hyland
Frankurt Kurnit Klein & Selz, P.C.
488 Madison Avenue
New York, NY 10022
(212) 826-5552
*Attorney for Petitioner*

Danielle Sandra Friedberg
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
(212) 554-7839
*Attorney for ABN-AMRO Bank, N.V.*

Barry Jay Glickman
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(212) 223-0400
*Attorney for American Express Bank, Ltd.*

Howard B. Levi
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York, NY 10036
(212) 308-6100
*Attorney for Bank of New York*
*Attorney for J.P. Morgan Chase Bank, N.A.*

Michael J. Bauer
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas
17th Floor
New York, NY 10036
(212) 308-6100
*Attorney for Bank of New York*
*Attorney for J.P. Morgan Chase Bank, N.A.*

Jerome Walker
Troutman Sanders LLP (NYC)
405 Lexington Avenue
New York, NY 10174
(212) 704-6286
*Attorney for Bank of China*

Christina Bost-Seaton
Troutman Sanders LLP (NYC)
405 Lexington Avenue
New York, NY 10174
(212) 704-6440
*Attorney for Bank of China*

Sharon L. Schneier
Davis Wright Tremaine LLP (NYC)
1633 Broadway
27th Floor
New York, NY 10019
(212) 489-8230
*Attorney for Citibank, N.A.*

Mark Putnam Gimbel
Covington & Burling LLP (NYC)
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
*Attorney for Deutsche Bank A.G.*

Paul Kenneth Stecker
Phillips Lytle LLP (Madison Ave.)
3400 HSBC Center
Buffalo, NY 14203
(716) 847-8400
*Attorney for HSBC Bank USA, N.A.*

Shari Debra Leventhal
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
(212) 720-6088
*Attorney for Federal Reserve Bank of New York*

Lynn Ann Dummett
Sidley Austin LLP (NY)
787 Seventh Avenue
New York, NY 10019
(212) 839-5938
*Attorney for AT&T CORP.*

Andrew Lawrence Deutsch
DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500
*Attorney for Byblos Bank Europe S.A.*

John Francis Keating, Jr.
Keating & McHugh
132 Nassau Street
Suite 515
New York, NY 10038
(212) 608-5657
*Attorney for Kreditanstalt Fur Wiederaufbau*

Lea Haber Kuck
Skadden, Arps, Slate, Meagher & Flom LLP (IIA)
Four Times Sq.,
New York, NY 10036
(212) 735-2978
*Attorney for Credit Lyonnais*

Charles G. Berry
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
(212) 715-1169
*Attorney for Nordea Bank Finland PLC*

Rachel Brochstein
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022
(212) 715-1132
*Attorney for Nordea Bank Finland PLC*

Jeffrey W. Gutchess
Hunton & Williams, LLP (NYC)
200 Park Avenue
52nd Floor
New York, NY 10166
(305) 810-2549
*Attorney for Transnational Bank Ltd.*

Patrick James Bonner
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
(212) 425-1900
*Attorney for Receivers of Sabina SA*

Lisa Freiman Fishberg
Schertler & Onorato, LLP
601 Pennsylvania Avenue, N.W.
North Building
9th Floor
Washington, DC 20005
(202) 628-4199
*Attorney for Zarmach Oil Services, Inc.*

Paul Henri Cohen
Dewey & LeBoeuf, L.L.P. (NYC)
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8145
*Attorney for Commerical Bank of Ethiopia*