

**Davis Wright Tremaine LLP**

1633 Broadway
27th Floor
New York, NY 10019-6708

Sharon L. Schneier
212.603.6448 tel.
212.489.8340 fax

sharonschneier@dwt.com

May 19, 2009

**VIA HAND**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

   Re: *Rux v. ABN-AMRO, et al* – No. 08 Civ. 6588 (S.D.N.Y.)

Dear Judge Hellerstein:

  We represent Citibank, N.A. ("Citi"). The Court's Judgment and Order Directing Turnover of Funds to Petitioners and Discharge of Respondents (the "Judgment and Order") reflect two minor errors in Schedules A and B, both of which relate to Citi accounts, which I wanted to bring to the Court's and parties' attention. These errors do not require any changes to the Judgment and Order given the nature of the errors.

  In Schedule A, the value of the second blocked wire transfer, which lists El Nilein as the Sudanese Entity, overstates the value of the transaction by approximately $600 because of an error in computing interest. The value in that account should be listed as $207,013.69 and not $207,685.01 as of the Registry Transfer Date. Because the amount of Uncontested Accounts far exceeds the amount of the Judgment, and given the relatively small amount of the overstatement of the amount in this account, Citi can deal with the $600 discrepancy at another point should it be necessary.

  In Schedule B, which lists the blocked wire accounts to be returned to Citi, the beneficiary of the last wire account (in the amount of $207,685.01) is listed as "National Electricity Corp./Al-Mabara Trading Est." when the beneficiary should be listed as Red Sea Shipping and Services Co. Limited. The proper beneficiary to this blocked account should be noted so that OFAC can issue the appropriate license.

DWT 12884115v1 0067486-000010

Anchorage   New York   Seattle
Bellevue   Portland   Shanghai
Los Angeles   San Francisco   Washington, D.C.

www.dwt.com

Hon. Alvin K. Hellerstein
May 19, 2009
Page 2

       We would appreciate the Court's endorsement of this letter.

                                      Respectfully yours,

                                      Sharon L. Schneier

cc:    All Counsel of Record (via email)