UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                   :

OLIVIA RUX, et al.,                     :    Case No. 08 Civ. 6588 (AKH)

               Petitioners,        :

              -against-          :

ABN AMRO BANK, N.V., et al.,       :

              Respondents.       :
--------------------------------------------------------   :

JPMORGAN CHASE BANK, N.A.,      :

             Third-Party Petitioner,  :

              -against-          :

THE REPUBLIC OF SUDAN, et al.,     :

             Third-Party Respondents.  :
------------------------------------------------------------ :

THE BANK OF NEW YORK MELLON,    :

             Third-Party Petitioner,  :

              -against-          :

THE REPUBLIC OF SUDAN, et al.,     :

             Third-Party Respondents.  :
------------------------------------------------------------ :

DEUTSCHE BANK A.G. et al.,        :

             Third-Party Petitioners,  :

              -against-          :

AL HADHA EXCHANGE, et al.,       :

             Third-Party Respondents.  :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/11

JUDGMENT AND ORDER
DIRECTING RETURN OF
ACCOUNTS HELD IN COURT
REGISTRY

----------------------------------------------------------------- x

WHEREAS on April 21, 2008, Petitioners Olivia Rux, et al., filed a
Petition to Compel Respondents to Pay Money to Judgment Creditors from Judgment
Debtor's Bank Accounts and Assets (the "Petition") against Respondents ABN-AMRO
Bank, American Express Bank Ltd., The Bank of New York Mellon (sued herein as
"Bank of New York" and sometimes referred to in the Exhibits hereto as "BNY
Mellon"), Bank of China, Citibank N.A., Deutsche Bank A.G., HSBC Bank USA, N.A.,
and JPMorgan Chase Bank, N.A. (sometimes referred to in the Exhibits hereto as "JPM
Chase");

WHEREAS Deutsche Bank Trust Company Americas ("DBTCA"), Bank
of America, N.A., and the Federal Reserve Bank of New York were subsequently joined
as Respondents to this proceeding;

WHEREAS the Petition sought the turnover to Petitioners of certain
blocked assets that were held in accounts at the Respondent banks (collectively,
"Respondent Banks"), in order to satisfy a judgment obtained by the Petitioners against
the Republic of Sudan (the "Judgment");

WHEREAS the assets at issue consisted of certain blocked wires and
blocked deposit accounts that were transferred to the Registry of the Court (collectively,
the "Registry Accounts") by the Respondent Banks pursuant to this Court's Order
Regulating Proceedings dated July 29, 2008, as amended by subsequent orders;

WHEREAS on April 14, 2009, the Court entered a Judgment and Order
that directed the turnover of funds from certain of the Registry Accounts to Petitioners in

2

satisfaction of the Judgment and discharged the Respondent Banks from any and all liability for such funds (the "Turnover Judgment");

WHEREAS on April 14, 2009, the Court entered a Judgment and Order Awarding Attorneys Fees and Costs (the "Fee Judgment") which called for the payment of $115,000 from the Registry Accounts to the Respondent Banks for fees and costs incurred in this proceeding, including fees and costs incurred in filing interpleader petitions and otherwise giving notice of this proceeding to potential third party claimants to the Registry Accounts;

WHEREAS the Turnover Judgment provided that all funds remaining in the Registry Accounts following the payments made pursuant to the Turnover Judgment and Fee Judgment would be returned to the Respondent Banks;

WHEREAS the United States of America ("United States" or "Government") subsequently intervened in this action and appealed the Fee Judgment to the United States Court of Appeals for the Second Circuit;

WHEREAS the Respondent Banks, while maintaining that the Court's Fee Award was in all respects just and proper, determined that the costs of the appeal would exceed the fees awarded to them and consequently entered into a settlement agreement with the United States (the "Settlement Agreement") under which they waived their right to enforce the Fee Judgment in exchange for the Government's agreement to dismiss the appeal with prejudice;

WHEREAS the Respondent Banks and the United States subsequently filed a stipulation in the United States Court of Appeals for the Second Circuit dismissing the appeal with prejudice pursuant to the Settlement Agreement;

3

WHEREAS, in light of the Respondent Banks' decision to waive their right to enforce the Fee Award and the dismissal of the appeal, there is no longer any reason to delay the return of the funds remaining in the Registry Accounts to the Respondent Banks;

WHEREAS, the Registry Accounts earned $72,857.66 in interest prior to the payment of the Turnover Award on May 20, 2009 (the "May 2009 Interest Amount") which must be allocated among the Registry Accounts in accordance with Exhibit A;

WHEREAS, the funds remaining in the Registry Accounts have continued to earn interest following the payment of the Turnover Award which must be allocated among the Registry Accounts in Accordance with Exhibit B;

WHEREAS authorization from the Department of the Treasury's Office of Foreign Assets Control ("OFAC") is required for the transfer of the funds remaining in the Registry Accounts because such funds are blocked pursuant to Presidential authority and 31 C.F.R. § 538.201; and

WHEREAS OFAC has informed all relevant parties, including the Court and Respondent Banks, that it will issue all licenses necessary and appropriate to authorize the return of the remaining funds to the Respondent Banks upon Court order directing the disposition of the funds by the Registry of the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Within thirty-five days after the issuance by OFAC of an appropriate licenses or licenses authorizing the transfer of the funds remaining in the Registry Accounts, the Clerk shall issue checks to the Respondent Banks in the following

4

amounts, which represent the total amount of principal remaining in the Registry

Accounts associated with a given Respondent Bank following the Turnover Award plus a

pro rata share of the May 2009 Interest Amount (as shown in Exhibit C):

     a.  to ABN-Amro Bank N.V., a check in the amount of $151,296.16;

     b.  to American Express Bank, Ltd., a check in the amount of $461,715.16;

     c.  to Bank of America, a check in the amount of $276,897.41;

     d.  to Bank of China, a check in the amount of $568,109.50;

     e.  to The Bank of New York Mellon, a check in the amount of $1,681,567.54;

     f.  to Citibank, N.A., a check in the amount of $941,895.94;

     g.  to Deutsche Bank Trust Company Americas, a check in the amount of $2,661,078.91;

     h.  to HSBC Bank USA, N.A., a check in the amount of $3,482,440.97;

     i.  to JPMorgan Chase Bank, N.A., a check in the amount of $2,863,638.78; and

     j.  to the Federal Reserve Bank of New York, a check in the amount of $189,110.78.

The checks shall be released to counsel of record for each Respondent Bank, and counsel

shall promptly deliver the checks to their respective clients.

       2. Any balance remaining in the Registry Accounts following the

distribution directed above, including any interest earned after May 20, 2009, shall be

distributed by the Clerk as follows, in accordance with the post-5/20/09 allocation of

interest set forth in Exhibit B:

     a.  to American Express Bank, Ltd., 3.47 percent of any such balance;

     b.  to ABN-Amro Bank N.V., 1.14 percent of any such balance;

     c.  to Bank of America, 2.09 percent of any such balance;

     d.  to Bank of China, 4.29 percent of any such balance;

    e.   to The Bank of New York Mellon, 12.68 percent of any such balance;

    f.   to Citibank, N.A., 7.08 percent of any such balance;;

    g.   to Deutsche Bank Trust Company Americas, 20.03 percent of any such balance;

    h.   to HSBC Bank USA, N.A., 26.29 percent of any such balance.

    i.   to JPMorgan Chase Bank, N.A., 21.50 percent of any such balance;

    j.   to the Federal Reserve Bank of New York, 1.43 percent of any such balance.

The funds shall be distributed by issuing a check to the relevant Respondent Bank and releasing such check to its counsel of record. Upon receipt of the checks, counsel of record shall promptly deliver the checks to their respective client.

    3.    A copy of this order shall be served on OFAC so that OFAC may issue all licenses it deems necessary and appropriate to authorize the transfers required by this order. Service of a copy of this order on the following counsel for the Government by email, overnight courier, via the ECF system, or by any other method that is permissible under the Federal Rules of Civil Procedure shall be deemed good and sufficient service on OFAC:

> David Jones, Esq.
> Assistant United States Attorney
> United States Attorneys Office
> Southern District of New York
> 86 Chambers Street, 3d Floor
> New York, NY 10007
> David.Jones6@usdoj.gov

    4.    The Respondent Banks shall act in accordance with the provisions of this order and the exhibits hereto in allocating funds and interest payments for their own record-keeping purposes.

5.     The Court hereby dismisses without prejudice and without costs to any party all of the counterclaims, cross-claims, and other affirmative claims for relief, causes of action, or objections (collectively, "Claims") asserted by any of the third-party defendants who appeared or otherwise asserted objections in this proceeding, including without limitation the following Claims to funds in the Registry Accounts:

a.   "Claim for Relief"" asserted in the "Answer by Byblos Bank Europe S.A. to the Third-Party Petition by The Bank of New York Mellon" dated November 21, 2008; the Claims asserted in the "Claim of Zarmach Oil Services, Inc." dated November 21, 2008, the claims asserted in the "Objections and Petition by Third Party Respondents and Claimants" BEMO Europe Banque Privée and Edmon George Marri dated November 10, 2008, the Claims asserted in the "Requests" portion of the "Objection to Petition to Compel Respondents to Pay Money to Judgment Creditors from Judgment Debtor's Bank Accounts and Assets" of Huaxia Bank, Jinan Branch dated November 16, 2008, the "Statement of Claim and Counterclaim Against Third-Party Plaintiff JPMCB" set forth in "KfW Bank's Answer to the Third-Party Petition and Statement of Claim and Counterclaim" (undated), the "Counterclaim and Cross-Claim" asserted by Nordea Bank Finland Plc in its "Answer to Third-Party Petition, with Counterclaim and Cross-Claim" dated November 20, 2008 and the claims asserted in the "Requests" portion of the "Objection to Petition to Compel Respondents to Pay Money to Judgment Creditors from Judgment Debtor's Bank Accounts and Assets" of Shandong Boshan Pumps I & E Co., Ltd., dated November 12, 2008; and

7

b. the Claims asserted by the Receivers of Sabena, SA ("Sabena") in Sabena's Answer to Third Party Petition Seeking Relief in the Nature of Interpleader and Claim to Blocked Funds and Objections to Petition; the Claims asserted by Transnational Bank Ltd. in its Answer to the Interpleader Complaint and Statement of Claim to the Funds and Objection to Turnover; the Claims asserted by Malayan Banking Berhad (Maybank) in SWIFT messages; and the Claims asserted by Farmers Commercial Bank Khartoum in SWIFT messages; and

c. all other Claims included or referenced in the letter from Mark Gimbel to the Court dated December 2, 2008 (ECF Doc. No. 207).

6.      Notwithstanding the foregoing paragraph, however, any such Claims that were discharged by the provisions of the Turnover Judgment are and remain dismissed with prejudice in accordance with the provisions of the Turnover Judgment. This judgment is not intended to modify any release or discharge from liability previously granted by the Court to the Respondent Banks pursuant to the Turnover Judgment or any other prior order in this proceeding.

7.      This judgment is the final judgment in this proceeding, pursuant to 28 U.S.C. § 1291, and disposes of all claims, causes of action, third-party claims, counterclaims and cross-claims asserted in the proceeding, to the extent they have not been disposed of heretofore, provided however that nothing in this judgment shall alter or affect the finality of the Turnover Judgment or its status as a final judgment.

Dated: New York, New York
         March __, 2011

SO ORDERED:

_____
U.S. Dist. Judge

United States District Judge

EXHIBIT A

**Allocation of Interest for Periods on or before May 20, 2009**

**Allocation of Interest earned on or before May 20, 2009 (by account)**

| Respondent Bank | Sudanese Entity | Bank's Internal Account Number | Value (as of Registry Transfer Date) | % of Total Pre-5/20 Principal | Interest Allocation |
|---|---|---|---|---|---|
| *"Uncontested Accounts"* | | | | | |
| American Express | Bank of Khartoum | ******0002 | 119,934.40 | 0.49% | $355.60 |
| American Express | Bank of Khartoum | ******0004 | 215,730.62 | 0.88% | $639.63 |
| American Express | Bank of Khartoum | ******0005 | 102,624.36 | 0.42% | $304.27 |
| American Express | Bank of Sudan | ******0006 | 206,342.05 | 0.84% | $611.79 |
| American Express | Bank of Sudan | ******0006 | 113,040.95 | 0.46% | $335.16 |
| BNY Mellon | Bank of Khartoum | ******8400 | 447,570.45 | 1.82% | $1,327.02 |
| BNY Mellon | El Nilein Bank | ******8400 | 310,492.83 | 1.26% | $920.59 |
| BNY Mellon | Sudan Airways | ******8400 | 209,689.51 | 0.85% | $621.72 |
| JPM Chase | Bank of Khartoum | ****7847 | 50,621.47 | 0.21% | $150.09 |
| JPM Chase | Bank of Khartoum | ****7411 | 144,937.45 | 0.59% | $429.73 |
| JPM Chase | Bank of Khartoum | ****7413 | 1,067,226.68 | 4.34% | $3,164.26 |
| JPM Chase | Bank of Sudan | *****7138 | 404,052.56 | 1.64% | $1,197.99 |
| JPM Chase | Bank of Sudan | *****7707 | 202,559.03 | 0.82% | $600.58 |
| JPM Chase | El Nilein | *****7456 | 54,945.94 | 0.22% | $162.91 |
| JPM Chase | El Nilein Bank | *****7391 | 97,921.92 | 0.40% | $290.33 |
| JPM Chase | Ministry of Finance | *****3839 | 4,432,678.55 | 18.04% | $13,142.62 |
| Citibank | Bank of Sudan | ***6777 | 166,738.77 | 0.68% | $494.37 |
| Citibank | El Nilein | ****3248 | 266,949.18 | 1.09% | $791.49 |
| Citibank | El Nilein | ****3248 | 207,013.69 | 0.84% | $613.78 |
| Citibank | Giad Automotive | ****3248 | 405,925.29 | 1.65% | $1,203.54 |
| Citibank | Bank of Khartoum | ***2081 | 343,898.10 | 1.40% | $1,019.64 |
| DBTCA | Bank of Khartoum | ***3561 | 80,503.42 | 0.33% | $238.69 |
| DBTCA | Bank of Khartoum | **-**2-272 | 1,814,253.07 | 7.38% | $5,379.15 |
| DBTCA | Bank of Sudan | ***3545 | 137,465.83 | 0.56% | $407.58 |
| DBTCA | El Nilein | ***4441 | 127,828.88 | 0.52% | $379.00 |
| DBTCA | El Nilein | ***3529 | 98,713.95 | 0.40% | $292.68 |
| DBTCA | El Nilein | ***3510 | 78,947.22 | 0.32% | $234.07 |
| DBTCA | Sudan Airways | ***4329 | 172,558.83 | 0.70% | $511.63 |
| DBTCA | Sudan Airways | ***4740 | 223,587.67 | 0.91% | $662.92 |
| DBTCA | Sudan Shipping | ***4492 | 76,673.85 | 0.31% | $227.33 |
| DBTCA | Sudanese Free Zone and Market Co. | ***4265 | 252,996.47 | 1.03% | $750.12 |
| DBTCA | Sudanese Petroleum | ***4652 | 56,345.51 | 0.23% | $167.06 |
| | | Subtotal: | 12,690,768.50 | 51.65% | $37,627.36 |
| *"Other Accounts"* | | | | | |
| ABN AMRO | Sudan Embassy, Riyadh | *******4771 | 100,728.66 | 0.41% | $298.65 |
| ABN AMRO | Bank of Sudan | *******1871 | 50,120.24 | 0.20% | $148.60 |
| American Express | Sudanese Estate Bank | ******0009 | 65,654.12 | 0.27% | $194.66 |
| American Express | Sudanese Estate Bank | ******0010 | 85,663.81 | 0.35% | $253.99 |
| American Express | Sudanese Estate Bank | ******0002 | 90,932.42 | 0.37% | $269.61 |
| American Express | Al Shamal Islamic Bank | ******0007 | 55,189.53 | 0.22% | $163.63 |
| American Express | El-Nilein Bank | ******0001 | 93,139.29 | 0.38% | $276.15 |
| Bank of America | Bank of Khartoum | ******0239 | 74,533.73 | 0.30% | $220.99 |
| Bank of America | Sudan Airways | ******6064 | 201,545.12 | 0.82% | $597.57 |

A-2

| Respondent Bank | Sudanese Entity | Bank's Internal Account Number | Value (as of Registry Transfer Date) | % of Total Pre-5/20 Principal | Interest Allocation |
|---|---|---|---|---|---|
| Bank of China | Khartoum Refinery Company LTD | ***0060 | 510,324.06 | 2.08% | $1,513.08 |
| Bank of China | Bank of Khartoum | ***5435 | 56,106.01 | 0.23% | $166.35 |
| BNY Mellon | The Sudanese Petroleum Corporation | ******8400 | 993,111.09 | 4.04% | $2,944.51 |
| BNY Mellon | El Nilein Industrial Development Bank Group | ******8400 | 104,808.44 | 0.43% | $310.75 |
| BNY Mellon | Bank of Sudan | ******8400 | 489,560.44 | 1.99% | $1,451.52 |
| Citibank | Islamic Cooperative Development Bank | ****6733 | 59,580.72 | 0.24% | $176.65 |
| Citibank | Idbs Technical Support Rfa | ****4664 | 163,859.23 | 0.67% | $485.83 |
| Citibank | Blue Nile | ****3248 | 148,266.38 | 0.60% | $439.60 |
| Citibank | Sudan Airways | ****3248 | 231,672.20 | 0.94% | $686.89 |
| Citibank | National Electricity Corp./Al-Mabara Trading Est. | ****3248 | 207,685.01 | 0.85% | $615.77 |
| DBTCA | Farmers Commerical Bank | **-**0-872 | 79,259.52 | 0.32% | $235.00 |
| DBTCA | El Nilein Industrial Development Bank Group | ***4353 | 1,245,226.62 | 5.07% | $3,692.02 |
| DBTCA | Sudan Airways | ***3537 | 496,443.13 | 2.02% | $1,471.92 |
| DBTCA | National Electricity Corp./Al-Mabara Trading Est. | ***4038 | 189,278.97 | 0.77% | $561.20 |
| DBTCA | Bank of Khartoum | ***3633 | 108,826.35 | 0.44% | $322.66 |
| DBTCA. | El Nilein Industrial Development Bank Group | ***4783 | 94,532.90 | 0.38% | $280.28 |
| DBTCA | Bank of Khartoum | ***4097 | 60,090.95 | 0.24% | $178.17 |
| DBTCA | Sudan Telecommunication Company LTD. (Sudatel) | **-**3-727 | 92,256.92 | 0.38% | $273.54 |
| HSBC | Sudanese Petroleum Corp. | ***-**0195 | 2,704,739.82 | 11.01% | $8,019.39 |
| HSBC | El Nilein Industrial Development Bank Group | ***-**9457 | 382,246.83 | 1.56% | $1,133.34 |
| HSBC | Islamic Cooperative Development Bank | ***-**3119 | 61,302.00 | 0.25% | $181.76 |
| HSBC | Bank of Khartoum | ***-**2976 | 323,857.62 | 1.32% | $960.22 |
| JPM Chase | AT&T | ****0891 | 246,939.14 | 1.00% | $732.16 |
| JPM Chase | Not applicable | ****0145 | 423,034.03 | 1.72% | $1,254.27 |
| JPM Chase | Bank of Khartoum | ****1958 | 342,917.66 | 1.40% | $1,016.73 |
| JPM Chase | Not applicable | ****2565 | 168,000.66 | 0.68% | $498.11 |
| JPM Chase | Sudatel | ****7804 | 120,163.42 | 0.49% | $356.28 |
| JPM Chase | Bank of Khartoum | ****7596 | 96,713.70 | 0.39% | $286.75 |
| JPM Chase | Bank of Khartoum | ****5370 | 87,336.23 | 0.36% | $258.95 |
| JPM Chase | El Nilein Industrial Development Bank Group | ******1658 | 77,414.76 | 0.32% | $229.53 |
| JPM Chase | SudanTel | ****7952 | 66,413.52 | 0.27% | $196.91 |
| JPM Chase | Bank of Khartoum | ****0919 | 59,796.10 | 0.24% | $177.29 |
| JPM Chase | Bank of Sudan | ****3235 | 59,259.45 | 0.24% | $175.70 |
| JPM Chase | El Nilein Industrial Development Bank Group | ****8444 | 55,730.96 | 0.23% | $165.24 |
| JPM Chase | Port Sudan Cotton Co. | ****4477 | 55,204.61 | 0.22% | $163.68 |
| JPM Chase | El Nilein Industrial Development Bank Group | ****2242 | 175,782.63 | 0.72% | $521.18 |

A-3

| Respondent Bank | Sudanese Entity | Bank's Internal Account Number | Value (as of Registry Transfer Date) | % of Total Pre-5/20 Principal | Interest Allocation |
|---|---|---|---|---|---|
| JPM Chase | Bank of Khartoum | *****8686 | 227,053.11 | 0.92% | $673.20 |
| | | Subtotal: | $11,882,302.11 | 48.35% | $35,230.30 |
| | | Total: | 24,573,070.61 | 100.00% | 72,857.66 |

A-4

EXHIBIT **B**

**Allocation of Interest for periods following May 20, 2009**

**Remaining Principal as of May 20, 2009 and Pro Rata Share of Interest Earned Thereafter (by account)**

| Respondent Bank | Sudanese Entity | Bank's Internal Account Number | Value (as of Registry Transfer Date) | Pro Rata Share of 5/20 Payment to Plaintiff | Remaining "Principal" | Pro Rata Share of Post-5/20 Interest |
|---|---|---|---|---|---|---|
| *"Uncontested Accounts"* | | | | | | |
| American Express | Bank of Khartoum | ******0002 | 119,934.40 | $109,212.96 | $10,721.44 | 0.08% |
| American Express | Bank of Khartoum | ******0004 | 215,730.62 | $196,445.56 | $19,285.06 | 0.15% |
| American Express | Bank of Khartoum | ******0005 | 102,624.36 | $93,450.34 | $9,174.02 | 0.07% |
| American Express | Bank of Sudan | ******0006 | 206,342.05 | $187,896.27 | $18,445.78 | 0.14% |
| American Express | Bank of Sudan | ******0006 | 113,040.95 | $102,935.75 | $10,105.20 | 0.08% |
| BNY Mellon | Bank of Khartoum | ******8400 | 447,570.45 | $407,560.26 | $40,010.19 | 0.30% |
| BNY Mellon | El Nilein Bank | ******8400 | 310,492.83 | $282,736.58 | $27,756.25 | 0.21% |
| BNY Mellon | Sudan Airways | ******8400 | 209,689.51 | $190,944.49 | $18,745.02 | 0.14% |
| JPM Chase | Bank of Khartoum | *****7847 | 50,621.47 | $46,096.21 | $4,525.26 | 0.03% |
| JPM Chase | Bank of Khartoum | *****7411 | 144,937.45 | $131,980.89 | $12,956.56 | 0.10% |
| JPM Chase | Bank of Khartoum | *****7413 | 1,067,226.68 | $971,822.84 | $95,403.84 | 0.72% |
| JPM Chase | Bank of Sudan | *****7138 | 404,052.56 | $367,932.62 | $36,119.94 | 0.27% |
| JPM Chase | Bank of Sudan | *****7707 | 202,559.03 | $184,451.43 | $18,107.60 | 0.14% |
| JPM Chase | El Nilein | *****7456 | 54,945.94 | $50,034.09 | $4,911.85 | 0.04% |
| JPM Chase | El Nilein Bank | *****7391 | 97,921.92 | $89,168.27 | $8,753.65 | 0.07% |
| JPM Chase | Ministry of Finance | *****3839 | 4,432,678.55 | $4,036,422.95 | $396,255.60 | 3.00% |
| Citibank | Bank of Sudan | ****6777 | 166,738.77 | $151,833.30 | $14,905.47 | 0.11% |
| Citibank | El Nilein | ****3248 | 266,949.18 | $243,085.48 | $23,863.70 | 0.18% |
| Citibank | El Nilien | ****3248 | 207,013.69 | $188,507.87 | $18,505.82 | 0.14% |
| Citibank | Giad Automotive | ****3248 | 405,925.29 | $369,637.94 | $36,287.35 | 0.27% |
| Citibank | Bank of Khartoum | ****2081 | 343,898.10 | $313,155.62 | $30,742.48 | 0.23% |
| DBTCA | Bank of Khartoum | ***3561 | 80,503.42 | $73,306.88 | $7,196.54 | 0.05% |
| DBTCA | Bank of Khartoum | **-**2-272 | 1,814,253.07 | $1,652,069.43 | $162,183.64 | 1.23% |
| DBTCA | Bank of Sudan | ***3545 | 137,465.83 | $125,177.19 | $12,288.64 | 0.09% |
| DBTCA | El Nilein | ***4441 | 127,828.88 | $116,401.72 | $11,427.16 | 0.09% |
| DBTCA | El Nilein | ***3529 | 98,713.95 | $89,889.50 | $8,824.45 | 0.07% |
| DBTCA | El Nilein | ***3510 | 78,947.22 | $71,889.80 | $7,057.42 | 0.05% |
| DBTCA | Sudan Airways | ***4329 | 172,558.83 | $157,133.08 | $15,425.75 | 0.12% |
| DBTCA | Sudan Airways | ***4740 | 223,587.67 | $203,600.24 | $19,987.43 | 0.15% |
| DBTCA | Sudan Shipping | ***4492 | 76,673.85 | $69,819.66 | $6,854.19 | 0.05% |
| DBTCA | Sudanese Free Zone and Market Co. | ***4265 | 252,996.47 | $230,380.06 | $22,616.41 | 0.17% |
| DBTCA | Sudanese Petroleum | ***4652 | 56,345.51 | $51,308.55 | $5,036.96 | 0.04% |
| New York Federal Reserve Bank | Bank of Sudan | N/A | 2,115,471.11 | $1,926,360.33 | $189,110.78 | 1.43% |
| | | Subtotal: | 14,806,239.61 | 13,482,648.16 | 1,323,591.45 | |
| *"Other Accounts"* | | | | | | |
| ABN AMRO | Sudan Embassy, Riyadh | *******4771 | 100,728.66 | 0.00 | 100,728.66 | 0.76% |
| ABN AMRO | Bank of Sudan | *******1871 | 50,120.24 | 0.00 | 50,120.24 | 0.38% |
| American Express | Sudanese Estate Bank | ******0009 | 65,654.12 | 0.00 | 65,654.12 | 0.50% |

B-2

| Respondent Bank | Sudanese Entity | Bank's Internal Account Number | Value (as of Registry Transfer Date) | Pro Rata Share of 5/20 Payment to Plaintiff | Remaining "Principal" | Pro Rata Share of Post-5/20 Interest |
|---|---|---|---|---|---|---|
| American Express | Sudanese Estate Bank | ******0010 | 85,663.81 | 0.00 | 85,663.81 | 0.65% |
| American Express | Sudanese Estate Bank | ******0002 | 90,932.42 | 0.00 | 90,932.42 | 0.69% |
| American Express | Al Shamal Islamic Bank | *******0007 | 55,189.53 | 0.00 | 55,189.53 | 0.42% |
| American Express | El-Nilein Bank | ******0001 | 93,139.29 | 0.00 | 93,139.29 | 0.71% |
| Bank of America | Bank of Khartoum | ******0239 | 74,533.73 | 0.00 | 74,533.73 | 0.56% |
| Bank of America | Sudan Airways | ******6064 | 201,545.12 | 0.00 | 201,545.12 | 1.53% |
| Bank of China | Khartoum Refinery Company LTD | ***0060 | 510,324.06 | 0.00 | 510,324.06 | 3.86% |
| Bank of China | Bank of Khartoum | ***5435 | 56,106.01 | 0.00 | 56,106.01 | 0.42% |
| BNY Mellon | The Sudanese Petroleum Corporation | ******8400 | 993,111.09 | 0.00 | 993,111.09 | 7.52% |
| BNY Mellon | El Nilein Industrial Development Bank Group | ******8400 | 104,808.44 | 0.00 | 104,808.44 | 0.79% |
| BNY Mellon | Bank of Sudan | ******8400 | 489,560.44 | 0.00 | 489,560.44 | 3.71% |
| Citibank | Islamic Cooperative Development Bank | ****6733 | 59,580.72 | 0.00 | 59,580.72 | 0.45% |
| Citibank | Idbs Technical Support Rfa | ****4664 | 163,859.23 | 0.00 | 163,859.23 | 1.24% |
| Citibank | Blue Nile | ****3248 | 148,266.38 | 0.00 | 148,266.38 | 1.12% |
| Citibank | Sudan Airways | ****3248 | 231,672.20 | 0.00 | 231,672.20 | 1.75% |
| Citibank | National Electricity Corp./Al-Mabara Trading Est. | ****3248 | 207,685.01 | 0.00 | 207,685.01 | 1.57% |
| DBTCA | Farmers Commerical Bank | **-**0-872 | 79,259.52 | 0.00 | 79,259.52 | 0.60% |
| DBTCA | El Nilein Industrial Development Bank Group | ***4353 | 1,245,226.62 | 0.00 | 1,245,226.62 | 9.43% |
| DBTCA | Sudan Airways | *;**3537 | 496,443.13 | 0.00 | 496,443.13 | 3.76% |
| DBTCA | National Electricity Corp./Al-Mabara Trading Est. | ***4038 | 189,278.97 | 0.00 | 189,278.97 | 1.43% |
| DBTCA | Bank of Khartoum | ***3633 | 108,826.35 | 0.00 | 108,826.35 | 0.82% |
| DBTCA | El Nilein Industrial Development Bank Group | ***4783 | 94,532.90 | 0.00 | 94,532.90 | 0.72% |
| DBTCA | Bank of Khartoum | ***4097 | 60,090.95 | 0.00 | 60,090.95 | 0.46% |
| DBTCA | Sudan Telecommunication Company LTD. (Sudatel) | **-**3-727 | 92,256.92 | 0.00 | 92,256.92 | 0.70% |
| HSBC | Sudanese Petroleum Corp. | ***-**0195 | 2,704,739.82 | 0.00 | 2,704,739.82 | 20.48% |

B-3

| Respondent Bank | Sudanese Entity | Bank's Internal Account Number | Value (as of Registry Transfer Date) | Pro Rata Share of 5/20 Payment to Plaintiff | Remaining "Principal" | Pro Rata Share of Post-5/20 Interest |
|---|---|---|---|---|---|---|
| HSBC | El Nilein Industrial Development Bank Group | ***-**9457 | 382,246.83 | 0.00 | 382,246.83 | 2.89% |
| HSBC | Islamic Cooperative Development Bank | ***-**3119 | 61,302.00 | 0.00 | 61,302.00 | 0.46% |
| HSBC | Bank of Khartoum | ***-**2976 | 323,857.62 | 0.00 | 323,857.62 | 2.45% |
| JPM Chase | AT&T | *****0891 | 246,939.14 | 0.00 | 246,939.14 | 1.87% |
| JPM Chase | Not applicable | ****0145 | 423,034.03 | 0.00 | 423,034.03 | 3.20% |
| JPM Chase | Bank of Khartoum | *****1958 | 342,917.66 | 0.00 | 342,917.66 | 2.60% |
| JPM Chase | Not applicable | *****2565 | 168,000.66 | 0.00 | 168,000.66 | 1.27% |
| JPM Chase | Sudatel | *****7804 | 120,163.42 | 0.00 | 120,163.42 | 0.91% |
| JPM Chase | Bank of Khartoum | *****7596 | 96,713.70 | 0.00 | 96,713.70 | 0.73% |
| JPM Chase | Bank of Khartoum | *****5370 | 87,336.23 | 0.00 | 87,336.23 | 0.66% |
| JPM Chase | El Nilein Industrial Development Bank Group | ******1658 | 77,414.76 | 0.00 | 77,414.76 | 0.59% |
| JPM Chase | SudanTel | *****7952 | 66,413.52 | 0.00 | 66,413.52 | 0.50% |
| JPM Chase | Bank of Khartoum | ****0919 | 59,796.10 | 0.00 | 59,796.10 | 0.45% |
| JPM Chase | Bank of Sudan | ****3235 | 59,259.45 | 0.00 | 59,259.45 | 0.45% |
| JPM Chase | El Nilein Industrial Development Bank Group | *****8444 | 55,730.96 | 0.00 | 55,730.96 | 0.42% |
| JPM Chase | Port Sudan Cotton Co. | *****4477 | 55,204.61 | 0.00 | 55,204.61 | 0.42% |
| JPM Chase | El Nilein Industrial Development Bank Group | *****2242 | 175,782.63 | 0.00 | 175,782.63 | 1.33% |
| JPM Chase | Bank of Khartoum | *****8686 | 227,053.11 | 0.00 | 227,053.11 | 1.72% |
| | | Subtotal: | $11,882,302.11 | $0.00 | $11,882,302.11 | 100.00% |
| | | Total: | 26,688,541.72 | 13,482,648.16 | 13,205,893.56 | |

B-4

**Aggregate Pro Rata Share of Interest Earned after**
**May 20, 2009 (by bank)**

| | |
|---|---:|
| American Express | 3.47% |
| The Bank of New York Mellon | 12.68% |
| JPMorgan Chase Bank, N.A. | 21.50% |
| Citibank | 7.08% |
| DBTCA | 20.03% |
| New York Federal Reserve Bank | 1.43% |
| ABN Amro | 1.14% |
| Bank of America | 2.09% |
| Bank of China | 4.29% |
| HSBC | 26.29% |
| Total | 100.00% |

B-5

EXHIBIT C

**Calculation of Initial Payment (Total Amount of Remaining Principal plus
Pro Rata Share of Interest Earned Prior to May 20, 2009)**

**Remaining Principal plus Interest Earned as of May 20, 2009 (by account)**

| Respondent Bank | Bank's Internal Account Number | Remaining "Principal" | Pre-5/20 Interest Allocation | Total |
|---|---|---|---|---|
| *"Uncontested Accounts"* | | | | |
| American Express | ******0002 | $10,721.44 | $355.60 | $11,077.03 |
| American Express | ******0004 | $19,285.06 | $639.63 | $19,924.69 |
| American Express | ******0005 | $9,174.02 | $304.27 | $9,478.29 |
| American Express | ******0006 | $18,445.78 | $611.79 | $19,057.57 |
| American Express | ******0006 | $10,105.20 | $335.16 | $10,440.36 |
| BNY Mellon | ******8400 | $40,010.19 | $1,327.02 | $41,337.21 |
| BNY Mellon | ******8400 | $27,756.25 | $920.59 | $28,676.84 |
| BNY Mellon | ******8400 | $18,745.02 | $621.72 | $19,366.74 |
| JPM Chase | *****7847 | $4,525.26 | $150.09 | $4,675.35 |
| JPM Chase | *****7411 | $12,956.56 | $429.73 | $13,386.29 |
| JPM Chase | *****7413 | $95,403.84 | $3,164.26 | $98,568.10 |
| JPM Chase | *****7138 | $36,119.94 | $1,197.99 | $37,317.93 |
| JPM Chase | *****7707 | $18,107.60 | $600.58 | $18,708.17 |
| JPM Chase | *****7456 | $4,911.85 | $162.91 | $5,074.76 |
| JPM Chase | *****7391 | $8,753.65 | $290.33 | $9,043.98 |
| JPM Chase | *****3839 | $396,255.60 | $13,142.62 | $409,398.23 |
| Citibank | ****6777 | $14,905.47 | $494.37 | $15,399.84 |
| Citibank | ****3248 | $23,863.70 | $791.49 | $24,655.19 |
| Citibank | ****3248 | $18,505.82 | $613.78 | $19,119.60 |
| Citibank | ****3248 | $36,287.35 | $1,203.54 | $37,490.90 |
| Citibank | ****2081 | $30,742.48 | $1,019.64 | $31,762.12 |
| DBTCA | ***3561 | $7,196.54 | $238.69 | $7,435.22 |
| DBTCA | **-**2-272 | $162,183.64 | $5,379.15 | $167,562.79 |
| DBTCA | ***3545 | $12,288.64 | $407.58 | $12,696.22 |
| DBTCA | ***4441 | $11,427.16 | $379.00 | $11,806.16 |
| DBTCA | ***3529 | $8,824.45 | $292.68 | $9,117.13 |
| DBTCA | ***3510 | $7,057.42 | $234.07 | $7,291.49 |
| DBTCA | ***4329 | $15,425.75 | $511.63 | $15,937.38 |
| DBTCA | ***4740 | $19,987.43 | $662.92 | $20,650.36 |
| DBTCA | ***4492 | $6,854.19 | $227.33 | $7,081.53 |
| DBTCA | ***4265 | $22,616.41 | $750.12 | $23,366.53 |
| DBTCA | ***4652 | $5,036.96 | $167.06 | $5,204.02 |
| New York Federal Reserve Bank | N/A | $189,110.78 | $0.00 | $189,110.78 |
| Subtotal | | 1,323,591.45 | $37,627.36 | $1,361,218.81 |
| *"Other Accounts"* | | | | |
| ABN AMRO | ********4771 | $100,728.66 | $298.65 | $101,027.31 |
| ABN AMRO | ********1871 | $50,120.24 | $148.60 | $50,268.84 |
| American Express | ******0009 | $65,654.12 | $194.66 | $65,848.78 |
| American Express | ******0010 | $85,663.81 | $253.99 | $85,917.80 |
| American Express | ******0002 | $90,932.42 | $269.61 | $91,202.03 |

C-2

| Respondent Bank | Bank's Internal Account Number | Remaining "Principal" | Pre-5/20 Interest Allocation | Total |
|---|---|---|---|---|
| American Express | ******0007 | $55,189.53 | $163.63 | $55,353.16 |
| American Express | ******0001 | $93,139.29 | $276.15 | $93,415.44 |
| Bank of America | *****0239 | $74,533.73 | $220.99 | $74,754.72 |
| Bank of America | ******6064 | $201,545.12 | $597.57 | $202,142.69 |
| Bank of China | ***0060 | $510,324.06 | $1,513.08 | $511,837.14 |
| Bank of China | ***5435 | $56,106.01 | $166.35 | $56,272.36 |
| BNY Mellon | ******8400 | $993,111.09 | $2,944.51 | $996,055.60 |
| BNY Mellon | ******8400 | $104,808.44 | $310.75 | $105,119.19 |
| BNY Mellon | *****8400 | $489,560.44 | $1,451.52 | $491,011.96 |
| Citibank | ****6733 | $59,580.72 | $176.65 | $59,757.37 |
| Citibank | ****4664 | $163,859.23 | $485.83 | $164,345.06 |
| Citibank | ****3248 | $148,266.38 | $439.60 | $148,705.98 |
| Citibank | ****3248 | $231,672.20 | $686.89 | $232,359.09 |
| Citibank | ****3248 | $207,685.01 | $615.77 | $208,300.78 |
| DBTCA | **-**0-872 | $79,259.52 | $235.00 | $79,494.52 |
| DBTCA | ***4353 | $1,245,226.62 | $3,692.02 | $1,248,918.64 |
| DBTCA | ***3537 | $496,443.13 | $1,471.92 | $497,915.05 |
| DBTCA | ***4038 | $189,278.97 | $561.20 | $189,840.17 |
| DBTCA | ***3633 | $108,826.35 | $322.66 | $109,149.01 |
| DBTCA | ***4783 | $94,532.90 | $280.28 | $94,813.18 |
| DBTCA | ***4097 | $60,090.95 | $178.17 | $60,269.12 |
| DBTCA | **-**3-727 | $92,256.92 | $273.54 | $92,530.46 |
| HSBC | ***-**0195 | $2,704,739.82 | $8,019.39 | $2,712,759.21 |
| HSBC | ***-**9457 | $382,246.83 | $1,133.34 | $383,380.17 |
| HSBC | ***-**3119 | $61,302.00 | $181.76 | $61,483.76 |
| HSBC | **-**2976 | $323,857.62 | $960.22 | $324,817.84 |
| JPM Chase | *****0891 | $246,939.14 | $732.16 | $247,671.30 |
| JPM Chase | *****0145 | $423,034.03 | $1,254.27 | $424,288.30 |
| JPM Chase | *****1958 | $342,917.66 | $1,016.73 | $343,934.39 |
| JPM Chase | *****2565 | $168,000.66 | $498.11 | $168,498.77 |
| JPM Chase | *****7804 | $120,163.42 | $356.28 | $120,519.70 |
| JPM Chase | *****7596 | $96,713.70 | $286.75 | $97,000.45 |
| JPM Chase | *****5370 | $87,336.23 | $258.95 | $87,595.18 |
| JPM Chase | ******1658 | $77,414.76 | $229.53 | $77,644.29 |
| JPM Chase | *****7952 | $66,413.52 | $196.91 | $66,610.43 |
| JPM Chase | *****0919 | $59,796.10 | $177.29 | $59,973.39 |
| JPM Chase | *****3235 | $59,259.45 | $175.70 | $59,435.15 |
| JPM Chase | *****8444 | $55,730.96 | $165.24 | $55,896.20 |
| JPM Chase | *****4477 | $55,204.61 | $163.68 | $55,368.29 |
| JPM Chase | *****2242 | $175,782.63 | $521.18 | $176,303.81 |
| JPM Chase | *****8686 | $227,053.11 | $673.20 | $227,726.31 |
| Subtotal | | $11,882,302.11 | $35,230.30 | $11,917,532.41 |
| Total | | $13,205,893.56 | $72,857.66 | $13,278,751.22 |

C-3

**Aggregate Remaining Principal plus Interest
Earned as of May 20, 2009 (by bank)**

| | |
|---|---|
| ABN AMRO | $151,296.16 |
| American Express | $461,715.16 |
| Bank of America | $276,897.41 |
| Bank of China | $568,109.50 |
| The Bank of New York Mellon | $1,681,567.54 |
| JPMorgan Chase Bank, N.A. | $2,864,638.78 |
| Citibank | $941,895.94 |
| DBTCA | $2,661,078.99 |
| HSBC | $3,482,440.97 |
| New York Federal Reserve Bank | $189,110.78 |
| | $13,278,751.23 |

C-4